United States District Court
For The District OF Columbia

**FILED**

NOV - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jerry L. Carr
Sharon M. Carr
1261 So. Hills Blvd
Hamilton, Ohio 45013
            Plaintiffs

US

Criminal & Civil R.I.C.O. Act
Request For Special Prosecutor
Trial by Jury

Frost, Brown & Todd Law Firm
George Yund, Attorney
201 E. 5th St.
Cincinnati, Ohio 45202

CASE NUMBER  1:06CV01893

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 11/3/2006

JURY ACTION

Thompson, Hine & Florey Law Firm
Deborah Brenneman Attorney
312 Walnut St. Suite 1400
Cincinnati, Ohio 45202.

11/1/06

Randy FreeKing Attorney
215 E. 9th St.
Cincinnati, Ohio 45202

U.S. Dept. of Justice
Kevin Callahan
950 Penn. Ave. N.W
Washington, DC 20530

1

2.

U.S. Dept. of Justice
Lisa Frank
Supervisory Litigation Support
U.S. Post Office & Courthouse
Cinti., Ohio 45202


F.B.I.
Agent James Turgal
Agent Rick Coy
Agent Anthony Ott
550 Main Street
Cincinnati, Ohio 45202


Internal Revenue Service
Mrs. G. Messina
Employee No. 19-01665
Centralized OIC
P.O. Box 9011
Holtsville, NY 11742


U.S. District Court
Southern District of Ohio
U.S. District Judge John M. Manos
U.S. District Judge Susan J. Dlott
U.S. Post Office & Courthouse
Cinti., Ohio 45202

3

Shawn Sweeney
85 W Kemper
Springdale Ohio 45246


Judge Patricia S. Oney
Common Pleas Court
Butler County, Ohio
Hamilton, Ohio 45011

Stephen D. Brandt
Green & Green - 3
Fifth Third Center
Suite 950
Dayton, Ohio 45402-1769

[illegible] Judge Inc    Joe Kidd Inc
[illegible] Colerain Ave    1065 Ohio Pike
[illegible]cinnati, Ohio 45251    Cin Ohio 45245

Jake Sweeney, Inc
85 W. Kemper
Springdale, Ohio 45246

1

James A. Whitaker
Attorney at Law
Andrea Hicks
Attorney at Law
226 Reading Road
Mason, Ohio 45040

Robert C. Reichert
Kenwood Dealer Group, Inc.
9500 Kings Automall Rd.
Cincinnati, Ohio 45249-8248

Charles Rittgers
Attorney at Law
Jason A. Showen
Attorney at Law
12 East Warren St.
Lebanon, Ohio 45036

John R. Wykoff, Esq.
Attorney for State Farm Ins.
1000 Tri-State Building
432 Walnut St.
Cincinnati, Ohio 45202

Charles Detmering
P.O. Box 53540
Cincinnati, Ohio 45253-0540

Dan Ferguson - Butler County Prosecutor
Gov. Service Center 11th floor
P.O. Box 315 High St.
Hamilton, Ohio 45012-0515

Butler County
Gov. Service Center 11th floor
315 High St.
Hamilton, Ohio 45012-0515

Roger Fisker psychologist
222 High St.
Hamilton, Ohio 45013

Michael Miller
P.O. Box 18667 Fairfield, Ohio 45013

Pat Garretson
616 Dayton St.
Hamilton, Ohio 45013

Complaint                                                5

The following Defendants are being Accused of
all violations Listed previously in Jurisdiction and
Venue

Frost, Brown & Todd Law Firm
Located at 201 East Fifth St. Cincinnati, Ohio
Represent most Large Corporations and Employers in Ohio
Represented Cincinnati Bell and went to trial in or about
1989 for Wiretapping (entered in Congressional Record April 13, 1989.
Represented Champion Int. Corp in July 1990
On July 3, 1990, Frost & Jacobs (now Frost, Brown & Todd
Law Firm) and their Attorneys George Yund and Randy Freking,
entered into a conspiracy with their client Champion Int. Corp.,
Butler County Courts, Butler County Forensic Psychologist
Roger Fisher, Fairfield Psychiatrist Michael Miller and
Federal Judge John Manos, to have Mr. Carr Unlawfully
(at Gunpoint by Butler County Sheriffs Dept.) put into a
State Mental Institute (Rollmans). Please refer to exhibit
of the Fax Transmittal Document in Roger Fishers hand-
writing. This was Less than 6 weeks after Mr. Carr and
Ms. Rennick filed R.I.C.O. C-2-90-360 on May 21, 1990.
This was to Discredit Mr. Carr as Mentally ILL and move
to Dismiss C-2-90-360. Mr. Carr and Ms. Rennick
was Blowing the Whistle on Wiretapping and Racism at
Champion Int. Corp. including employment of KKK
Workers. Allowing KKK members to threaten other employees.
Racketeering - Refer to Jurisdiction and Venue

*Complaint*                                                    1/4   6

George Yund - Defendant, Attorney for Frost, Brown & Todd
Law Firm

1  \* George Yund and co-Counsel Randy Freking Represented
Champion Int. in Hamilton, Ohio, from 1984 thru 1990.

2. \* Mr. Carr and Sharon Rennick were fired two days apart

3  \* George Yund and Randy Freking threatened and
intimidated witnesses and wrote Affidavits making the
witnesses sign them.

4  \* In trial Gates vs Cinti. Bell, Attorneys for Gates, Spector
and Graziano, both Complained Affidavits entered by Yund
were all the same hand writing and same format. All Affidavits
were Not cross-examined for truth.

5  \* Mr. Yund and Cinti. Bell and Frost & Jacobs were charged with
wiretapping in 1989 by Gates and Droise. Refer to the
Congressional Records April 18, 1989.

6  \* Frost & Jacobs and George Yund wanted to Control the
Courts and any agencies a worker could go to file a Complaint.
Frost & Jacobs controls Civil Rights cases that go thru Federal
Court associated with any Labor Problems. This is the
Protection Frost & Jacobs sells to their Clients, any Civil
Rights problems, Frost & Jacobs has the Judge Dismiss at
Summary Judgement.

7  \* Frost & Jacobs, George Yund and Randy Freking were
sued May 21, 1990, Under R.I.C.O. Act C-2-90-360.&C-1-89-749
Frost & Jacobs, George Yund and Randy Freking were
Represented by Michael E. ~~Maudell~~ Michael E. Maundell
of Counsel: Rendigs, Fey, Kiely & Dennis against the R.I.C.O.
Charges filed by Jerry Carr and Sharon Rennick.

2/4
7

8 * On July 12, 1990, Dr. Roger Fisher from the Center For Forensic Psychiatry, Hamilton, Ohio, the very Doctor that signed the False Affidavit with the Butler County Courts to have Mr. Carr put in a State Mental Inst, has sent a fax Transmittal Document to Elaine Holman of Champion Int. The date on the Transmission Cover sheet is 7-12-90. This is shortly after Ms. Rennick Amended the R.I.C.O. suit and added Doctor Fisher and Doctor Miller for conspiring to Kidnap Mr. Carr and make him out to be Mentally Ill and have the case Judge Dismiss the R.I.C.O. suit. On this Cover sheet, at the bottom Left corner, you'll notice, in Dr. Fishers handwriting Frost & Jacobs — George Yund 651-6824. At this time Michael Maundrell is representing George Yund and Frost & Jacobs in any actions concerning Carr and Rennick the Plaintiffs. It shows Fisher contacting Frost & Jacobs and George Yund. On the second Transmittal Document it shows what Fisher is contacting Yund for, Fisher has circled the case No. C-2-90-360 Criminal & Civil R.I.C.O. Act on the Cover sheet of the Amended R.I.C.O. suit that includes Fisher & Miller. Look on and you see Fisher write Columbus 614-469-6945 then Fisher writes transferred Judge Manos Cleveland 216-522-4290 Karen Smith. If you notice off the Cover sheet of the Amended R.I.C.O. suit, it shows Judge Grahm and Magistrate King not Manos. Fisher was worried about being sued in the R.I.C.O. suit so he contacted George Yund the one that set up the plan to have Mr. Carr put away, to Assure Fisher nothing would be done concerning this Case. Sure enough a Corrupt Manos at Least a Sanction with his name on it has surfaced

7/4
8

stating C·2·90·360 came to Trial or Hearing o July 10, 1991.
This is an outragious Lie, Carr or Rennick neither one was at
any trial, hearings, depositions, nothing. This is a Bogus Sanction
meant to protect anyone including Manns that was involved
in Mr. Carrs Kidnapping.

9  * George Yund then his Law Firm has taken a personal vendetta
   against Carr and Rennick. Yund is dedicated to keeping
   the Plaintiffs Unemployed and financial ruined so Plaintiffs
   will not be able to financially go after Yund for the Kidnapping.

10  * Frost, Brown & Todd and George Yund have control over
    the Cincinnati Enquirer, Hamilton Journal News and the
    Dayton Daily News. Frost, Brown & Todd also represent
    the T.V. stations and their news.

11  * Frost, Brown & Todd is also controlling the mail,
    they represent U.P.S. Recently Plaintiffs tried mailing
    10 packages, only one ever arrived.

12  * Mr. Yund tried to get Mr. Carrs' Supervisor Tim Burton
    at Champion Int. to sign false Statements against Mr. Carr,
    Mr. Burton refused twice.

13  * Ms. Rennick pleaded no contest to cutting Mr. Jones
    in Hamilton Court with a 1/16" blade window scraper in 1984.
    Judge Dolan order no Restitution for Mr. Jones.
    When Ms. Rennicks suit against her Employer Champion Int.
    went to about 3 years Later in U.S. District Court, Mr. Yund
    Retered the case of Rennick vs Jones in Federal Court. Now
    Ms. Rennick not only had her attorney taken away and trying
    her own Civil Rights representing herself, she was now the Defendant
    not Plaintiff and being tried for Double Jeopardy. Mr. Yund

4/9    9

got a $5,000.00 Judgement against Rennick in Federal Court
after Judge Dolen said no restitution in Common Pleas Court.
14 * George Yund, Randy Feeking, Frost & Jacobs Law Firm,
Elaine Holman (Director of EAP) at Champion Int., Forensic
Physckologist for Butler County Roger Fisher and Psychiatrist
Michael Miller all conspired to disceive Mr. Carr into thinking
he was getting garnishment help instead Kidnapped at gunpoint
and put in a Mental Inst.

10

Extortion, Obstruction of Justice, Wiretapping, Mail Fraud and Wire Fraud Forgery and entering False Affidavits.

Complaint                                        11

Randy Freeking, former Co-Counsel to George Yund
of Frost, Brown & Todd, during the 1980s.

Feb. 5, 1988, Mr. Freeking in his own Hand Writing
Refused a Court Order to turn over personel files before
trial Rennick vs Champion Int. The files were of
Louis "Wormie" Wilson and William "Wa Wa" Jones stating
they were warned from using the word "Nigger" and poorly
thought racial acts

On or about the Month of March 1988, Ms. Rennick's
Lawyer having withdrew from the case, Ms. Rennick had to
try her own Civil Rights case for a week in federal Court.

Randy Freeking co-counsel to George Yund went to the
premises of Champion Int. Corp on or about one week
before Ms. Rennick was to try her case. Mr. Freeking did
so without notifying Ms. Rennick or the Court. One
of Ms. Rennicks' witnesses, Allen Lampley, stated under
Oath in Court that he and the other witnesses were threatened
and intimidated by Freeking as Mr. Freeking met with all of
Rennicks witnesses page 695 Transcript Rennick vs Champion
Mr. Lampley quoted Mr. Freeking saying "he (Freeking) was
Associated with People in High Places that Control the Courts."
Mr. Lampley also stated this in his deposition.

*Complaint*

Defendant                                                                                    12

Michael Miller - Psychiatrist M.D., Fairfield, Ohio

Mr. Miller met with Mr. Carr on July 2, 1990. Mr. Carr being referred to Doctor Miller by Mr. Carrs' Employer Champion Int. Corp. Mr. Carr met with Dr. Miller for about 20 min. and Mr. Carr recorded the whole meeting.

Mr. Carr went to Dr. Miller about Credit Card Fraud

Dr. Miller immediately starts telling Mr. Carr how were going to Remove you from the payroll (champion) and put you on a Psychiatric Disability and the Lawsuit must be Dismissed. C-2-90-360

Doctor Miller used Fraud and Deceit with two Medical Release Forms. Mr. Miller asked Mr. Carr to sign two blank Medical release forms, one for Doctor McBrady and the other for Doctor Barrish. Doctor Miller instead wrote in the Hamilton Police, Butler County sheriffs Dept. City Manager, Champion Elaine Holman and Roger Fisker.

At the end of the meeting Dr. Miller made an appointment for Mr. Carr on July 3, 1990 with Roger Fisker Forensic Psychologist with Butler County.

Mr. Carr was not allowed access to any Probate Evidence until June 2001. Cover UP.

Mr. Miller is Also Immune from Prosecution because he too is Linked with Frost & Jacobs in Mr. Carrs' Kidnapping at Gunpoint.

Racketeering, Kidnapping, Obstruction of Justice Falsifying Documents

Complaint

Defendant                                                          13
Roger Fisher - Forensic Psychologist Butler County Court
Feb 28th, 2003, Mr. Fishers License was permanently Revoked.
July 3, 1990, Mr. Fisher met with Jerry Carr, first time ever,
at Mr. Fishers office. The meeting Last about 20min. Mr. Carr
tape recorded the whole meeting. This was not an Evaluation.
Mr. Carr was there to talk about bogus credit cards and
garnishments and thats what was talked about.
    Mr. Fisher maliciously Lied in an affidavit to the
Butler County Courts and Sheriffs Dept. to have Mr. Carr
arrested at Gunpoint and taken to Rollmans State Mental
Inst. in Cincinnati Ohio
    In Mr. Fishers affidavit he purposely Lied to have
Mr.Carr Deemed Mentally Ill and distroy his Credibility, Mr. Carr
Less than 6 weeks earlier had filed a Racketeering
Lawsuit C-2-90-360 against Champion Int. and Frost & Jacobs
Law Firm. Champion Int. Employees Assistance Program
Director Elaine Holman made the appointments to Doctors
Miller and Roger Fisher on Mr. Carrs' behalf
    According to papers provided to Mr. Carr finally
in 2001 from Probate Court Mr. was Entitled to an Attorney,
Never got one. Mr. Carr was allowed a phone call never
was allowed one, Mr. Carr was also allowed a second
evaluation, Mr. Fisher wrote himself in as second
opinion evaluation.
    Mr. Fisher upon his Recomendation had Mr. Carr
fired from his Job at Champion Int. Corp. (Removed from payroll)
Racketeering, Kidnapping, Obstruction of Justice, False Affidavits

14

On July 16, 1990, Roger Fisher in his own Hand Writing Conspired with Frost & Jacobs, George Yund attorney from Frost & Jacobs, Legal Representatives of Champion Int. Corp., Champion Int. Corp EAP Director Elaine Holman and Judge John Manos, to confine Mr. Carr to a Mental Institute to declare Mr. Carr Mentally Ill and have the case transferred to Judge Manos from Judge Graham. Then Judge Manos signature is now on a Bogus Sanction being passed around. There was no Trial or Hearing on July 10, 1991. If there was a Trial or Hearing on July 10, 1991, who represented Roger Fisher? Wheres Roger Fishers Transcripts of questions he answered. How come Mr. Carr and Ms. Rennick, the Plaintiffs? Mr. Fisher was sued under the R.I.C.O. Act in an Amended Complaint to C-2-90-360.

Roger Fisher was sending a Fax Transmittal on Butler County Forensic form to the aforementioned, when he wrote these names he was contacting in his own Handwriting. Showing again Frost, Brown & Todd (Frost & Jacobs) do control the Courts and the Judges. Mr. Fisher is hiding behind the Power and Connections of Frost & Brown & Todd to escape charges and investigations. Frost, Brown & Todd and George Yund are protecting Roger Fisher because he wrote their names on the Fax Transmittal Document.

Complaint

15.

Defendant-Attorney Andrea Hicks Located in Office
with Attorney James Whitaker Reading Road, Mason, Ohio

1 * Andrea Hicks delayed suing Tom Sweeney Nissan for 2 yrs
in Mrs. Carr behalf, until Tom Sweeney sold his Dealership
Ms. Hicks didn't want to put a Lien on the Dealership.

2 * Ms. Hick freely gave Privileged Confidential information
on Mrs. Carr to Thompson, Hine & Florey Law Firm, Sweeney
Attorneys, then withdrew from the two cases

3 * Ms. Hicks conspired with Tom Sweeney Nissan, Ms. Brennan
Thompson, Hine & Florey to Deprive Mrs. Carr of her Civil Rights
and Due Process.

4 * Thompson, Hine & Florey and Ms. Brennan were in contact
with Debrah DeLong. Ms. DeLong worked for Frost & Jacobs
during the time period Ms. Rennick (now) Carr had sued Champion
Int. for Racism and filed a R.I.C.O. suit c-2-90-360 with
Mr. Carr in 1990. Ms. DeLong worked on these cases.

16
2/3

on this Fax Document in Fishers Handwriting it
shows Fisher Contacting Frost & Jacobs Law Firm,
George Yund Attorney for Frost & Jacobs Representing
Champion Int. Corp, Mr. Carr's employee, next he has
Written Ms. Holman (Director of Employee Assistance at
Champion Int. Corp, then Judge Manos Cleveland,
then Karen Smith 216-522-4290, At this time Sharon
Rennick the other Plaintiff Amended the R.I.C.O. suit
to include Kidnapping of a Federal Witness and Federal
Plaintiff in a R.I.C.O. suit. These aforementioned
conspired to Kidnap Mr. Carr at Gunpoint by using
Roger Fisher Court Psychologist submit a False ~~Affant~~
affidavit with the Court and have the Sheriffs dept.
pick up Mr. Carr and take him to a State Mental Inst
      How did Fisher Know to call Manos? Judge Graham
and Magistrate King are assigned to the case.
      Frost & Jacobs, George Yund and Champion Int Corp.
were all being sued by Mr. Carr and Ms. Rennick in
that R.I.C.O. suit C-2-90-360 and were being Represented
by Attorney Michael Maundrell. These Defendants
conspired to take all Human Rights and Civil Rights
away from Carr and Rennick. Frost, Brown & Todd Law Firm
proved Mr. Carr Racketeering Charges. Doctor Fisher
in his own Handwriting tied all the parties together
including a Federal Judge John Manos to have Mr. Carr
put in a State Mental Inst. to Dismiss C-2-90-360. It also
shows the Control Frost, Brown & Todd Have in Ohio, Ky and Tenn.

3/3 17

Judge Manos not only conspired to have Mr. Carr
an employed Journeyman Industrial Electrician put
indefinetly in a Mental Inst to "shut him up" but
with Malice issued a Bogus Sanction 28usc 1651
protecting himself and all other parties involved.

# Complaint

19

Defendant - U.S. Dept. of Justice, 950 Penn. Ave. N.W. Washington D.C. 20530

1. * Mr. & Mrs. Carr have went to the D.O.J. or contacted the D.O.J. and went to the F.B.I at least a half dozen times dating back to April 11, 1990. Mr. & Mrs. Carr have since April 11, 1990 tried to Blow the Whistle on Corruption in Cincinnati and Butler County.

2. * April 11, 1990 Mrs. Carr (formerly Rennick) and Jerry Carr sent a small package of evidence of Corruption including Illegal Wiretaps.

3 * The D.O.J. or F.B.I either one never got back with Carr and Rennick. On May 21, 1990, Carr and Rennick filed their own R.I.C.O. suit C-2-90-360. The suit Alleged, Racketeering, Wiretapping, Obstruction of Justice, Threatening Witnesses, Extortion, Kidnapping at Gunpoint of Mr. Carr on July 3, 1990 Less than 8 wks after Carr and Filed their R.I.C.O. suit

4 * The D.O.J. or F.B.I to this present time refuse to take a Formal Complaint from the Plaintiffs or Investigate. Mr Cates, Cincinnati Bell Wiretapper stated Frost & Jacobs, the D.O.J, the F.B.I. and Federal Judges were all a part of the Organized network of Racketeering set in place to control the Courts. Frost, Brown & Todd Law Firm through Wiretaps sought to Control the Federal Courts. All Civil Rights Law suits and Labor Contracts have to go thru Federal Court. Now 96% of the cases are being Dismissed and a Pattern of the Attorney Withdrawing.

19

5 * The D.O.J. and the F.B.I have a Constitution Oath to Protect all Citizens. The D.O.J and the F.B.I have never Protected the Plaintiffs allowing Plaintiffs to Suffer Physically and Mentally at the hands of Frost, Brown & Todd Law Firm.

6 * Starting in 2001, the Plaintiffs began bringing new Complaints to the D.O.J. and F.B.I. Through Psychologist Faye Ross in West Chester, Ohio, Mr. Carr was finally after 11yrs since 1990, allowed to obtain his Probate Records in Butler County. Records showed Federal Judge Manos conspired with Frost & Jacobs, George Yund, Elaine Holman of Champion Int and Butler County Forensic Psychologist Roger Fisher to have Mr. Carr picked up by the Sheriffs Dept. at Gunpoint and taken to a State Mental Inst.

7. * Plaintiffs continue to Complain of a Bogus Sanction 28USC1651 being used against them, depriving Plaintiffs of their Civil Rights and Human Rights, issued on a Bogus date July 10, 1991, by Judge Manos.

8 * The D.O.J. and F.B.I since 1989 have taken a Corrupt position against the Plaintiffs who are simply trying to get this Corrupt Law Firm out of their Lives, Frost, Brown & Todd and Blow the Whistle on Corruption.

9. * Kathleen Brinkman and D. Michael Crites were both sued in the R.I.C.O. suit c-2-90-360 for Obstruction of Justice, Cover Up. Tony Eppenbeck of Cincinnati area was just sentenced to years in prison for threatening Brinkman and Judge Spiegel (who was also sued in C-2-90-360. Dismissed R.I.C.O. suit.

Complaint

20

Defendant - Patricia Oney Judge o Butler County Common Pleas Court, Hamilton, Ohio.

1. * Judge Oney was the presiding Judge in the Carr vs State Farm, Kristi Louman case.

2. * According to tape recorded conversation with Attorney Charles Rittgers, Judge Oney met with Charles Rittgers and Jason Showen attorneys for Mr. Carr, John Wykoff attorney for State Farm, Bob Daniels State Farm Representative and Champion Int. Corp. Representatives, (which had to be Frost, Brown and Todd Law Firm), the night before the Trial for a Damage and Injury award Trial, to Discuss Mr. Carrs' problems with Champion Int. Corp.

3. * The aforementioned conspired together to deprive Mr. Carr of his Constitutional Rights of Due Process and any Jury award for money.

4. * Judge Oney allowed the case in Court to get out of hand so much that Judge Oney and Attorney John Wykoff conspired together to change the Court Transcripts.

5. * Janice Morse, Reporter for the Cincinnati Enquirer News-paper was doing an Investigation into Problems with Transcripts of the Butler County Courts. Mr. Carr had Appealed his State Farm suit and Complained in a motion to the Court that a lot of the Transcripts were Deleted.

6. * Judge Oney has the Original C.D. Disc of the Court Transcripts in Her poss.

7. * Jo Attorney John Wykoff filed a motion and Oney upheld it, changing the Jury Award.

Complaint                                                    1/1  21

Defendant Robert C. Reichert is owner of several
Auto Dealerships. Mr. Reichert is also an attorney at Law.
Mr. Reichert unLawfully terminated Mrs. Carr's
Employment at Kings Jeeps, Kings Auto Mall, while
off on State Workers Comp. for an injury. Mr. Reichert
was made aware Mrs. Carr was on State Workers Comp.
when Mr. Reichert terminated Mrs. Carr, by attorney
John Berg. Mr. Berg wrote Mr. Reichert a Letter
informing Mr. Reichert that it was unLawful to terminate
Mrs. Carr while on Workers Comp. Mr. Reichert sent a
reply to Mr. Berg stating he (Robert Reichert) made
a decision and was sticking to it, Mrs. Carr is Terminated.
    Mr. Reichert also Retaliated against Mrs. Carr for filing
EEOC and OCRC complaints.
        Plaintiff ask this Court to Waive Time Limits
on filing. The Plaintiffs can and will prove the
Judicial System in Ohio is Prejudice against Me and
Mrs. Carr

Complaint

1/3          22

Defendant - U.S. Department of Justice

Mr. & Mrs. Carr have went to the D.O.J. and F.B.I numerous times to file formal complaints of Racketeering and Corruption. The D.O.J. and the F.B.I refuse to take any complaints from the Plaintiffs. Mr. Gates and Mr. Droise, both admitted "Wiretappers" for Cincinnati Bell (Congressional Records April 18, 1989) stated the F.B.I and D.O.J. were part of the Corruption and Wiretaps, working hand in hand with Frost, Brown & Todd Law Firm.

On April 22, 2002 Mr. & Mrs. Carr, filed written complaints with the F.B.I in Cincinnati, Ohio, requesting a formal investigation of Unlawful Detention (Kidnapping at Gunpoint) and Obstruction of Justice. Mr. & Mrs. Carr have 5 boxes of evidence including Court Documents, transcripts, affidavits, photos and very incriminating tape recordings. The F.B.I did not examine any of the Plaintiffs evidence, nothing, "a Complete Cover Up".

Plaintiffs are now Charging the D.O.J. and F.B.I with Racketeering, Wiretapping, Kidnapping at Gunpoint a Federal Witness and Federal Plaintiff in a R.I.C.O. Act suit C-2-90-360. Mr. Carr was a Federal witness for Sharon (Rennick) Carr C-2-90-360 and was a Co-Plaintiff in C-2-90-360. The R.I.C.O suit was filed in Columbus, Ohio May 21, 1990. Less than 6 weeks Later July 3, 1990, George Yund conspired with Champion Int. Corp (Carrs' employee), the Butler County Courts, Butler County Forensic phd. Roger Fisher, Michael Miller Md and Federal Judge John Manos to have Mr. Carr picked up at Gunpoint off the street and taken to a State

2/3    23

Mental Inst., Rollmans,

Mr. Carr was held a total of 35 days against his will.
Mr. Carr was injected daily against his will with 3 different
types of drugs.
Mr. Carr was not given Legal Representation, even though repeatedly
requesting an Attorney.
"Mr. Carr was allowed any phone calls and was not read his
Rights"
Mr. Carr was not even given a Mental Evaluation. Mr. Carr
was suddenly deemed "Mentally Ill" so no one would believe
Mr. Carrs' charges in C-2-90-360
        Mr. Carr has evidence of Corruption and Racketeering on
all Local, State and Federal Levels.
        Mr. Carr is also charging F.B.I agent Rick Coy of threats
and intimidation. Mr. Coy went to Attorney James Whitaker
office and threatened Mr. Whitaker out of Representing
Mr. Carr. Mr. Coy also paid a visit on Ms. Faye Ross phd.
(Mr. Carrs' Counselor). Ms. Ross had written a Letter for
Mr. Carr to use with filing a complaint. Ms. Ross viewed the
evidence and Listened to the Fisher and Miller tape
recording and Deemed there was an Illegal Abduction
and Confinement, according to State and Federal Mental
Health Laws. Ms Ross' office was put out of business
shut down permanently.
        Mr. & Mrs. Carr wrote a Letter to the D.O.J. in Feb. 2003
reporting the F.B.I as a Cover Up for Frost, Brown & Todd.
Lisa Frank from D.O.J. replied take your problems to

3/3        24

Wash. DC. Mr. Carr did, Mr. Carr sent a 423 page
package to the Dept. of Justice in Wash. D.C. A Kevin
Callahan paralegal received the package and in two days
time found no wrong doing. Mr. Callahan never listened to
the tapes or view all the evidence to come to that decision. It
was an obvious "Cover Up". Charging Kevin Callahan with
Obstruction of Justice and Lisa Frank

Complaint

1/2    25

Defendants Charles Rittgers and Jason Shower are attorneys at Law in Lebanon, Ohio.

On June 5, 1997, Mr. Carr was involved in a traffic accident. Mr. Carr's auto was rear-ended by an unlicensed, uninsured driver. Mr. & Mrs. Carr were insured with State Farm Ins. and had additional Uninsured Motorist Insurance with State Farm Ins. Mr. Carr suffered injuries in the accident and continues to suffer with neck and arm problems.

State Farm refused to represent Mr. Carr.

About Feb. of 1998 Mr. Carr hired Charles Rittgers Law Firm in Lebanon, Ohio.

Mr. Rittgers before going to trial, had State Farm admit to several "Stipulations", first being that Mr. Carrs' was in full effect at the time of the crash, including the Uninsured Motorist policy.

Mr. Carr has a tape recording of Charles Rittgers stating He and Co-counsel Jason Shower, State Farm representatives and the court met the night before the Trial and discussed Mr. Carrs' problems with Champion Int. including the problem with Rollmans.

The Trial Lasted two days, Mr. Rittgers never showed up either day.

Jason Shower went to court for Mr. Carr. Mr. Shower was not familiar with the case. Mr. Rittgers had handled everything. Mr. Shower was pityful, allowing false documents to be entered, inadmissive evidence to be

2/2    26

State Farm tainted the juey so badly against Mr. Carr
the Jury awarded Mr. Carr $1500.00 the amount of damages
and nothing for injuries. Mrs. Carr received $1.00

This cresh has Left Mr. Carr with permonent injuries.
State Farm Reps. conspired with Charles Rittgers,
Jason Showen, Judge P. Oney and Frost & Jacobs to
deprive Mr. Carr of his Due Process and Receive any money
award.

Mr. Rittgers and State Farm Reps blocked Mr. Carr
for almost 5 yrs from even collecting his $1500.00.

The uninsured motorist never even came to Court with
an attorney. The defendant State Farm was the motorist
Representation. State Farm would not only refuse to
Represent Mr. Carr (Breach of Contract) State Farm
was doing everything including false documents to beat
Mr. Carr out of any award.

The aforementioned parties have also conspired to
change the Transcripts of the Trial for Mr. Carrs' appeal

Complaint

Defendant - Attorney James A. Whitaker at Law
in Mason, Ohio

Mr. Whitaker Represented Mrs. Carr in two seperate
Civil Rights suits, Carr vs Colerain Dodge C-1-98-996
and Carr vs Sweeney Case C-1-00-697.

1 * On Jan. 3, 2001, Mr. Whitaker, representing Ms. Carr,
Carr vs Sweeney C-1-00-697, sent a Letter to Sweeney attorney
Deborah S. Brennan. Mr. Whitaker was making Ms. Brennan
and her Employer Thompson, Hine & Florey aware that an attorney
in Mr. Whitakers office Ms. Andrea Hicks presented privileged
and Confidential information concerning Mrs. Carr. This
would lead to a Professional Conflict to continue to Represent
Sweeney.

2 * On Jan. 26, 2001, Mr. Whitaker sent another Letter to
Ms. Brennan of Thompson, Hine & Florey Law Firm. Mr. Whitakers
Last sentence of that Letter to Ms. Brennan is, I under-
stand your position that your office will not withdraw
from the case.

3 * The Privileged information Ms. Hicks gave to Ms. Brennan
was that Mrs. Carr was formerly Sharon Rennick. The same
Sharon Rennick, Co-Plaintiff with Jerry Carr, in R.I.C.O.
Suit C-2-90-360. Ms. Rennick and Mr. Carr had sued
Federal Judges, Magistrates and Law Firms for Wire Tapping
Racketeering and Corruption with the Courts.

4 * Sometime in March 2001, about 2 months after Ms. Hicks
gave Privileged information to Thompson, Hine & Florey Law Firm,
Mrs. Carrs' case against Colerain Dodge C-1-98-996 was

28

Dismissed with Prejudice by Magistrate Jack Sherman.
Judge Jack Sherman was sued for Corruption by Rennick
and Carr in 1990 C-2-90-360 R.I.C.O.

5 * Mr. Whitaker immediately filed a timely Motion
Objecting to Magistrate Shermans' Decision. Mr. Whitaker,
cited at the very Least Sherman should have ReCused
himself under Rule 455A. Mr. Whitaker at the end
of that motion, requested a Full Review and meeting

6 * Federal Judge Susan DLott Denied Whitakers motion
and Upheld Shermans Bias Decision Dism, Dismissed
with Prejudice. Sherman nor any of The Defendants
in that R.I.C.O. case ever had to answer to anyone.
No Investigation, no Depositions, No interogitories, nothing
was done to any of these Defendants. Less than 6 wks
after Mr. Whitaker met with Susan DLott to discuss
the case c-1-98-996, Mr. Whitaker sends Mrs. Carr a Letter,
Withdrawing.

7 * On May 14, 2001, Mr. Whitaker sent a Letter to Ms. Carr
making her aware he intends to Withdraw. Upon receipt and
Review of the information you provided my office regarding
your Lawsuit, C-2-90-360, involving Federal Judges and
Magistrates, I find it unreasonably difficulte to continue
to represent you in these matters.

8 * In the same Letter May 14, 2001, & Mr. Whitaker states
he did not have prior Knowledge. Plaintiff wishes to Remind
Mr. Whitaker of his Jan. Letters about the Privileged
information and his Objection Motion citing the R.I.C.O.

29

Sherman was involved in C-2-90-360.

9 * Within a week or two after the May 14, 2001 Letter to Mrs. Carr, Mr. Carr called Mr. Whitaker and made an appointment to discuss Mrs. Carr's cases Dismissed and Mr. Carr wanted to share some evidence with Mr. Whitaker and dicuss the evidence on Corruption and Mr. Carr's Kidnapping at Gunpoint and put in a Mental Inst. and the evidence against George Yund and Frost, Brown & Todd Law Firm in Cincinnati, Ohio.

Mr. Whitaker reviewed some Documents and Listened to the Doctor Miller and Roger Fisher tapes and immediately wanted to draw up a Contract between himself and Mr. Carr at $160.00 an hr and Resurrect R.I.C.O. case C-2-90-360 or File a new R.I.C.O. Suit. This appointment was sometime in Late May 2001, Now Mr. Whitaker is fully aware of Mr. Carr's allegations in C-2-90-360, Wiretapping, Corrupt F.B.I., Corrupt Judges, Corrupt Judicial System.

Mr. Whitaker was willing to go to the Authorities with Mr. Carr over Mr. Carr's Unlawful Detention, at $160.00 an hr.

Mr. Carr tape recorded the whole meeting. Mr. Whitaker did bring out on tape that George Yund was present at the meeting with Judge Susan Dlott about Mrs. Carr's cases

10 * Mr. Whitaker, On Sept. 6, 2001 sent Mr. Carr the first of three Letters Sept. 6, Oct. 10, 2001 and April 3, 2002

~~Basically 2~~ Basicaly all three Letters are the same, wanted $200,000.00 two Hundred Thousand Dollars, hire an out of state Law Firm and go to the Authorities

30

11. * On Sept. 27, 2001, Mr. Whitaker sent Mr. Carr the first of three Bills for Wrongful Detainment and Statue of Limitations Research

   Sept. 27, 2001 - Balance now due $487.50

   Oct. 27, 2001 - Balance now due 818.75

   Nov. 23, 2001 - Balance now due 843.50

12. * On April 3, 2002, Mr. Whitaker, sent Mr. Carr the Last of three Letters. After Mr. Whitaker had time to Review and digest all the evidence of Corruption with the Courts and Mr. Carrs' abduction, Mr. Whitaker still wanted $200,000.00 and go to the Authorities

13. * On July 30, 2002, Mr. Whitaker, sent a Letter to Mr. & Mrs. Carr, Mr. Whitaker made the Carrs' aware that he was in contact with F.B.I. Agent Rick Coy. After Contact with Agent Rick Coy, Mr. Whitaker states in his Last sentence "You are not to Return to my office, nor see you to be on the premises where my office is Located. What about the 200,000.00 and go to the Authorities, well the Authorities came to Whitaker a Corrupt Agent Rick Coy. Mr. Carr sent Rick Coy a Letter July 7, 2002

14. * Mr. Whitaker has Obstructed Justice, Conspired with Federal Judge Susan Dlott, Thompson, Hine & Florey and Frost, Brown & Todd Law Firm to Dismiss Mr. Carrs' two Civil Rights case C-1-98-996 and C-1-00-697, depriving Mrs. Carr of her Due Process and 1st Amendment Right

15. * Mr. Whitaker is also Obstructing Justice, Covering Up evidence of a Felony Kidnapping against Mr. Carr to Dismiss C-2-90-360 R.I.C.O. suit and Label Mr. Carr Mentally Ill.

Complaint

31

Defendant- Givaudan, former Employer of Mr. Carr
Located in Carthage, Ohio. Givaudan employs more than
200 employees and has a second plant Located in Northern
Kentucky.

1. * Mr. Carr was hired on or about April 1991, as a Maint.
Mechanic, for $12.89 an hr.

2. * When Mr. Carr was hired, he was a Journeyman Licensed
Electrician, and a Journeyman Licensed Millwright.

3. * At the time of Mr. Carrs' hiring, Mr. Carr was the only
employee in the Maint. Dept. that had any formal Industrial
Training or schooling. Mr. Carr had 4 years of on the job training
and schooling in the State Approved Electrical Apprentice ship
program. Prior to that Mr. Carr had already went thru 4 years
of State Approved Millwright Apprenticeship and received his
Journeyman Licensed, now with the Electrical License Mr. Carr
felt secure in the Workforce.

4. * Most of the Maint. employees did not even have a high school
diploma

5. * Mr. Carr was passed over on all promotions by employees
with less or no Qualifications at all.

6. * First two years Mr. Carr had Perfect Attendance at Givaudan

7. * Mr. Carr received an Exceeds Expectations Review

8. * On or about March 1995, Mr. Carr went on Short Term
Disability because of Immediate Radical Surgery on
Mr. Carrs' Neck to Remove a Cancerous Tumor. Then Mr. Carr
underwent numerous radiation treatments to the extent
his Saliva Glands were burnt up. Mr. Carr has constant Dry Mouth.

32

9   * On or about May 1999, Mr. Carr Left work because of Illness. Mr. Carr went on Short term Disability under Doctors Care. Mr. Carr was falling to the floor with Seizures and Vomiting.

10  * On or about Dec. 1999 Mr. Carr was Terminated for going on Long-Term Disability under Doctors care.

11  * Mr. Carr was contacted by Givaudan and was Forced to sign papers terminating his Employment or Mr. Carr would not Receive his Long-Term Disability Payments.

12  * Mr. Carr had Recently purchased a Two-Hundred Thousand Dollar Home. Now Mr. Carr was going to have to Drain his 401K Fund. Mr. Carr had saved $ since his hire in 1991 to Termination Dec. 1999, $98,000.00 and $42,000.00 in Company Pension. This was Mr. Carrs' Retirement with at least 7 years to go before Mr. Carr's Retirement to add to these Amounts.

13  * This was a Malicious conspired Termination by Frost & Jacobs and Givaudan to Bankrupt Carr so Mr. Carr could not pursue this present action.

14  * Mr. Carr immediately had to start withdrawing 401K money to pay the Mortgage.

15  * Mr. Carr was Unlawfully Terminated while on Long Term Disability. Mr. Carr paid the Company over $2500.00 a year for Long Term Disability Insurance.

16  * Another Employee in the Maint. Dept, Sam Goff, was off over 2 years on L.T.D. and was not Terminated when Mr. Carr Left work.

17  * Mr. Carr had viewed two Letters in Maint. Dept. with

33

Frost & Jacobs Letter head Laying on Mr. Carrs'
Supervisors desk on or about April 1999. Mr. Carr
did not read the contents.

18 * Mrs. Carr was also Terminated from her Employment
two days prior to Mr. Carr.
    Mrs. Carr was on State Workers Comp. when she was fired.

Complaint

34

Defendant · Jake Sweeney Inc. Auto Dealership
Located at 85 W. Kemper, Springdale, Ohio 45246

1 * Jake Sweeney Auto Dealership hired Shaun Sweeney
refer to Deborah Brennan Affidavit filed Aug. 7, 02,
numbers 1, 2, 3, 4, Ms. Brennan is attorney for Tom Sweeney
Nissan but also Attorney Jake Sweeney Inc.

2 * When Jake Sweeney hired Shaun Sweeney they hired his
prejudices, his hatred for the Blacks and the Sexually charged
workplace he encourages.

3 * Jake Sweeney Inc. should be held accountable for
C-1-00-697, Ms. Brennan, Thompson, Hine & Florey, Shaun
Sweeney, Tom Sweeney and Mrs. Carr's attorney Andrea Hicks
all conspired in Delaying filing suit against Tom Sweeney Nissan
on behalf of Mrs. Carr, in the meantime Shaun Sweeney
slipped into a consultant Job for Jake Sweeney, while
Mrs. Carr is out of a job and Losing her home and savings.

4 * Mr. Sweeney (Shaun) openly bragged in the Jake Sweeney
parking Lot that there wasn't a Judge the Sweeney
Family couldn't buy. Mr. Sweeney went on rambling
his Family even owned an Island off the Coast of Florida.
Mr. Carr continued to Picket outside Jake Sweeneys
when Shaun became outrageous yelling to Mr. Carr
"You dumb f-cking hillbilly," "You Left the Letter i out of
N-gger." This is what Jake Sweeney hired and that's the
Reason Tom Sweeney was sued.

Complaint

35

Defendant - Pat Garretson - Attorney at Law Located
in Hamilton, Ohio, County of Butler

1. * Pat Garretson was Court assigned Attorney to represent
Mr. Carr at a Probate Hearing for Mr. Carr, in July 1990.

2. * Mr. Garretson never discussed the case with Mr. Carr at all.
Mr. Garretson never Reviewed any of Mr. Carrs' Evidence
Mr. Garretson never Listened to the tape Recordings of Fisher and
Miller. Mr. Garretson was only there to make it Look as though
Mr. Carr was represented by Counsel. Mr. Carr had for
5 days at Rollmans Requested a Lawyer and he was Denied.
Mr. Garretson did nothing to represent Mr. Carr.
Mr. Garretson never objected to anything going on,
Judge Brewer got up and walked out of the Hearing, "Stating
I will not participate in this action. Mr. Garretson never
objected when a Lawyer out of the Hallway sat in for Brewer.
Mr. Garretson never objected when Roger Fisher who had
already filed a false Affidavit with the Court to have Mr. Carr
put away, Mr. Fisher appointed himself as second opinion
on Mr. Carrs' mental condition.

3. * When Mr. Carr was Probated to Dayton (Montgomery County)
Mr. Garretson on tape Recording stated he could no Longer Represent
Mr. Carr because he was now in Montgomery County.

4. * Mr. Garretson conspired with the Butler County Courts,
Frost & Jacobs, Fisher and Miller to Deprive Mr. Carr of
his Human Rights and Civil Rights. These aforementioned also
conspired to Kidnap Mr. Carr put him away to Shut him Up
and Dismiss R.I.C.O. suit C-2-90-360 saying Mr. Carr was
Delusional

Complaint

1/3    36

Defendant - Federal Judge Susan DLott in Cincinnati,O

1. * Judge DLott Dismissed both Civil Rights cases
C-1-98-996 and C-1-00-697 at Summary Judgement.

2. * Judge DLott is the Federal Judge overseeing the
Racial Profiling Committee in Cincinnati, Ohio

3. * Case C-1-00-697 Carr vs Sweeney, Sweeney Employee,
Chuck Moore (white), married to African-American Woman
named Roberta, filed a Notarized Complaint with Sweeney
Management, that his African-American wife was being referred
to as a "Porch-Monkey" and he (Mr. Moore) was a "Nigger Lover".
Not only did Judge DLott Dismiss the case, she did not
even Contact Saul Green, hired by the D.O.J. to
investigate Racism, at 5 million a year.

4. * Judge DLott Upheld a Bogus Sanction 28 USC 1651 by
Federal Judge John Manos. No Hearing or Trial was
ever held, nothing was ever done on R.I.C.O. case C-2-90-360
but theres a Bogus Sanction from Fabricated Hearing
July 10, 1991.

5. * Judge DLott also Upheld Magistrate Jack Sherman
Decision to Dismiss with Prejudice C-1-98-996 after
Attorney James Whitaker made Judge DLott aware of
Sherman being sued in a R.I.C.O. Act and should have
Recused himself.

6. * Judge DLott conspired with Thompson, Hine & Florey,
Ms. Brennan, Frost, Brown & Todd and George Yund
to Deprive Mrs. Carr of her Constitutional Rights and
Obstruction of Justice

7. * Plaintiff Request an investigation into Judicial Corruption in Ohio Courts. Judge DLott, Weber and Spiegel have Lost their Integrity to Uphold the Constitution and to Rule as an UnBias Judge in all cases. Plaintiff request Impeachment of these Federal Judges

8. * These Judges bore out what Mr. Gates tried to prove in 1989 Cincinnati Bell engaged in Hundreds of Wiretaps on Federal Judges, Lawyers, LawFirms and CEO's to Control the Courts and Labor

9. * Mr. Chuck Moore, employee for Tom Sweeney Nissan, who is White married an African-American Lady. When Sweeney employees and management found out a White male employee had married a Black Woman, Mr. Moore, was Refereed as a Nigger Lover and his wife Roberta was refereed to as a Porch-Monkey. Mr. Moore was Terminated on Martin Luther King Day. As stated in 3 Judge DLott Dismissed this suit at Summary Judgement

10. * Judge DLott was made aware through Court motions of the Corruption Plaintiffs Alleging, KKK threats, Kidnapping and a Bogus Sanction by Judge Manos.

11. * Federal Judge Susan DLott totally ignored evidence submitted by Plaintiff. This was not oversight, this is a Corrupt Judge that cannot rule fairly and uphold the Constitution of the United States and should be Impeached.

12. * Plaintiffs request this Court to Report this case to the Senate Judiciary Committee for Impeachment.

3/3   33

13 * Judge Dlott and the other Authorities having Power to
Coreect the Racist problems are actualy the cause of
so much Killing and Crime in Ohio. Blacks Know of the
Injustices in the Couets. The Authorities in Cincinnati Ohio
have completely ignored the Constitution. Mr. Gates stated
in 1989 after admitting to Wiretapping for Feost & Jacobs
and George Yund. By using their client Cinti. Bells equipment.
Mr. Gates stated if you don't stop them now, you never will
their going to go theu I.B.M. and their Computers to
Eaves deop.

Complaint

Defendant - Federal Judge John M. Manos
Now Deceased - died on or about 2006.
Plaintiffs started this action before Mr. Manos died.
Plaintiffs are still Compelled to bring this action
against Mr. Manos Estate.

Mr. Manos name as Federal Judge is on a
Document by U.S. District Court, Sanction 28 USC 1651,
against the Carr's. This is a Life-Time Sanction. This is a
"False Document". Judge Manos states C-2-90-360 case
came to a Trial or Hearing July 10, 1991 and all evidence
was Heard and Reviewed and the Case was Dismissed.

Mr. & Mrs. Carr never went to any offical Trial or
Hearing on July 10, 1991. Mr. & Mrs. Carr for that matter
have never been at any Trial or Hearing concerning C-2-90-360
which Complains of Racketeering, Wiretaps, Kidnapping,
Extortion and Attempted Murder, No Depositions,
Discovery or interrogatories, nothing was ever done on
the R.I.C.O. suit C-2-90-360 Mr. & Mrs. never heard
anything on this case until 2002, when Attorney Debra
Brennaman of Thompson Hine and Florey entered
the Sanction to have Federal Judge Susan DLott dismiss
Ms. Carr's suit against Sweeney Auto Dealership

Judge Manos or Frost, Brown & Todd Law Firm
issued a Bogus Sanction protecting all parties
involved in Mr. Carr's Kidnapping. Judge John Manos
~~stated~~ name is also on the Forensic Fax TransMittal
Document in Forensic Psychologist Roger Fisher's handwriting,

Complaint

46

Defendant - Thompson, Hine & Florey Law Firm Located in Cincinnati, Ohio

Defendant - Deborah S. Brennan - Attorney at Law for Thompson, Hine & Florey

1 \* Thompson, Hine & Florey Law Firm and Attorney Deborah Brennan, represented Tom Sweeney Nissan Inc. as Defendant against the Plaintiff Sharon Carr.

2 \* On Jan 3, 2001, Attorney James A. Whitaker representing Sharon Carr against Tom Sweeney Nissan Inc, sent Ms. Brennan a Letter making Ms. Brennan aware that he (Whitaker) had Knowledge that Andrea Hicks (Attorney sharing Whitakers office) had presented to you Ms. Brennan privileged and confidential information concerning Sharon Carr.

3 \* In that same Letter, Last paragraph, Mr. Whitaker is asking Ms. Brennan if she understood that this situation would Lead to a professional conflict if you continue to represent Tom Sweeney Inc.

4 \* Ms. Hicks waited Until Tom Sweeney Nissan was sold before filing suit.

5 \* On Jan. 26, 2001, Mr. Whitaker again sent Ms. Brennan of Thompson, Hine & Florey another Letter. Mr. Whitaker is stating, Removing Lisa Evans from the case, does not clean up what I believe to be an Ethical problem with Thompson, Hine & Florey continuing to represent Tom Sweeney. Last Paragraph, Mr. Whitaker threatens to go to the Appropriate Officials if Thompson, Hine & Florey does not Withdraw from the case

41

6 * Thompson, Hine & Florey Law Firm, Deb. Brennan, Shaun Sweeney Tom Sweeney Nissan Inc, and Andrea Hicks, conspired together to sell Tom Sweeney Nissan Inc. delaying filing suit against Shaun Sweeney and Tom Sweeney Nissan Inc.

7 * Shaun Sweeney of the Sweeney Family was complained on by employees for Racial Discrimination and allowing sexual Discrimination to go on the premises of Tom Sweeney.

8 * Chuck Moore was a Carsalesman for Tom Sweeney Nissan. Mr. Moore is white, he is married to an African-American Lady named Roberta, she is Black. When Shaun Sweeney and co-workers found Mr. Moore was married to an African-American woman, Mr. Moore was referred to as a "Nigger Lover" and "Blacks were "Porch Monkeys". After Mr. Moore was referred to as a "Nigger Lover" and his wife was referred to as a "Porch-Monkey" he knew he would be terminated. Mr. Moore was right he heard he was going to terminated on Sat. Jan. 17, 1998, so Mr. Moore wrote a Notorized statement to give to Shaun Sweeney upon his firing. Shaun Sweeney waited until Martin Luther Kings Day because Mr. Moore Loves the blacks to terminate Mr. Moore's Employment. Mr. Moore handed the Notorized Letter to Shaun Sweeney condeming the verbal Racial Insults he endured.

9 * Thompson, Hine & Florey and Deb. Brennan conspired with Andrea Hick Ms. Cares Attorney to Delay filing suit to sneek Shaun Sweeney into Jake Sweeney Inc Dealership and keep any Liens off Tom Sweeney Nissan Inc.

42

10 * Thompson, Hine & Florey, Deb. Brennan, Judge Susan DLott and Sweeneys conspired to "Cover Up Racism." Not only did Mr. Moore suffer as a victim of Racism but a customer named Kevin Redman (African-American) wrote a Letter to Tom Sweeney Nissan complaining he was discriminated against. Federal Judge Susan DLott is the Federal Mediator appointed by the D.O.J. in the Racial Profiling investigations since the 2001 Riots. Judge DLott will not even turn this matter over Saul Green who is getting 5 million a year to investigate Racism in Cincinnati.

11 * On the 7th day of August 2002, Ms. Brennan filed a Motion in U.S. District Court against Mrs. Carrs' husband Jerry Carr for Egregious Conduct, Mrs. Mrs. Carr on that day 8-7-02 Mrs. Carr was in Cincinnati, Ohio giving a Deposition in the Carr vs Sweeney suit c-1-00-697. Mr. Carr knew this case was going to be Corruptly Dismissed Like the others. Mr. Carr made two picket signs and decided to picket Jake Sweeney Dealership 20 miles outside Cincinnati. Deb. Brennan Shaun Sweeneys Attorney thought she could sneak Shaun Sweeney into Jake Sweeneys Dealership. When Jake Sweeney hired Shaun Sweeney there was a pending suit against Shaun Sweeney, so Jake Sweeney affirmed and reaffirmed Shaun Sweeney Racist ideas and aditude.

12. * Ms. Brennan complained to the Court that Mr. Carrs' picket signs were Defamatory and Borderline Slander. Mr. Carr agreed with Ms. Brennan. Mr. Carrs' picket signs

43

Read Shaun Sweeney Regards Blacks as Niggers and Porch-Monkeys - Frost, Brown & Todd control the Federal Courts. Mr. Carr agreed with Ms. Brennan Nigger and Porch-Monkey is outragious in todays society. Mr. Carr wanted the Public to Know what was acceptable in Sweeneys Dealerships. Ms. Brennan, Judge Susan Dlott, Thompson, Hine & Florey and Sweeneys Inc. conspired to Dismiss Civil Rights case C-1-00-697. The Cincinnati Enquirer wrote a two page story on 96% of Civil Rights cases are Dismissed for Lack of evidence. Its not Lack of Evidence, Its Racketeering and Corrupt Judges and Politicians.

Complaint

44

Defendant - Butler County, Located in Southwest Ohio. Butler County at one time Received Large amount of Tax dollars from all the Manufactuing companies that use to be in Butler County. Two Large Corporations are Left Smart Papers (Formerly Champion Int. Papers) and AK Steel Corp in Middletown. Frost, Brown & Todd Law Firm Represent both companies. Smart Papers is in Bankruptcy up for Auction and A.K. Steel has locked out its 2700 workers for over 8 months, many going into Foreclosure on their homes.

1. * Butler County Receives $400,000.00 to $600,000.00 dollars in Taxes in Hamilton, Ohio from Smart Papers. In 1990, Mr. Carr is sure the City of Hamilton and Butler County received twice as much in Tax dollars from Champion Paper Co. in Hamilton, Ohio. Champion employed about 1500 employees in 1990 compared to about 350 Now.

2. * On July 3, 1990, Butler County Court system entered into a conspiracy to Kidnap Mr. Carr with force at (gunpoint) and take Mr. Carr to a State Mental Institute in Cincinnati Ohio, Rollmans State Mental Inst.

3. * Butler County Forensic Physchologist Roger Fisher met with Mr. Carr on July 3, 1990 for about 20 min. Mr. Carr tape Recorded the whole session. This was the first time Mr. Carr ever met Fisher. Doctor Michael Miller on July 2, 1990 made the appointment for Mr. Carr to see Fisher the next day on the third. Elaine Holman of Champion Paper made Mr. Carr's appointment to see Dr. Miller on July 2, 1990.

45

4 * Mr. Carr, an active employee for Champion Papers until July 3, 1990, had recently May 21, 1990 filed a R.I.C.O. Act suit against Champion Papers and the Law Firm representing them Frost & Jacobs Law Firm, C-2-90-360.

5 * This suit complained of Racism, KKK threats to Mr. Carr, Wire tapping, Mail Fraud, Wire Fraud and Kidnapping. Ms. Rennick Amended the R.I.C.O. complaint several days after the Butler County Sheriffs Dept. surrounded Mr. Carr and Ms. Rennick with Shot guns and Handguns aimed at Carr and Rennick. The Sheriffs body slammed Mr. Carr, then put Leg shackles on Mr. Carr and Handcuffs behind the back, then taken away to Rollmans. Ms. Rennick asked the Sheriffs what was going on and what was Mr. Carr being charged with, they told her to "shut up", Mr. Carr thought he was going to jail for some trumped up charge.

6 * Butler County Forensic Pyschologist Fisher outright Lied in his Affidavit to the Court to have Mr. Carr picked up.

7 * Mr. Fishers Affidavit to the Court was malicious Lies to intentionally have Carr Institutionalized for Frost & Jacobs and their Client Champion Papers, to Dismiss Mr. Carrs' part of C-2-90-360. Mr. Fisher states "Mr. Carr is extremely paranoid and Litigious." He is currently in the process of suing Champion Papers and a 135 other Defendants for 250,000,000.00. He also has a grievance against Frost & Jacobs Law Firm in Cincinnati, Ohio. Fisher goes on to take words from different times and put them together. For Example Mr. Carr purchased a 9mm hand gun in early 1989 because of the Death threats Mr. Carr was receiving.

46

8 * Roger Fisher and the Authorities deprived Mr. Carr
of his Human Rights and Civil Rights when① Mr. Carr
was taken by force at gunpoint to a Mental Inst② 
Mr. Carr was not read his Rights③ Mr. Carr was not
given an Evaluation by anyone in the Mental Health
Field. Mr. Carr met with Dr. Miller on July2, 1990
for about 20 min. Mr. Carr tape Recorded the meeting.
Mr. Miller on tape immediately starts telling Mr. Carr
how this Lawsuit has been stressing Mr. Carr out, so were going
to Remove you from Champion Int. payroll and put you on a
~~Full~~ Psychiatric Disability and Dismiss the Lawsuit.
No threats were made, Listen to the tape.
8 ④Mr. Carr was held 5 days on a 72 hr hold,⑤ Mr. Carr
was injected daily against his will with drugs refer to the
Rollmans Papers⑥ During Mr. Carr 5 days in a State
Mental Inst., he was not allowed Legal Representation,
the Rollmans Paperwork shows, no Less than three
times Mr. Carr Requested a Lawyer ⑦ Mr. Carr
Requested an attorney before they withdrew blood, still
Mr. Carr was Denied Legal Representation.
⑧ Mr. Carr was Denied any Phone Calls
⑨ Mr. Carr was Drugged then given Electric shock Treatments
against his will
⑩ Mr. Carr was entitled to a second, independant,
Evaluation but Roger Fisher appointed himself as
Independant second Opinion. Mr. Carr never had a first
Evaluation for the Record.
⑪ Fisher and Butler also Fabricated a Document with

47

Fort Hamilton Hughes Hospital. The Document shows
Mr. Carr at Fort Hamilton Hospital Mental Ward on July 3, 1990
then transferred to Rollmans. Mr. Carr was never at Fort
Hamilton Hospital July 3, 1990 for any reason, this was the
day Mr. Carr was taken at gunpoint to Rollmans.
⑫ Mr. Carr was held at Rollmans for 5 days then brought
back to Butler County for a Probate Hearing. Judge
Breuwer refused to participate got up excused himself
and left the courtroom. Butler County continued the
hearing without a Judge. The Probate Documents were
held held until 2001 before the papers were allowed to be
Released. Mr. Carr had tried since 1990 to get his Probate
Papers but was always refused.
9  * Butler County Probate Court even Refused Faye Ross
physchologist Mr. Carrs' paper with a signed Medical
Release.
10  * The Butler County Courts and Prosecutors office
Dan Ferguson (Butler County Prosecutor) are now actively engaged
in a Cover Up. Obstruction of Justice, Racketeering,
Extortion, Mail Fraud and Wire Fraud.
11  * Butler County Probated Mr. Carr to Dayton, Ohio to
the Dartmouth Behavioral Center for 30 days
12  * Mr. Carr since July 3, 1990 has never had Legal Representation
on this matter of Rollmans
13  * Plaintiffs Request this Court to Listen to the tape Recordings
and view the Legal Documents, then you will Realize theres
serious Corruption going on in Butler County and Hamilton
County.

Complaint

1/2    48

Defendant Attorney John Wykoff Represented Stat Farm
Ins. in Carr vs Krista Louman and State Farm Ins.

1 * On or about Feb of 1998, Mr. Carr had to hire Attorney
Charles Rittgers of Lebanon, Ohio to represent him in a
car crash. Mr. Carr was hit in the rear by a Non-Licensed
Non-Insured Driver Krista Louman.

2 * Mr. Carr reported the accident to Chuck Detmering,
Mr & Mrs. Carrs personal State Farm Agent. Mr. & Mrs. Carr
had a policy that included uninsured motorist. State Farm
Refused to Represent the Carrs. The accident happened Jun 5 1997.
Ms. Louman Lied to the police at the scene about her License
and insurance to keep her car from being towed. Ms. Louman
got insurance immediately after the wreck. Within two hours
of the accident Mr. Carr and Step Son both went to the
Emergency Room. Mr. Carr had numbness in his Left arm & hand
and still has to this day.

3 * Mr. Rittgers filed suit for car damages, injuries and
Breach of Contract, against State Farm.

4 * The night before Trial Wykoff, Rittgers, Showers, Judge Oney
and Frost, Brown & Todd all met to Discuss Mr. Carrs problems
in the past with Champion and Frost & Jacobs.

5. * State Farm agreed to Stipulations before going into Court.
① Mr. Mrs. Carrs Uninsured Motorist Policy was in Full Effect
at the time of the accident. (Breach of Contract)
② Ms. Louman was completely at Fault.

6 * Mr. Wykoff entered false documents against Mr. Carr.
A Workers Comp. form notorized by Kathy Wagner is now gone from
the exhibits ("C") and the Court Transcripts are Altered.

7 * Ms. Louman appeared in Court without an attorney
to represent her against any money Judgment.
State Farm was Representing her by doing everything they could
to beat Mr. Carr out of any award.

8 * Mr. Carrs' attorney Charles Rittgers never showed up
either day of trial after Mr. Carr paid $4,000.00 to him.
Jason Showen went to Court for Carr in his First Courtroom
appearance as an attorney. Mr. Showen either wasn't ready
for a career as a Lawyer or purposely allowed. Wykoff to
slander Mr. Carr, repeededly called Mr. Carr a Liar and
entered False Documents.

9 * Mr. Wykoff, State Farm, Chuck Detmering and State Farm
Representative BoB Daniels conspired to Refuse Mr. Carr
Representation against an Un-insured Motorist. Therefore
State Farm Breached their Contract with Mr & Mrs. Carr
who paid their Premiums for Protection

10 * ALL of the aforementioned parties conspired to cost Mr. Carr
his Employment, then his Home, then 401K and Pension.

11 * ALL the aforementioned have conspired to Obstruct
Justice: The Court Transcripts have been changed.
Mr. Carr order Transcripts for an appeal, 5 months Later
Mr. Carr received transcripts that were different
from what took place in Court.

12 * Judge Oney has the Original CD Disc of the Trial Transcripts.
A Cincinnati Enquirer Reporter informed Mr. Carr
the CD Disc she was given had been Altered in three places

Complaint

1/2      50

Defendant - Joe Kidd Dodge Auto Dealership, on Colerain Ave. Cinti. Okio is Inc but the Colerain Dealership soldout Leaving one in Southeast Ind, 20 min. from Cinti. Okio.

1. \* Mrs. Carr was a Car salesperson for Joe Kidd Inc. on Colerain Ave. Cinti. Ohio.

2. \* After only working several weeks, several Male Car sales men decided to pull a prank on Mrs. Carr. The men gathered around the desk of Assistant Manager George Neff and invited Mrs. Carr to come over and view Mr. Neffs family photos. Almost immediately Mr. Neff flipped the photo Album to several photos showing Mr. Neffs penis and testicles. Everyone erupted in Laughter over my express over Mrs. Carrs Reaction. Mrs. Carr went home and discussed it with Mr. Carr. Mr. Carr thought they should go to the police which Mr. & Mrs. Carr did thinking the men could be a Sexual Predator. Mr. & Mrs. Carr made a police report and was advised by the Police to meet with the Owner Joe Kidd, and at Least make him aware of Mr. Neff and what he had done so it would never happen again.

Mr. & Mrs. Carr were granted a meeting with Mr. Kidd. Attending the meeting was Joe Kidd (Owner) Jim Wilso (General Manager), Mr. and Mrs. Carr that was it, four people. Mr. Kidd conveyed to Mrs. Carr how sorry he was for the embarrassing incident Mrs. Carr was put through and assured her it would never happen again. Mr. Kidd stated he was going to Let Mr. Neff go. Mr. Neff was gone for a short time before Mrs. Carr started being harassed by the male workers. A short time Later Mr. Kidd died

2/2-   51

but before Mr. Kidd Mrs. Carr had to Quit her Employment
because of the constant harassment, remarks about
Mrs. Carr breast and her behind. As soon as Mrs. Carr
Quit, Mr. Neff came back to Joe Kidd Inc.

3 * Trudi Schwartz Mr. Kidd's assistant and girlfriend
in days gone by gave a Here say, Uncross-examined Affidavit
for the truth. Ms. Schwartz was not at any meetings, hearings
or anything to do with Mrs. Carr. Ms. Schwartz affidavit
was used to Dismiss Mrs. Carr's suit.

4 * Steve Brandt attorney for Joe Kidd Knowly submitted
the inadmissible Affidavit for purpose of Dismissal

5 * Steve Brandt, Judge Susan DLott, Trudi Schwartz,
George Neff all conspired to Deprive Mrs. Carr of her
Human Rights and her Civil Rights.

6 * Again the Courts Demonstrated their prejudice toward the
Carrs'

7 * How could a Federal Judge possibly think this conduct
is OK and Dismiss the case, Right after Mr. Whitaker
demanded a Full Review of the case and filed an objection
motion.

Complaint

1/4   52

Defendant - Dept. of Treasury - I.R.S

1. * I.R.S. sent notice to Mr & Mrs. Carr they owe taxes and penalties on money Jerry Carr withdrew from his 401K account.

2. * Mr. Carr had built up a savings of about $98,000.00 in his 401K. Mr. Carr was trying to get on with life after the State Mental Inst. in 1990. From 1991 to 1999 Mr. Carr went from $0.00 savings to about $98,000.00, from $12.89 an hour to $21.00 an hour. Mr. Carr had also built up about $42,000.00 in pension savings.

3. * Throughout Mr. Carr's working career he has never owed the I.R.S. Throughout about 40 yrs of work Mr. Carr has always gotten a refund.
   Mrs. Carr has always gotten a refund, throughout her working career.
   * The taxes and ~~penalti~~ penalties is on money in Mr. Carr's ~~f~~ account from Mr. Carr's paychecks. None of this money came from Mrs. Carr nor was this a joint account.

4. * In 1989 Mayund attorney for Frost & Jacobs had Mr. Carr and Mrs. Carr fired from Champion Int. two days apart. Both Mr. Carr and Sharon (Rennick) Carr were Black Listed and could not get employment. Both went thru temp services to get work. Mr. Carr after 14 months won his job back thru arbitration. In 1990 Mr. Yund planned a Kidnapping of Mr. Carr and put in

2/4  53

a Mental Inst, have Mr. Carr deemed Mentally Ill to get R.I.C.O suit Dismissed c-2-90-360. Naturally Mr. Carr was Removed from Champions payroll. Mr. Carr after being held on Drugged for 35 days in a Mental Inst. was Released and BlackListed again. after about a year and half Mr. Carr was hired by GioAuclan in Cincinnati, Ohio in April 1991 to Dec. 1999. In Dec 1999 Mr. Carr and Mrs. Carr were Terminated from their jobs again two days apart. Both Mr and Mrs. Carr were on Medical Leave under Doctors care.

5  * Mr. and Mrs. Carr were still trying to Resolve Mr. Carrs' Kidnapping. Mr. Carr was seeking a LawFirm to file a R.I.C.O suit in Mr. Carrs' behalf.

As soon as both Mr. and Mrs. Carr were Unlawfully terminated, they had to start withdrawing Mr. Carrs' 401K Money to pay their mortgage and bills.

6  * Mr. and Mrs. Carr do not feel they owe these taxes and penalties on money they had worked so hard for. and sacrificed for. Mr. & Mrs. Carr were forced to save the mortgage on their home. Mr. & Mrs. Carr had to sell their home Immediately to safe save as much of the 98,000.00 as possible. As Mr. & Mrs. Carr expected, the Real-Estate companies brought no potential buyers and did not show the house. Mr. & Mrs. Carr used up the 98,000.00 and had to rent the house at a 500.00 a month Loss. In the meantime Attorney James Whitaker wants 200,000.00 to file a R.I.C.O. suit in Mr. Carrs' behalf.

3/4  54

7. * Mr. & Mrs. Carr even though they feel they forced into withdrawing their money, still in good faith tried to work out an Offer and Compromise to resolve this problem. The I.R.S. wants the whole amount owed. Mr. & Mrs. Carr are on Disability Social Security and each get a monthly check. Mr. & Mrs. Carr have barely $100.00 Left until their next check arrives. Mr. & Mrs Carr were two very good productive workers with no vices both non-smokers earning almost $90,000.00 a yr to Living Like Welfare people, all because of a Corrupt Law Firm Frost, Brown & Todd and attorney George Yund

8. * Frost, Brown & Todd use their clients to do Financial Harm to Mr. & Mrs. Carr. In 1984 client Champion fired both Carr and Rennick. In 1988 Mr. Carr purchased a 1988 Toyota Supra, Car was a Lemon, Toyota would not honor warranty Carr filed Lemon Law suit. Frost & Jacobs Represented Toyota, 1989 Federated Dept. stores threaten Mr. Carr with garnishment which cost him his employment. These fraudulent Bills Mr. Carr went to the police, they would do nothing, find out Frost & Jacobs Represents Federated.
* In 1989 George Yund twice tried to get Mr. Carr's Supervisor Tim Burton sign False Affidavits against Mr. Carr, Mr. Burton Refused. 1989 George Yund and Frost & Jacobs and Cincinnati Bell are charged with Unlawful Wiretaps.
* May 21, 1990, Mr. Carr and Sharon Rennick filed a R.I.C.O. suit c-2-90-360 in U.S. District Court in Cincinnat, Ohio. July 3, 1990, Frost & Jacobs client also Mr. Carrs' Employer Champion Int., made doctor appointments for Mr. Carr

supposedly for Mr. Carr's false credit card bills. Why a doctor?
That why Mr. Carr took a tape recorder. George Yund,
Frost & Jacobs, Champion Int. Elaine Holman, Doctors
Fisher and Miller and the County of Butler all conspired
to have Mr. Carr Kidnapped at Gunpoint and taken to a
Mental Inst. Doctor Fisher has had his License Revoked
but the Authorities Refuse to bring charges.

9.* Mr. Carr in 1990, had two Journeyman License and could
not find work for a 1½ yr. In 1999, Mr. & Mrs. Carr
are fired two days apart. Frost & Jacobs represents
both Employees

10.* I         , Mr & Mrs Carr cant pay an attorney to represent
them, so they requested an Advoate to help them. Mr. & Mrs Carr
was contacted by the I.R.S. in Cincinnati for a meeting
with Kim Mehaus Advoate for the I.R.S. Mr. & Mrs. Carr
Met with Ms Mehaus in Cincinnati, Ohio. Mr. & Mrs. Carr
began telling about the aforementioned events, when Ms. Mehaus
indicated she had already talked with George Yund.
When Mr. Carr heard Ms Mehaus say George Yund, Mr. Carr
got up and left the Building. Now its clear George Yund
has a Bogus Sanction 28 USC 1651 for Life against
Mr. & Mrs. Carr and now working hand in hand with the
I.R.S. to put a Lifetime Lien on the Carrs so they cant
financially afford to go after George Yund, Frost & Jacobs

11.* The I.R.S. has conspired with Frost & Jacobs to extort
money from the Carrs'. Mr. & Mrs Carrs' Employers are responsible
for the money owed.

Complaint

12f1     56

Defendent - Countrywide Home Loans
4760 Cornell Rd. Cincinnati, Ohio 45241

1 * On Oct. 13, 2005, Tony Barrett of Countrywide, signed and Received two Money orders from Mrs. Carr for her Mortgage payment.

2. * By Nov. 12., 2005, Countrywide refuse to acknowledge receipt of Mrs. Carr payment and put Mr. & Mrs. Carr into an accelerated Notice of Default and accelerated Foreclosure.

3. * Countrywide Like the other Defendants tried to take advantage of the Carrs' position with the Courts and Foreclose by Unlawful Extortion of the Carrs' property

4. * The Carrs' were not even a month Late or Late at all.

5. * Again Mr. & Mrs. Carr Mail is being intercepted same as the 10 packages Mr. & Mrs. Carr sent to various parts of the U.S. exposing Corruption in Ohio, only one package got a returned reply. The other Certified packages (9) are still some where.

6 * Countrywide as the other Defendants are to work hand in hand with Frost, Brown & Todd Law Firm for a Common goal, to Keep Mr. & Mrs. Carr in poverty and Homeless so Mr. & Mrs. Carr cannot financially continue to fight this Corruption.

Complaint

57

Defendant Stephan D. Brandt is an Attorney at Law
in Dayton, Ohio, Located at the Fifth Third Center,
Suite 950.

1. * Stephan D. Brandt Represented Colerain Dodge vs
Sharon Carr C-1-98-996 in 2001, when Mrs. Carr case
was Dismissed with Prejudice.

2. * Mr. Brandt entered a Heresay, Uncross-examined
affidavit from Trudi-Schwartz, girlfriend of the Owner of
Colerain Dodge. Ms. Schwartz was never Deposed, Cross-
Examined, Nothing, Ms. Schwartz was never at any meetings,
hearings, nothings between Plaintiff Ms. Carr and Joe Kidd,
Owner, of Colerain Dodge.

3 * Mr. Brandt Conspired with Ms. Schwartz, U.S. District
Court of SouthWest Ohio, Magistrate Sherman, James Whitcher,
Federal Judge Susan Dlott, Colerain Dodge to Dismiss
with Prejudice C-1-98-996.

4. * Civilized Society would find it outragious to be tricked
Like Mrs. Carr was into Looking at a Male Co-Worker's
Penis and Testicles in Photos.

5. * The male co-worker was Let go for a couple of days until
the other male Co-Workers Herassed Mrs. Carr and made
a Hostile Work place until Mrs. Carr was forced to Leave.

6 * The male co-worker was brought back to work immediately
after Mrs. Carr was forced to Leave.

Jurisdiction and Venue

This action is brought pursuant to the R.I.C.O. Act, 18 USC, 1961 (1) which covers Extortion, Obstruction of Justice and Threatening and Intimidating witnesses.

Section 1962 (b) prohibiting the Utilization of Unlawful Activities to acquire an interest in or Control of a Legitimate enterprise.

Section 1962 (c) prohibits Utilizing an Enterprise to cause harm to another person or entity through certain specific Illegal Actions.

Section 1962 (d) prohibits conspiracy to commit any of provisions set forth above.

Section 1963, Authorizes Criminal Sanctions

Section 1964 (c) provides any person injured in his business or property may sue in the appropriate district.

Section 1965, 1968 of the R.I.C.O. ACT includes a Civil Investigative Demand

18 USC 1341 and Section 1343, prohibiting Mail Fraud and Wire Fraud.

18 USC 1001, prohibits filing False Statements or Documents to a Federal Agency

42 USC 1985 (3) prohibits conspiracy between Judges and Attorneys engaged in Unlawful Acts

42 USC, 2000 (e) prohibits Dissemination

Plaintiffs demand their Constitutional Rights under the First Amendment stating, "Congress shall make no law respecting an establishment of religion or prohibiting the free exercise; or abridging the

59

Right of Freedom of Speech and the Freedom of the Press; or the right of the people peaceably to assemble and to petition the Government for a Redress of Grievances."

The Sixth Amendment and the XIV Amendment: "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; Nor shall any state deprive any person of Life, Liberty or property, With OUT Due Process of the Law; NOR Deny to any person within its Jurisdiction, equal protection of the Laws."

## Obstruction of Justice

Sec. 1512  Tampering with a witness, victim or an informant - Statue - (A) Prevent the attendance or testimony of any person in a offical proceeding;

(B) prevent the production of a Record, document, or other object in an offical proceeding

(C) Prevent the communication by any person to a Law Enforcement Officer or Judge of the United States of information relating to the Commission or possible commission of a Federal OFFense

(b) Whoever Knowingly uses intimidation or physical force, threatens, or corruptly persuades another person, or attemps to do so or engages in misleading conduct toward another person with intent —

(1) influence, delay, or prevent the testimony of any person in an offical proceeding.

(2) Cause or Induce any person to (A) Withhold testimony or with-hold Documents or Records

## MEMORANDUM

This action is filed in U.S. District Court, District of Columbia because Plaintiff have exhausted all Legal Avenues in the State of Ohio, running into widespread corruption and Racketeering at all Levels of State and Federal Government.

Jerry Carr and his wife Sharon (Rennick) Carr are seeking protection and investigation into Racketeering in Ohio.

Mr. and Mrs. Carr are victims of Attempted Murder, Kidnapping at Gunpoint, Wiretapping, Extortion, Obstruction of Justice, Threatening of Witnesses, Mail Fraud and Wire Fraud.

Mr. and Mrs. Carr are requesting a Special Prosecutor under Criminal R.I.C.O. Act (18 USC, 1961(1), 1962(b), 1962(c), 1962(D), USC 1963 and 1964(c). Mr. and Mrs. Carr (formerly) Sharon Rennick are also requesting this Court to Resurrect and Re-instate R.I.C.O. Act Suit filed in Columbus, Ohio, on or about May 21, 1990. This suit C-2-90-360 was Dismissed on July 10, 1991. Ohio Federal Judge John M. Manos has Issued a Permanent Sanction against Mr. and Mrs. Carr. 28 U.S.C § 1651. Mr. Carr has entered John M. Manos Court Ordered Sanction, as Exhibit #1. Mr. Carr and Sharon Rennick Carr were never at any Court Hearing or Trial July 10, 1991.

2.

There wasn't any depositions, investigations, Special Prosecutor, discovery, pre-trial, etc, Nothing, where the Court Transcripts, Nothing was done on this case C-2-90-360. Mr. Carr filed that R.I.C.O ACTION because of Wire tapping, Threatening Witnesses, Kidnapping, Entering False Affidavits and False Documents. Judge Manos throughout his Court Order never address any of these issues that were raised in the R.I.C.O. Suit. Only the Labor dispute with Champion Int. was addressed and it (wording) was full of Lies by Judge Manos.

Mr. Carr Knows the Defendants are going to use Judge Manos Court Order C-2-90-360, July 10, 1991 as a means to Dismiss and Resurrect these actions. Mr. Carr Knows a Federal Judge word will almost always outweigh that of a citizen. Mr. Carr will prove this is a Corrupt Judge. As follows:

1. There wasn't any Trial or Hearing take place on July 10, 1991 to Impose a 28 USC ¶1651

2. Judge Manos Memorandum of Opinion List Carr and Rennick as Prolific Litigators. Carr and Rennick had one Lawsuit in their entire, each one, sued their Employer Champion Int. Corp. Carr's Case # 86-C-T-0412 and Rennick's Case # C-1-89-1487. It's because witnesses were threatened, witnesses didn't show up under Supoena, we were Wire Tapped with an (SOS) Service Observation Shoe.

3

Mr. Carr had received threats and was almost beat to Death and put in the Hospital for 5 days just 3 months before Mr. Carr was to appear as Rennicks main witness. A Large portion of Mr. Carr's ear was Bitten Off. The thugs never spent a minute in Jail.

Mr. Carr and Ms. Rennick's car were burned up about 6 months apart.

Three Wire Tappers, Lonnie Gates and Robert Draise of Cincinnati Bell and Fritz Hawkins of Ohio Bell seeked out Mr. Carr and told Mr. Carr they had preformed Illegal Wiretaps for Frost & Jacobs Law Firm in Cincinnati, Ohio. The same Law Firm responsible for Mr. Carr's problems. Mr. Gates of Cincinnati Bell told Mr. Carr he had placed a Service Observation Shoe (SOS) on Mr. Carr's phone. Mr. Carr asked the meaning and Mr. Gates explained he had preformed an Illegal Wire Tap on Mr. Carr's phone, this was stated in front of Sharon Rennick also present because he (Gates) had placed one on her phone also for George Yund of Frost & Jacobs Law Firm, now Frost, Brown and Todd. Frost & Jacobs and George Yund represented the Company Champion Int. Corp. in which Carr and Rennick both worked. Frost & Jacobs and George Y also represented Cincinnati Bell. Mr. Gates Mr. Draise met with Mr. Carr and Ms. ~~Car~~ three times, each time at different F

4

During these three meetings, Gates and Draise explained how Frost & Jacobs were using Wiretaps to gain control of Lawyers, Judges, Law Firms, Police, Corporations, this is supported by the Cincinnati Enquirer Newspaper. The report was "Two Claim Hundreds of Wiretaps", this was done to gain control of virtually every agency and Judicial System put in place in Ohio to help citizens. Mr. Gates and Mr. Draise explained how George Yund and Frost & Jacobs Law Firm would meet once a week with the Dept. of Justice, the F.B.I., Federal Chief Judge Carl Rubin, Chief of Police Larry Whalen, Mayor Charlie Lukin to discuss information obtained in these Wiretaps. The purpose was absolute Control of Ohio. Frost, Brown & Todd formerly Frost & Jacobs Law Firm has done just that they Control the Federal Courts in Ohio. Jan. 12, 2005, the Cincinnati Enquirer Newspapers headlines was "Civil Rights Cases Rarely Get to Court", only 4% go to court, 96% are Dismissed. Thats because Frost, Brown & Todd Law Firm represent Corporations and the Federal Judges are owned by Frost, Brown & Todd Law Firm. In March 1988, Ms. Rennick had to try her own Civil Rights Case in Federal Court in Cincinnati, Ohio, C-1-84-1437, Judge Herman Weber, for five days without Legal Representation because Judge Weber allowed her attorney to withdraw from the case, as you will see, a pattern. Ms. Rennick's attorney Ivan Tamerkin told Ms. Rennick she would not be able to get Counsel, "if this case is to be tried you'll have to try it your own".

5

Ms. Rennick tried her own Civil Rights case for five days in Federal Court. George Yund and co-counsel Randy Freking Threatened witnesses, entered False Affidavits, witnesses did not show up under Supoena, evidence of Mr. Carr being beat so bad he was addmitted to a Hospital for five-days and a Large portion of Mr. Carr's right ear was bitten off, yet the police Let Mr. Carr Lay in a parking Lot Bleeding, refused to take Carr to a hospital, this was covered up. Mr. Carr was Threatened at his work place Champion Int. Corp (now Smart Papers), by the Ku Klux Klan, this was not allowed to be brought out in Mr. Carr's trial against Champion and was not allowed to be entered in Rennicks case against Champion Int.. The Grand Wizard of the KKK worked at Champion Int. and recruited a Lot of employees, including a "Wa Wa Jones" and a "Wormie Wilson". The Grand Wizards Name was Lowell Ballard.

Attorney Randy Freking went to Champion Int. before Trial and Threatened five of Rennick's witnesses. One witness Allen Lampley did not scare. ON page 695, transcript of Rennick vs Champion Int C-1-84-1487, Mr. Lampley on a Federal Witness stand in Court stated, Mr. Freking came to Champion Int. to get five of Rennick's witnesses to change there testimony, Mr. Lampley then stated to the Court that Mr. Freking Stated

6

That "he (Freking) was associated with people in High Places that Controlled the Courts." Mr. Lamphey also swore to this in his deposition. Judge Weber did nothing. Mr. Freking even Refused to turn over personnel files to Rennick even after Judge Weber. Court Ordered. Mr. Freking even hand wrote in his own hand writing on the back side of the Order Refusing the Order and personell files. What Mr. Freking was hiding was "Wa Wa" Jones and "Wormie" Wilson were Reprimanded for constantly using the word "Nigger" and poorly thought acts. The same two employees sexually and Racially harassing Rennick calling her a "Nigger Lover" and Mr. Carr's KKK card he received from employees.

① Mr. Carr and Ms. Rennick naturally lost their cases, Mr. Carr started with Appeals because of the Corruption and the Obstruction of Justice. Mr. Carr and Ms. Rennick were contacted by contacted by a Dayton, Ohio resident Mr. Fritz Hawkins. He too was fighting George, Yund, Frost & Jacobs, Chief Judge Carl Rubin and the corruption that he also fell victim to as did Carr, Rennick, Cates and Draise, Mr. Hawkins was a Wiretapper for Ohio Bell in Dayton, Ohio. Mr. Hawkins was also being Shut UP and Silenced. Mr. Carr's case 86-C-I-0412 was to be a Jury Trial, wasn't, Magistrate

7

Steinberg heard the Case. Witnesses did not show at Trial. Mr. Carr's Attorney Marc Mezibov refused to enter to the Court that Mr. Carr's Life had been threatened at Champion Int. by the Ku Klux Klan. False Affidavits were entered by George Yund and Co-Counsel Randy Freking. The Affidavits were of the same hand-writing then signed by the witness. These witnesses did not show up at Trial. The Affidavits, un-cross examined, for the truth were entered as deciding evidence.

3) On June 14th 1989, Lonnie Gates, employee of Cincinnati, Ohio Bell Telephone, also Mr. Gates ~~tied~~ was a Whistle Blower on Wire-Tapping for Cincinnati Bell, served his Appellant Brief on George Yund of Frost & Jacobs (Frost, Brown & Todd) Law Firm. Howard Specter & Robin Graziano were the Attorneys representing Gates. On pages 10 and 11, Specter & Graziano Raise matters of Law where Steinberg (Magistrate) allowed un-cross examined Affidavits to be used in deciding the case of Gates. Gates Attorneys state "The Affidavits are hornbook Illustrations of why hearsay is inadmissible." Fed. R. EVID. 801-803. They also cited McCormick's Hand Book of The Law of Evidence, § 245 (2d ed. 1972). Gates Attorney's also state "An examination of the

8

affidavits shows them all to be in same format
and for all but one of the Affidavits, in what
seems to be the same handwriting.", Gates
attorneys go on to state, "There was no opportunity
for Cross-Examination, no evaluation of the
competency of the Affiants, no analysis of
any pressure that was involved in being
Statementized by their employees attorney
George Yurd.

4)      On Oct. 08, 87, a Mr. Fritz Hawkins from
Dayton, Ohio, sent a telegram to Ronald Reagan
President of the U.S. Mr. Hawkins was Blowing
the Whistle on Ohio Bell for WireTapping. A third
WireTapper was mentioned in the 1990 R.I.C.O Suit,
this was Fritz Hawkins, Lonnie Gates and Robert Deaise.
These men were all Shut Up and Silenced as was
Renwick and Care. Frost & Jacobs as Allen
Lampley stated in Federal Court  C-1-84-1487
on page 695 Randy Freeking stated to Lampley
that he (Freeking) was associated with people in
High Places that Control the Courts. They also
control the Press. The Local Newspapers and
T.V. News Refuse to do any Line at all. Mr. Hawkins
also had his case heard in front Magisteste Steinberg.
Mr. Hawkins case was private and held in the
Basement of a school building. The same format
Was used against Mr. Hawkins to Dismiss his case.
Mr. Hawkins parked his Van in front of the Federal

9

building protesting the Corruption of the
United States District Courts in Ohio.

5)      On, March 17, 1989, Special Investigator John Babr
John met with Sharon Rennick to discuss the
Illegal Wiretaps by Cincinnati Bell and Ohio
Bell. Gates and Draise had Wiretapped Rennick
and Carr's phones. Mr. Hawkins also admitted
he had placed hundreds of Service Observation
Shoes (SOS) on phone Lines. Rennick, Carr and
Hawkins were never called as witnesses in the
Cincinnati Bell WireTapping Trial. Hometown
Judge Cartilano (not sure of spelling) dismissed
Cincinnati Bell of any wrongdoing but held
Gates and Draise guilty of Wiretapping Law Firms,
Lawyers, Judges, Corporations, Law Enforcement
and Politicians. Same format, main witnesses do
not show up, false affidauits and the attorneys
drop the case in the Clients Lap to continue with
out Legal Representation.

6)      On March 20, 1989, Mr. Carr's Supervisor at
Champion Int., Tim Burton handed Mr. Carr a
Handwritten Letter. The Letter was written by
and signed by Tim Burton. Mr. Burton explains
in the Letter how George Yunds of Frost & Jacobs
Tried several times to get Mr. Burton to sign
False Statements against Mr. Carr. Mr. Burton
refused. Mr. Burton over the next several
months handed Mr. Carr a total of three Letters.

10

These Letters tell of how Mr. Carr's Life was in danger inside the plant at Champion Int. Mr. Carr's Lock out was cut off a Electrical Disconnect, energizing 480 volt piece of equipment that Mr. Carr and his helper Roger Parrott were working on. Mr. Carr and Mr. Parrott were almost run over by a Portman Fork Truck twice. Mr. Parrott finally wrote a Letter also describing the incidents and fearing for his safety. Champion Int. was trying for Corporate Homicide, then be Listed as an Industrial Accident.

7)     Frost & Jacobs also used their Client, Federated Dept. Stores, to steal Mr. Carr's identity and run up thousands of dollars in bills against Mr. Carr. Mr. Carr was called into Human Resources office at Champion Int. and was threatened with termination over a garnishment. Mr. Carr explained it was Identity Theft and Mr. Carr did not factually owe on these bills and had already contacted these Department stores to close my accounts that there was Identity theft. Champion Int. Never the Less Stated if any more garnishments came in Mr. Carr would be terminated. Frank Hawk of Human Resources told Mr. Carr he could avoid termination by signing up in the Employees Assistance Program (EAP) for for money problems, drug problems and alcohol related problems. Mr. Carr was instructed to see Elaine Holman

11.

Elaine Holman was the Head Director of the Employees Assistance Program. Elaine Holman told Mr. Carr she had set up an apointment with a Michael Miller on July 2, 1990. Mr. Miller is a Doctor of Psychiatry located in Fairfield, Ohio. Mr. Carr was very suspicious and took a pocket tape recorder; Mr. Carr had to keep the appointment or be terminated for not complying with EAP program. Mr. Carr taped the conversation between Dr. Miller and himself. The conversation starts immediately how he (Dr. Miller) wants to remove Mr. Carr from Champion Int. on a psychiatric disability. Mr. Carr refused and wanted to know what this had to do with credit card fraud and identity theft. Dr. Miller still insisted on Removing Mr. Carr from the payroll at Champion. When Mr. Carr continued to refuse, Dr. Miller told Mr. Carr he had made an appointment with a Doctor Roger Fisher for Mr. Carr, the next day July 3, 1990. On July 3, 1990, Mr. Carr took his pocket tape recorder and kept his appointment with Dr. Roger Fisher of Hamilton, Ohio, Butler County. On Dr. Fisher's office door Forensic Psychologist was was inscribed. Mr. Carr felt uneasy after the visit with Dr. Miller the day before wanting to remove me (Carr) from the payroll at Champion Int. for psychiatric reasons. Mr. Carr was of the understanding he was going

12

for credit card counseling. This was the reason for
Mr. Carr entering the Employees Assistance Program.
Elaine Holman was Champion Int. Corporations'
director of the E.A.P. Ms. Holman made the
appointments for Mr. Carr. Mr. Carr had written a
letter to the company on June 27, 1990. The substance
of the letter was complaining about how Mr. Carr was
being threatened, physically abused inside the company
premises by employees of Champion Int. Mr. Carr was
also being physically abused and identity theft and
credit card fraud by Frost & Jacobs (Frost, Brown & Todd)
Law Firm on the outside of the company. Mr. Carr's
Supervisor Tim Burton, finally wrote three short
letter to Mr. Carr his Life was in jeopardy by the
actions of the employees and George Yund attorney
for Frost & Jacobs. Mr. Yund, in Mr. Burton's letter,
tried twice in 1989 to get Mr. Burton to sign
False Affidavits against Mr. Carr. Mr. Carr felt
compelled to write his letter stating because of the
threats Mr. Carr was receiving, the Identity theft,
Mr. Carr's corvette was burnt up and Ms. Rennick's car
was also burnt up (Totaled), Ms. Rennick and her son
narrowly escaped. Mr. Carr was beaten so bad he was
put in the Hospital for five day and half of his Right Ear
was bitten off by the thugs. Mr. Carr in one sentence
towards the end of the letter stated "He felt like
a walking time bomb." Mr. Carr had told Mr. Burton
after George Yund tried to get Burton to sign the False

13

Affidavits against Mr. Carr and all of the other
incidents, that Mr. Carr was going to start
defending himself against these actions.

On July 3, 1990, Mr. Carr as stated before went
to Dr. Fisher to talk about the credit card fraud.
Dr. Fisher was tape recorded in that session with Mr. Carr.
Mr. Carr and Dr. Fisher, on tape, talk about Mr. Carr's
garnishment and credit card problems. The appointment,
same as Dr. Miller, lasted about 20 minutes. Dr. Fisher
agreed with Mr. Carr, on tape, that someone was
trying to forge Mr. Carr's signature.

5) Mr. Carr left Dr. Fishers office and was given
a ride by Ms. Rennick, to Mr. Carr's mothers house.
Upon arriving at Mr. Carr's mothers home, where Mr. Carr
was living, suddenly 8 police cars surrounded Ms. Rennick
and Mr. Carr with the officers, guns drawn, automatic
weapons and shotguns aimed at Ms. Rennick and
Mr. Carr. Mr. Carr was slammed to the ground by
the police, handcuffed and shackled with Leg Irons.
Mr. Carr and Ms. Rennick asked what Mr. Carr was
being charged with and where was he being taken. The
police refused to answer. Mr. Carr was put in the
back of a police car and was taken to Cincinnati, Ohio,
Rollmans State Mental Institution. At Rollmans,
Mr. Carr was again slammed down by two big
orderlies who worked for Rollmans. Mr. Carr was
then injected with a drug of some kind. Mr. Carr
immediately became helpless but trying to fight off

14

the effects of the drug. Mr. Carr had already ask
the Sheriff Deputy for the right to an attorney.
Mr. Carr was Kept drugged against his protest and
continued for the next five days *asking-Sc* to have an attorney
and to Know why he was being held at a State Mental
Institution. Mr. Carr was told he was being held on a
72 hour hold. Mr. Carr was held 5 days at Rollmans.
Mr. Carr was drugged daily against his protest
Mr. Carr was refused an attorney
Mr. Carr was refused any phone calls
Mr. Carr had blood work done by Rollmans against protest
Mr. Carr was not fed by Rollmans for 5 days
Mr. Carr was not showered for 5 days
Mr. Carr was led to a door on the third night at about
3 a.m and was told he could escape by going out that
door. Mr. Carr was drugged but still Knew if he went
through that door he would be shot by Cincinnati Police.
Several escapees were shot and Killed by Cincinnati Police.
Mr. Carr was also given Electric Shock Treatments against
his protest. Mr. Carr Kept trying to tell Rollmans
Staff that Champion Int. and their Law Firm, Frost
and Jacobs were trying to shut him up and that only
6 weeks early, May 21, 1990, Mr. Carr had sued Champion
Int. and George Yund of Frost & Jacobs and his firm, in
a R.I.C.O. ACT C-2-90-360. On the 5th day of a
72 hr. hold Mr. Carr was transferred to Probate Court
in Butler County, Ohio. Mr. Carr had still not had
Legal Representation, a phone call or an independant

15

evaluation. Judge Henry Brewer read the folder placed in front of him, then stood up and stated "I will not participate in this action," then left the Hearing Room. Mr. Carr was Probated within 5 minutes without a Judge to Dartmouth Mental Institution in Dayton, Ohio. A man sitting next to Mr. Carr in the Hearing Room was Mr. Carr's court appointed attorney. The attorney, Pat Garrettson, never even spoke to Mr. Carr. After the Hearing Ms. Rennick confronted Mr. Garrettson and asked him what he was going to do for Mr. Carr and he told Ms. Rennick there's nothing he could do for Mr. Carr. Mr. Carr was then transported to Dartmouth in Dayton, Ohio. Mr. Carr upon arrival was again drugged immediately, against his protest. Mr. Carr again, was not allowed an attorney, Mr. Carr was not allowed a phone call. A Dr. Prada introduced himself to Mr. Carr and stated he would be treating Mr. Carr. Right from the start, Dr. Prada started telling Mr. Carr that he was going to have to drop the R.I.C.O. Complaint or Mr. Carr would never get out of the Mental Institution. Ms. Rennick finally got to visit Mr. Carr and slipped him a tape recorder. Mr. Carr taped Dr. Prada telling Mr. Carr to drop the R.I.C.O. or he would never get out of the Mental Inst. Mr. Carr was confined to Dartmouth Mental Inst. in Dayton, Ohio. According to Dartmouth Medical Records Mr. Carr was injected daily with psychotropic medication, Haldol Decanote 50 mg and another 20 mg orally.

16

Mr. Carr was also injected with Cogentin. This was
all being done under protest by Mr. Carr, against his
will. Mr. Carr started reflecting on what a Doctor
Slavin, a Rollsmans Psychiatrist, held had told
Mr. Carr on the evening of July 3, 1990, at Rollmans
in his office. Doctor Slavin explained to Mr. Carr
that Mr. Carr was in a very dangerous situation and
that Mr. Carr should cooperate fully or there could
be and accident in a facility like this, Rollsmans
Mental Inst.

Dartmouth Mental Inst. and Doctor German
Prado M.D., released Mr. Carr after 30 days of con-
finement. Mr. Carr immediately headed to the
authorities. Mr. Carr made all same rounds, the
F.B.I., the Justice Dept., prosecutors as Mr. Carr
did prior to filing the R.I.C.O. suit May 21, 1990.
The Authorities refused to take Mr. Carr's complaint
of Kidnapping at gunpoint to Dismiss a R.I.C.O.
Suit. Mr. Carr exhausted all avenues to being
George Yund, Roger Fisher, Michael Miller and
Champion Int. Corp. to justice. Mr. Carr was Black-
Listed everywhere he went to file a complaint. Mr.
Carr was Journeyman Electrician and a Journeyman
Millwright and could not get a job. Mr. Carr
tried to get his Probate Records from Butler
County and the Probate Court refused to release
Mr. Carr's Records. Mr. Carr exhausted himself
trying to find an attorney to represent Mr. Carr.

17

Then Mr. Carr fully understood, it was just like Wiretappers Gates, Draise and Hawkins told Mr. Carr it was Organized Crime, including Federal Judges, Law Firms, the F.B.I., the Dept. of Justice, the State Attorney General, Congressmen, Senators and State Government. Mr. Lampley stated in Federal Court in font of Judge Herman Weber (Rennick vs Champion Int.) page 695, Randy Freeking told Allen Lampley that he, Randy Freeking, attorney for Frost & Jacobs, was associated with people in High Places that Controlled the Federal Courts.

Finally in 2001, Mr. Carr was given his Probate Records from 1990. When Mr. Carr reviewed the documents he immediately knew why he was refused his records. The whole Probate Record shows how a Corporation and their Law Firm, Frost & Jacobs, conspired to have Mr. Carr grabbed at Gunpoint by the Authorities and put in a Mental Inst. to Discredit him and Lable him Mentally ILL. The medical records show Doctor Michael Miller using Mr. Carr's name on two Medical Release forms. Dr. Miller released medical information to Tom Knox Hamilton Police Chief, Sheriffs Dept., Butler County, Lena Saylor and Elaine Holman of Champion Int., Hal Shepherd Hamilton City Mgr and Roger Fisher, Ph.D. Forensic Psychologist with the Butler County Courts. Mr. Carr never authorized any of these releases. Mr. Carr also sees a Fax Transmittal Document. The Cover Page shows

18

Doctor Roger Fisher, Center for Forensic Psychiatry, in his handwriting, sending to Ms. Holman of Champion Int. Corp. on July 12, 1990, 2 pages. George Yund's Name and phone number 651-6824 and Frost & Jacobs and the second page shows the Cover sheet of Mr. Carr's R.I.C.O. ACT Law Suit C-2-90-360. On that cover sheet, Dr. Fisher in his handwriting has written Judge Manos Cleveland, 216-522-4290 Karen Smith and call Columbus 614-469-6945 and Circled the Case number and the Criminal & Civil R.I.C.O ACT. This is an Amended Complaint filed by Ms. Rennick shortly after Mr. Carr was abducted at gun point. This shows the aforementioned parties were in contact with each other, conspiring to Dismiss the R.I.C.O. suit alleging Mr. Carr is Mentally ILL. An attorney cannot contact a case Judge much less a psychologist thats being charged with Kidnapping, now Federal Judge Manos is directly involved in the confinement of Mr. Carr. Now Mr. Carr finds out in 2002 this 28 USC § 1651 Sanction by Judge Manos appears. This again is intended shut Mr. Carr up. Sanction by Manos has taken Mr. Carr's Citizenship, his Civil Rights and his Human Rights away without any Legal Representation, Court Hearing, nothing. This is No Longer United States of America. Mr. Carr fully understands that his Life is in jeopardy upon filing this action. Mr. Carr is 63 now and feels George Yund and Manos have taken his Life anyway

19

since July 3, 1990.

Because of all the aforementioned reasons,
Mr. Carr is Demanding C-2.90.360 R.I.C.O. ACT
be made whole and an active case again. Mr. Carr
request that all transcripts, notes, depositions etc.,
be made available. There was nothing done on
this action. Mr. Carr as in 1990, Request a Special
Prosecutor to Investigate Racketeering in Ohio.

In 2001, Doctor Fisher finally had his License revoked
permanently and Doctor Prada's was also permanently
barred from practicing medicine but the authorities
still refuse to take Mr. Carr's complaint. Mr. Carr
is not allowed access to Courts or any level of
state or federal authorities. Mr. Carr truely thought
it is against the law to Abduct someone at gunpoint
put them in a Mental Inst. against their will by
falsifying documents to Dismiss a Racketeering suit.
Mr. Carr believes Frost & Jacobs (Frost, Brown & Todd
Law Firm) and Judge Manos proved his case of
Criminal Racketeering in Ohio

In and around 1987 to 1990 Cleveland, Ohio
was also being investigated for Wiretaps and Corruption.

In and around 1987 to 1990 "The Keating Five",
investigation was also going in Cincinnati, Ohio
and John Baber Special Investigator was investigating
Cincinnati Bell and Wiretappee for Ohio Bell in
Dayton, Ohio, Fritz Hawkins, was trying to Blow the
Whistle. Cincinnati could not stand for Mr. Carr

20

Blowing the Whistle and allow an investigation into
his allegations in his R.I.C.O. Suit. Mr. Carr was
made out to be Delusional and Paranoid. Mr. Carr's
Life will never be the same. To cover up what all
that was done also to Ms. Rennick, Judge Manos
fabricated a Trial on July 10, 1991 to issue his
Sanction 28 U.S.C. §1651 permanently enjoining
Sharon Rennick and Jerry Carr as prolific
Litigators. Sharon Rennick and Jerry Carr were
only at the Champion Int. court hearings. Both
Rennick and Carr had never filed suit before in
their lives. Please remember Judge Manos
Name and phone number was on the Fax Transmittal
Document from Dr. Roger Fisher. On that same
document was Frost & Jacobs, George Yund & Elaine
Holman of Champion Int. Corp. Employee Assistance
Director. This was all in Dr. Fishers handwriting
showing Dr. Fisher calling Judge Manos directly
after Rennick sued Dr. Fisher and Dr. Michael
Miller for the gunpoint Kidnapping of Mr. Carr.
Ms. Rennick was seated in the car on July 3, 1990,
when Mr. Carr was taken at gunpoint to Rollmans.
George Yund and Frost & Jacobs were represented
by Michael Maundrell when Mr. Yund's named
appeared on Dr. Fisher's Fax Transmittal and
Champion Int. was also being sued at this time,
May 21, 1990 C.2.90.360. Judge Manos fabricated
this Sanction and Trial to protect himself.

21

Mr. Carr stated in the May 21, 1990 R.I.C.O. ACT
C-2-90-360 that he feared for his and Ms. Rennick's
safety. About 5 weeks Later July 3, 1990, Mr. Carr's
fears came true. Mr. Carr was held a total of 35 days
in two Mental Institutes against his will and Labled
Mentally ILL so no-one would take Mr. Carr
serious and Federal Judge Manos ordered a
Sanction 28 USC§1651 against Carr and Rennick.
Who would challenge a federal judge? Who would
believe a Mentally ILL person? Well Mr. Carr
is betting his Life there enough honest politicians
in the federal government to stop the Organized
Crime in Ohio. If Mr. Carr's evidence, 7 Recorded
tapes and 4 boxes of documents, gets into the
Honest Authorities hands, there will be Criminal
~~Ind~~ Investigations. The Federal and State Govern-
ments in Ohio are totally corrupt. Theres no
Limit to where these corrupt authorities will
go to shut you up. Mr. Carr will probably pay
with his life this time trying to expose the
Organized Crime in Ohio. ~~Life~~ Like Gates,
Draise and Hawkins stated, They wiretapped
Federal Judges, Law Firms, Politicians, Corporations
CEO's, Law Enforcement and etc. for Control for
Frost, Brown & Todd Law Firm. Frost, Brown & Todd
are Associated with People in High Places that
Control the Federal Courts. Fre King and Lampley p695.
Rennick vs Champion C-1-84-1487.

22

Mr. Carr worked Holidays, weekends and a lot of overtime. For almost nine years Mr. Carr worked Long and Hard, putting away $98,000.00 in 401K for Retirement. In 1999, Mr. Carr was terminated while on Long-term Disability under Doctors care, within two days same as 1984, Mrs. Carr was terminated from her Job while on State Workers Compensation. The Carr's suddenly had no income or Health Benefits. This forced Mr. Carr to dip into his 401K until it was all gone trying to save his house (mortgage). In 1989 and 1990 Frost, Brown & Todd used clients they Represented to Bankrupt Mr. Carr. They used Federated Dept. Stores racking up Large bogus charges on Mr. Carr's accounts refer to RICO case C-2-90-360 filed in 1990. Frost, Brown & Todd also used Bill Woeste Toyota in Cincinnati case C-2-90-360. Mr. & Mrs. Carr were fired from their jobs to cut off their money and use their 401K money to Live on. Frost, Brown & Todd knew Mr. & Mrs. Carr were sending packages of evidence thru the mail to different agencies and Law firms seeking help and trying to expose the Corruption in Ohio.

Mrs. Carr found a Law Firm in Mason, Ohio willing to file suit for her unlawful Discharge of Employment. James Whitaker and Andrea Hicks Represented Mrs. Carr.

23

In 2001 James Whitaker withdrew from representing Mrs. Carr. In a Letter to Mrs. Carr Mr. Whitaker stated because you (Mrs. Carr) sued Judges and Lawyers, I find it unreasonablly difficult to represent you.

Whitaker had filed a motion on or about March 2001, objecting to Federal Judge Susan DLott Dismissing both of Mrs. Carr's suits against Joe Kidd Chrysler and Tom Sweeney Nissan at Summary Judgement. Mr. Whitaker was upset and stated in the Motion if there are Civil Rights to be argued then the case can't be Dismissed. In addition Mr. Whitaker noticed Magistrate Jack Sherman had Dismissed Mrs. Carr's cases at Summary Judgement prior to Susan DLott, with Prejudice. Mr. Whitaker made an issue also of the Fact that Mrs. Carr formerly Sharon Rennick had sued Magistrate Sherman in 1990 under the RICO ACT 18 USC 1961 (1) and 42 USC 1985(3) Case C-2-90-360. Whitaker ~~said~~ stated Judge Sherman should have Recused himself under rule 455A. Judge DLott upheld Judge Shermans' Decision and Denied Whitakers' Motion of Objection, Whitaker withdrew as Counsel. In May 2001, Mr. & Mrs. Carr, went to James Whitakers' office for a scheduled meeting to discuss what Mrs. Carr should do next on her two cases. Mr. Carr brought a tape recorder and recorded the meeting. During the meeting Mr. Carr played tapes of Doctor Miller and Fisher and Faye Ross concerning Mr. Carrs' Kidnapping at Gunpoint and taken to Rollmans Inst.

24

Whitaker on tape states "RICO case C-2-90-360 Should be Ressurrected or a new one filed. He also stated, there wasn't much he could do Mrs. Carrs cases other than get a new RICO ACT filed. Mr. Whitaker told the Para Legal Lisa Cook to get the contract forms and he would charge the Normal $160.00 an hour.

Sept. 6, 2001, Mr. Carr Received a Letter from Attorney Whitaker wanting $200,000.00 to go to the Authorities, and hire an out of state Law Firm. On Sept. 27, 2001, Mr. Carr Received a bill from Mr. Whitaker for Research for possible Kidnapping and Racketeering. In Oct. 2001, Mr. Carr Received another Letter from Whitaker again wanting the $200,000.00 to go to the Authorities and hire an out of state LawFirm. Mr. Carr also received another Bill from Mr. Whitaker for more Research. In November 2001 Mr. Carr Received another Bill for about 2 thousand dollars for the three Bills sent to Mr. Carr for research. On April 3, 2002 Mr. Carr received another Letter from Mr. Whitaker still wanting two Hundred Thousand dollars to go to the Authorities.

In May, 2002, Mr & Mrs. Carr went to the F.B.I in Cincinnati, Ohio, Agent Anthony OTT Listened to Mr. & Mrs. Carr Complaint and told the Carrs' to put the Complaint in writing. On April 30, 2002 Mr. & Mrs. Carr returned to the F.B.I in Cincinnati, Ohio and gave written Complaints to Anthony OTT and Rick Coy

25

On July 30, 2002, Mr. Whitaker sent Mr. & Mrs. Carr a Letter stating F.B.I agent Rick Coy had spoken with him and Mr. & Mrs. Carr was warned not to present themselves to anyone that he (Whitaker) was not Representing either Mr. or Mrs. Carr nor had he ever Represented either of the Carrs and furthermore don't ever set foot on his property.

On tape recording Mr. Whitaker wants to Resurrect or file a new R.I.C.O. ACT suit. Also in three Letters to Mr. Carr, Mr. Whitaker wanted Two Hundred thousand dollars to go to the Authorities.

In 2001, Mrs. Carr proceeded and Appealed her two suits against Joe Kidd Chrysler and Tom Sweeney Nissan Inc, as Pro Se. In July 2001, Mrs. Carr (Sharon) mother Died. Sharon Carr filed a Motion in the 6th Circuit and it and case was Dismissed because Leonard Green Clerk of Courts stated the Motion was Three Days Late and Sharon Carr's mothers was not excuse enough.

The Tom Sweeney Inc. case was also Dismissed because Susan DLott used the Bogus Sanction 28 USC 1651 issued by Federal Judge John Manos. In the Appeal Carr tried to point out, there was never a Trial or Hearing take place concerning the R.I.C.O. suit C-2-90-3601 No depositions, No investigation No affidavits ever taken "nothing" but a Sanction against the Carr permanently barring their Constitutional Rights.

26

Mr. & Mrs. Carr tried going back to the Dept. of Justice and was told by Lisa Frank D.O.J. to write Special Litigation in Wash. D.C.

Mr. & Mrs. Carr put together a 423 page package including evidence of Wiretapping, Corruption and Racketeering in Ohio, mainly Cincinnati, Ohio. These packages, about 10 packages were sent U.P.S. apparently only one package got thru, that was the one to the Dept. of Justice in Wash. D.C. Two days after the D.O.J. in Washington received the package, Mr. Carr received a letter from Kevin Callahan, "Para Legal" with the D.O.J. informing Mr. Carr that he found "no wrong doing". Mr. Callikan never listened to any tape recordings and was told in writing, we have four boxes of evidence. How could a "Para Legal" have the "Power" to decide if theres Corruption or Racketeering and Wiretapping in Ohio. Mr. & Mrs. Carr outraged over the treatment in the Judical System, starting checking with U.P.S. so to find out why our other packages never got thru, we (Carrs) found out that U.P.S. is also Represented by Frost, Brown & Todd, now we (Carrs) Knew. It was Like Mr. Gates & Mr. Deaise stated Frost, Brown & Todd was after total Control by Wiretapping. Mr. Gates & Mr. Deaise were Wiretappers for Cincinnati Bell, represented by Frost, Brown & Todd Law Firm. Offering Legal Protection because they control the Courts.

27

Plaintiffs want to remind the Court of the article in the Cincinnati, Ohio, Enquirer Newspaper, 96% of Civil Rights cases Never Reach the Courts and cites Lack of evidence, its Corruption.

Mr. & Mrs. Carr as in the past expected to be Retaliated against in some form, usually financially, for sending these packages Blowing the Whistle on Organized Crime in Ohio.

In Oct and Nov. 2005, the Retaliation started. The Plaintiffs have their Mortgage Loan with Countrywide. In Oct. 2005, Plaintiffs mailed in their Mortgage payment timely, have never missed a payment or Late, Countrywide stated they never received the payment. Mrs. Carr has evidence that a Countrywide Employee signed for the mailed payment. Mr. & Mrs. Carr complained to State Attorney General Jim Petro, no help as usual. Countrywide notified Plaintiffs that Countrywide was going to expedite Foreclosure on Carr's house. Mrs. Carr mailed another payment in person at their Local office and faxed more evidence, Plaintiffs were not even Late with a single payment and Countrywide wanted excelerated Foreclosure. Mr. & Mrs. Carr straightened that problem out, then comes the I.R.S. wanting back Taxes and Penalties totaling $33,000.00 because Mr. Carr withdrew his 401k early before he was 59. Mr. & Mrs. Carr have tried to

28

explain in writing that the Carrs' were victims of
Racketeering by Feast, Brown & Todd Law Firm in
Cincinnati, Ohio. Mr. & Mrs. Carr were forced to
take out their 401 K, as such as someone holding a gun
to their head, to save their Home and belongings.
As soon as the Plaintiffs were fired while under
doctors care, Mr. Carr Cancer Recovery, Mrs. Carr was
on State Workers Comp. The Plaintiff had Mortgage
payments to make. Feast, Brown & Todd maliously
fired the Plaintiffs knowing the Carrs' would Rely on
the 98,000.00 Mr. Carr had saved thru nine years
of holidays, weekends and Lots of over time. Mr. & Mrs.
Carr used up their entire Retirements savings and
still Lost their Home, took almost 2 years to sell.
Theres suppose to be Federal Laws against terminating
employees on Workers Comp. and Long Term Disability.
Now the I.R.S. has put a Lien on Mr. Carrs Home
his Mother Left when she died, This is Extortion,
the Government Refuses to Help the Carrs' with
their Complaints but the Government is more willing
to go after a Fore Closure on Plaintiffs Home.
Mrs. Carr contacted Attorney John Berg about her
Workers Comp. firing. Mr. Berg wrote to Owner
of Dealership employing Carr, Robert Reichert.
Mr. Reichert is also an attorney and should Know Labor
Laws. Mr. Reichert wrote back to Mr. Berg and Stated
he (Reichert) made a Decision and was sticking to it.

29

MR. & MRS. CARR have always been good productive
workers. Mrs. Carr worked for KingsWood Chrysler Plymouth
Dealership for 5 years, extremely long to be at one dealership
Mrs. Carr was the only Car Salesperson at the entire Kings Auto
Mall to earn the Gold Award for her all around sales service.
Mrs. Carr earned about $40,000.00 a year. Mr. Carr worked
for 18½ years at Champion Int. Corp. before being terminated
by George Yund Frost, Brown & Todd. Mr. Yund fabricated
a story with false affidavits and Retaliated against Mr. Carr
for Blowing the Whistle on "Racism" at Champion Int. Corp.
and exposing the "K.K.K" Ku, Klux, Klan at Champion Inc.
Mr. Carr was a hard worker earning two Journeymans
License in the skill Trades, very unusual. In 1990, Mr. Carr
again was fired at Champion Int. by George Yund, Elaine
Holman (head of Champion EAP program) and Roger Fisher
Forensic Pyskologist in Butler and support by Federal
Judge John Manos when Mr. Carr was put in Rollmans
Mental Inst. Refer to the Fax Transmittal Documents
in Roger Fishers hand writing he wrote Frost & Jacobs, George Yund,
Elaine Holman of Champion Int. and Judge Manos, here a
Lawyer, a Law Firm, a Corporation and a Federal Judge
all Conspiring to put Mr. Carr away at Gunpoint to
Dismiss case C-2-90-360.

30

Mr. & Mrs. Carr as explained in the Complaint and Memorandum have been Severely Victimized by the Defendants mentioned in this R.I.C.O. Act. Suit. Mr. & Mrs. Carr ask this Court to make whole case C-2-90-360 as this case was never heard and the Defendants stand accountable for their actions. Mr. & Mrs. Carr ask this Court to send a strong message to Frost, Brown & Todd Law Firm and George Yund and Randy FreeKing. Since 1984, Plaintiffs have both Severely Slandered, fired no less than 3 times each and financially ruined twice. Mr. & Mrs. Carr have been blocked and turned away from every Local, state or federal agency put in place for American citizens to go for Resolution to this Corruption in Ohio. Frost, Brown & Todd Law Firm Represent some very big powerful Corporations in Ohio such as Cincinnati, Bell, Federated Dept., A.K. Steel and U.P.S. just to name a few. Champion Int. (now Smart Papers) is also Represented by Frost, Brown, & Todd. Frost, Brown & Todds' clients all have similar patterns, they Demand Tax Abatements, most end up in Bankruptcy Court where a Federal Judge will rule in their favor. Most of Frost, Brown & Todd's clients have serious Labor problems. Frost, Brown & Todd continue to get their clients in Federal Court to have a Federal Judge make a Favorable Ruling against the employees of that client whether its a Ruling for a Labor contract or to get a Federal Judge to void out previously Negotiated Contracts including Pension Funds. Frost, Brown & Todd Law Firm showed They had enough Power with their client

31

Champion Papers in Hamilton, Ohio, to have Mr. Carr picked up at Gunpoint, Unlawfully, by the Sherriffs Dept. and Police Dept. Again refe to the Fax Transmittal Document. That Document shows a Corrupt Forensic Psychologist with the Butler County Courts, Roger Fisher (now his License is permantly Revoked) in his own Hand Writing contacting George Yund and Frost & Jacobs Law Firm (now Frost, Brown & Todd) at George Yunds phone number. It also shows Roger Fisher contacting Elaine Holman, Director of Employees Assistance Program at Champion Paper Corp. Roger Fisher also circled the case No. C-2-90-360 and Criminal and Civil R.I.C.O., Mr. Fisher also has written Judge Manos and his phone number. ALL on one Fax Transmittal Document you have Champion Corp. Mr. Carrs' Employee, the Law Firm, Frost, Brown & Todd, that represents Champion Corp. and Federal Judge John Manos (Manos was not even assigned to Case Yet, but in the end put a Life time Sanction ~~28 USC 1651~~ 28 USC 1651. to shut up Mr. & Mrs. Carr. Now Frost, Brown & Todd has the I.R.S. coming after Mr. & Mrs. for the Rest of theirs for Taxes on the 98,000.00 Mr. saved in his 401 K. As soon as the Carrs ask for an advocate, (Kim Mehaus of Cincinnati) she mentioned George Yund of Frost, Brown & Todd, Mr. Carr got up and walked out. The Carrs' were Maliously Terminated Unlawfully from the jobs so they would use up their 401K savings (for Retirement) to save the mortgage on their home. Mr. Carr tape Recorded Doctor Miller and Roger Fisher in their meeting with Mr. Carr.

32.

Mr. Carr took some Documents and the tapes to Butler County Prosecutor Dan Ferguson. The tapes are very incriminating against the Defendants. Mr. Ferguson found no wrongdoing. The tapes tell how Mr. Carr was going to be put away until case C-2-90-360 was Dismissed. Now Butler County Courts are involved in a "Cover Up" or Obstruction of Justice. The Butler County Probate Courts would not release any of Mr. Carrs' files from July 3, 1990 to May or June 2001. Finally in 2001 Mr. Carr was allowed his files and was told immediately, "if you try to file anything against us, time Limitations have ran out."

Mr. & Mrs. Carr want to make this Court aware of some of the Corruption and Actions in Ohio recently. Governor Taft, pleaded guilty to accepting gifts, Cincinnati-Bell Wiretapping, Logged April 18, 1989 in the Congressional Records. The "Keating Five", five Senators are involved in 1989 Cincinnati Scandal involving five senator and 500 million, The State Workers Comp Scandal currently going on and the Butler County Dynus Scandal involving millions of dollars and Forgery with County officals. This scandal is going on and the Scandal with Representive Robt. Ney Linked to Lobbyist Jack Abramoff and Texas Tom Delay.

This is usually how Racketeering and Corruption operate. Corrupt Politicians, Corrupt Judges, Corrupt Law Enforcement Corrupt Labor and Corrupt Lawyers.

Frost, Brown & Todd represent A-K Steel Corp in Butler County. Locked out all Employees for Last 6 mos.

33

cut off all benefits and hired replacements workers, one was killed on the job about say within the last year. Frost, Brown & Todd also represent Smart Papers (formerly Champion Papers Corp) in Butler County, worker within the last year was killed there also. Mr. Carr went thru 25 years of Hostile unsafe work conditions because OHSA, Dept. of Labor, EEOC, OCRC, NAACP, F.B.I, D.O.J. Ohio Legal Rights and Ohio Disciplinary will not do their jobs. Refer to Mr. Carrs' supervisor at Champion, Tim Burtons Letters detailing what Mr. Carr was going thru, Refer to Roger Parrotts Letter where he was almost seriously enjured because of the attacks on Mr. Carr including one where a Champion Paper Supervisor Jim Philley threatened to take Mr. Carr outside the Plant and physically threatened to beat Mr. Carrs' ass, Letter by Tim Burton. By the way, Mr. Burton is no Longer employed by Champion Papers.

Mr. & Mrs. Carr have suffered from 22 yrs of Retaliation by Frost, Brown & Todd Attorneys George Yund & Randy Freking who Bragged to Mr. Lampley that he (Freking) was "associated with People in High Places that Control the Courts"

Mr. & Mrs. Carr were unlawfully terminated again in 1999. The Carrs' Lost their $300,000.00 all furnishings 1999 Corvette, 401 K $98,000.00 and Pension $42,000.00 Now Frost, Brown & Todd and the I.R.S. have slapped a Lifetime Lien on the Carrs' plus penalties to go with a

34

Bogus Sanction (Lifetime) 28 USC 1651 and Blacklisted virtually everything, All for trying to Blow the Whistle first on Racism then on the Corruption, Frost, Brown & Todd want to ruin your Life. ~~One~~ (the Carrs') could not afford to send their Kids to college for a better education. The Carrs and their children have suffered beyond belief. In 2001, the Carrs' had 5 family members die, the Courts and Thompson, Hine & Florey Law Firm & Sweeney were very Malicious during this time. Mrs. Sharon Carr still can not afford a Headstone on her Mothers Grave.

Mr. & Mrs. Carr ask this Court for a Trial by Jury for Damages in Civil R.I.C.O and ask this Court to start a Criminal Investigation (Criminal R.I.C.O) for Racketeering, Kidnapping, Attempted Murder, Extortion, Wire Fraud and Mail Fraud.

Mr. & Mrs. Carr have received several threatening phone calls and know their Lives are in Danger filing this action but have no choice, Frost, Brown & Todd taken everything the Carrs' worked so hard for

# Background

1 A

Mr. Carr hired in at Champion Int. Corp. in April 1966. Mr. Carr worked his way through the ranks on the Millwright Dept., becoming a Journeyman Millwright with four years of Technical Schooling. After 12 yrs., Mr. Carr went back to school and was a Journeyman Electrician and Union Steward for the Electric Dept. in 1984.

Ms. Sharon Rennick hired into Champion Int. in or about 1980-81. Being a young attractive woman and single, employees were interested in dating Ms. Rennick. This created problems in her work area. Ms. Rennick eventually was accused by Ku Klux Klan members working in her area of being a "Nigger Lover". Lowell Ballard worked in Ms. Rennicks area and was the "Grand Wizard of the K.K.K." Louis "Wormie" Wilson and William "Wa Wa" Jones were active members of the K.K.K. and the main participants in harassing Ms. Rennick, calling her a "Nigger Lover" and hanging up Black and White towels at her work station. Both "Wormie" Wilson and "Wa Wa" Jones were given written reprimands on July 31, 1987 and August 4, 1987. Ms. Rennick was refused the personel folders of both men, Randy Feeking attorney for Frost, Brown & Todd in his own handwriting he

2A

wrote, for Judge Webers Court Order to release the ~~refused~~
personnel folders. These reprimands stemmed
from the Carr vs. Champion Int. case 86-C-1-0412
July 1987.

Mr. Carr's trial was held in 1987 and
Ms. Rennick's was held March 1988, C-1-84-1487.

Mr. Carr and Ms. Rennick had never filed
a suit before in their Lives. Both thought you
go to court, tell the truth, present the evidence
and then let the Jury Decide. Mr. Carr
and Ms. Rennick both thought this was just
and Employment Suit and Civil Rights Suits,
Mr. Carr and Ms. Rennick did not Know but
by filing suit against a Client of Frost & Jacobs,
(Frost, Brown & Todd Law Firm) they were now
fighting against Organized Crime in Ohio.

Rennick filed suit against Champion Int.
on or about June 1984 for Racial and Sexual
Discrimination (accused of being a "Nigger Lover").
Ms. Rennick sued because of the Hostile treat-
ment in her Department - Trim-Pak, by mainly
"Wormie" Wilson and "Wa Wa" Jones. Rennick was
off on sick Leave, July, August and Sept. 1984.
Rennick came back to work Oct. 1984. Mr. Jones
immediately picked up the Hostile treatment of
Rennick again. On the night of Oct. 29, 1984, Mr. Jones
approached Ms. Rennick in a threatening manner,

3A

Mr. Jones took his left arm across his body to
back hand Ms. Rennick across the face. Mr. Jones
is 6'2" Tall and 210 LBs, Ms. Rennick is 4'11" Tall
and 115 lbs. Ms. Rennick went to her back pocket
and pulled out a window scraper, with a 1/16" fixed
blade. This was a company issue for employees on
that job, to cut their wrapping paper for skids.
Ms. Rennick swung the scraper at Mr. Jones
drawn back arm and the corner of the blade
indeed cut Mr. Jones. The company immediately
put the department into Lock Down mode.
George Yund of Frost & Jacobs immediately wrote
up Affidavits for the Employees to sign, in court
None read the affidavits they signed. Now
George Yund has Ms. Rennick sneaking up behind
Mr. Jones and maliously cut him. First of all
Mr. Jones is being sued by Ms. Rennick from June
and second of all, If Ms. Rennick had pure
evil, malious intend as George Yund makes out,
I think Ms. Rennick would have went after
another part of the body besides the back of
the arm. Ms. Rennick was terminated and on
Nov. 13, 1984 at 10:00 AM, Ms. Rennick plead
No Contest to Judge Dolan case no. 84-CR-A-3726,
Hamilton, Ohio. Ms. Rennick was found guilty
of Assault, accessed a penalty of $75.00, suspended
jail sentence and ordered no Restitution.

4A

Since Champion Int. took care of "WeWe" Jones medical bills.

In the meantime Mr. Carr was trying to Represent Ms. Rennick as a Union Steward. Mr. Carr was under Hostile Attack by these same Trim-Pak Employees. Mr. Carr had also been threatened with termination if Mr. Carr continued to try to represent Ms. Rennick. Mr. Carr was also threatened by the Ku Klux Klan in the plant at Champion Int. Mr. Carr found a card Laying on his tool box in the Trim-Pak Area. The card read " You have been paid a friendly visit by the K.K.K.", " Need we pay you a Real Visit!'" Mr. Carr was now the company and employees next target, Ms. Rennicks only witness. Exactly 2 days after Ms. Rennick was fired so was Mr. Carr.

Mr. Carr won his arbitration hearing for re-instatement with no back pay for 14 months of termination. Ms. Rennick never was re-hired.

Mr. Carr upon returning to work was treated with daily hostile threats by Management and Hourly Rate workers.

It soon was obvious there was a price on Mr. Carr's head. The bounty was Mr. Carr's Journeyman Electricians Job in the Electric Dept.

Mr. Carr's Electrical Lock Outs were being

5A

cut off and the electrical device would be energized.
William Murphy from OSHA finds fined Champion
Int. $200.00. Two hundred dollars for attempting
to take Mr. Carr's Life.

Another Trim-Pak employee crashed his Fork Truck
into the Job site where Mr. Carr and his helper,
Roger Parrott, were working. Mr. Parrott was almost
seriously injured.

Daily Mr. Carr was being baited to fight with
employees to the extent Mr. Carr's supervisor
had to escort Mr. Carr on any jobs assigned.

Mr. Carr's supervisor Tim Burton gave Mr. Carr
a Letter on March 20, 1989 that George Yund, attorney
for Frost & Jacobs, tried twice to coerce him
into signing False Affidavits against Mr. Carr.
Mr. Burton refused, Mr. Carr then received
another Letter from Mr. Burton stating "he
felt I could be seriously injured and covered
up. Mr. Carr started formally requesting a trans-
-fer to another Champion Int. in another state.

Mr. Carr tried taking his Complaints to the
Authorities, including the F.B.I and D.O.J. in
Cincinnati, Ohio

Just months before Mr. Carr went to trial
against Champion Int., Mr. Carr was beat so
badly he was in the hospital for 5 days and a Large
portion of Mr. Carr's right ear was Bitten OFF.

6A

Mr. Carr gave the Hamilton Police the three thugs License number. The police refused Mr. Carr medical help. The police refused to call Para-Medics. Mr. Carr had to be taken by Ms. Rennick who was home with her son. The police refused to press charges against the men. Mr. Carr was now getting the point, Mr. Carr was up against a Huge Corporation a Huge Law Firm with Power and Money.

Mr. Carr lost his trial in 1987. Witnesses did not show up under federal supoenas, false affidavits were entered, evidence was suppressed

Ms. Rennick in March 1988, had to try her own Civil Rights suit for 7 days in U.S. District Court in Cincinnati, Ohio. Ms. Rennick had a Lawyer representing her at 2 different times. Mr. Tarmarkin withdrew after sending Ms Rennick a Letter stating her case to be worth $52,000.00. Mr. Tamarkin was pressured into Withdrawing. Mr. Tamarkin stated on tape recorder that Ms. Rennick will not be able to get Legal Representation any where in this city. Ms. Rennick finally hired another attorney from Dayton, Ohio. Bruce Hampton then also Withdrew stating in Court Motion "This court is Prejudice toward Ms. Rennick and will continue to be.

Ms. Rennick finally had to try her own case as Tamarkin predicted.

7A

During the course of the trial Ms. Rennick suffered the same fate as did Mr. Carr. Witnesses did not show up under supenas, witnesses were threatened, evidence suppressed, false affidavits of same hand-writing. Then George Yund of Frost & Jacobs decides to have Ms. Rennick tried again in Federal Court for cutting "WaWa" Jones four years earlier at Champion Int. Ms. Rennick was punished by Judge Dolan Nov. 13, 1984 and no restitution. Now George Yund through Federal Judge Weber fined Ms. Rennick $15,000.00 for cutting Mr. Jones. The money was to go directly to George Yund. Ms. Rennick was now being tried twice for the same offense.

Mr. Carr started writing up Complaints to file with the F.B.I., D.O.J, the State Attorney Generals Office etc.

At this time, March of 1988, Lonnie Gates and Robt. Draise, workers for Cincinnati Bell, contacted Mr. Carr and Ms. Rennick.

Gates and Draise met with Carr and Rennick at Frisch's Big Boy at the I-275 - Beechmont Ave exit. Gates and Draise explained how they had been Apply Service Observation Shoe (Wire Taps) to different high profile peoples telephones at George Yunds' request.

8A

Gates went on explaining how Frost & Jacobs Law Firm was out to Control the Judicial System in Ohio. Frost & Jacobs could assure theirs clients they would never Lose a Labor case. Stop cases from going to Court, stop investi-gations by the Authorities. Mr. Gates stated they had Taps on Virtually every Judge in Ohio. Mr. Gates at times was very boostful about how he had applied so many Taps that he was almost Doubling his Income. Nothing was off Limits; Law Firms, Lawyers, CEO's, Churches, Police Dept. and the Chief. Mr. Gates stated where they would set up of the Taps and the Local F.B.I. and D.O.J. were present during some Taps. Mr. Carr asked Mr. Gates why he was revealing this information to me? He stated I Know your trying to bring charges against George Vurd of Frost & Jacobs. Gates stated He also wants to bring charges against George Vurd for Ordering Unlawful WireTaps through their Client Cincinnati Bell. Gates goes on to explain how Frost & Jacobs has set up a Network of Organized Crime in Ohio. Gates told Mr. Carr and Ms. Rennick, Frost & Jacobs, the F.B.I., the D.O.J., Chief Larry Whalen, Chief Federal Judge Carl Rubin, the Mayor and City Manager would meet regularly

9A

and discuss information and plans and goals for Ohio. Gates informed Carr and Rennick he had applied Taps to both their phones. Mr. Carr had been trying to get help from out of state. Gates and Draise both expressed fear that they had gotten into something that was bigger and more powerful than they realized. They were now afraid of being "Shut Up." Mr. Gates warned Mr. Carr of George Yund that Mr. Yund had personal dislike for Mr. Carr.

Mr. Carr and Ms. Rennick met with Gates, Draise and an undercover officer, twice more. Once even talking to and giving a Statement to Special Investigator for the Wire Taps in Cincinnati, John Baber.

Mr. Carr and Ms. Rennick were at the Federal Bldg. in 1988 filing Appeals on their cases. An African-American gentlemen approached Carr and Rennick and introduced himself. His name is Fritz Hawkins from Dayton, Ohio He worked for Ohio Bell in Dayton, Ohio. His main job in recent years was applying Service Observation Shoe, Wire Taps. Mr. Hawkins even invited Carr and Rennick to his house in Dayton. There Mr. Hawkins had boxes and boxes of Incriminating Documents and Tape Recordings. Mr. Hawkins was also

10A

going after Frost & Jacobs and George Yund
for Authorizing UnLawful WireTaps. Mr. Hawkins
stated what we up against was Well Organized
Racketeering, even Controlling the Press.
Now Carr and Rennick could reflect back
on Federal Witness Allen Lampley stated in
Rennicks Trial page 695. Mr. Lampley on
the witness stand in front of Judge Weber
stated "Randy FeeKing", co-counsel to George
Yund, told Mr Lampley that, "he (Randy FeeKing)
was Associated with People in High Places that
Controlled the Courts."

   Mr. Hawkins went on to explain the same
information that Gates and Dease shared,
Organized Crime in Ohio gained through
UnLawful WireTaps, Threets and Intimidation
of witnesses. Mr. Hawkins stated that while
he was parked downtown Cincinnati, Ohio
picketing about Corruption his Grand Son was
almost shot by an UnKnown Bullet. The bullet
blew out the side mirror on his Van, Right next
to where his Grand Son was standing. Mr. Hawkins
said the Message was clear and he would no
Longer Protest about Wiretapping and Corruption
in Ohio.

   Mr. Carr is now in 1988 and 1989 starting to
compile a considerable amount of evidence himself

11 A

against Frost & Jacobs and George Yund and Randy Freeking. Mr. Carr continued to try and take his evidence to the Authorities, each time Mr. Carr was threatened and his Complaints were ignored, even in writing. No matter what agency Mr. Carr would seek out for Help, Frost & Jacobs controlled them.

About the same time the "Keating Five" scandal broke in Cincinnati, Ohio. Charles Keating, Four Senators and Astronaught John Glenn were involved with the disappearance of about $500 million Dollars. During the Investigation, on Cincinnati News, John Glenn stated "If anyone in the State of Ohio should investigated, it should be George Yund and Frost & Jacobs Law Firm.

Mr. Carr was now facing another problem, identity theft. Suddenly Mr. Carr had boogus bills for thousands coming in the mail that Mr. Carr did not owe. Mr. Carr did research, all the stores were under Federated Dept. Stores, Represented by Frost & Jacobs. Mr. Carr was then called into Human Resources and was told by Champion Int. he would be terminated for any Garnishments on his Pay. Mr. Carr explained these were Federated Stores Represented by Frost & Jacobs. Human Resources suggested

12A

that Mr. Carr join the Employees Assistance
Program, designed to help employees with
Alcohol, Drug or Financial Problems. Mr. Carr
felt his job was safe under this program.
On May 21, 1990 Mr. Carr and Ms. Rennick
filed a R.I.C.O. ACT (criminal) c-2-90-360.
The full R.I.C.O. suit c-2-90-360 will be
attached to this new Complaint.

Less than 6 weeks later, Mr. Carr,
through the Employees Assistance Program
Director Elaine Holman, was made to go see
for appointment Dr. Michael Miller of Fairfield,
This was July 2, 1990. Mr. Carr being suspious
took a pocket tape recorder and recorded
the entire session, about 20 min. Mr. Carr
went to Dr. Miller to discuss the boogis bills
and garnishment. Dr. Miller started talking
how he and a Dr. Fisher were going to have
Mr. Carr removed from Champion Int. payroll
and put on a Psychiatric Disability. Mr. Carr
immediately refused and Dr. Miller continued
to talk on how that R.I.C.O. suit must be
Dismissed. Mr. Carr and Dr. Miller did not
agree on anything except those weren't my
signatures on those phony bills. Mr. Carr
was told by Dr. Miller to go to Dr. Fisher
the next day on July 3, 1990 the appointment

13 A

was already made by Champion Int. Corp.
On July 3, 1990 Mr. Carr kept his appoint-
-ment with Dr. Roger Fisher of Hamilton, Ohio,
Mr. Carr again took his pocket tape recorder
and taped the entire session, about 15 min.
Dr. Fisher and Mr. Carr on tape, discuss Mr. Carr's
phony bills and how the signatures are not even
close to Mr. Carr's signature. This was about all
that was discussed. Mr. Carr left Dr. Fishers
office and received a ride by Ms. Rennick
to Mr. Carr's mothers house where he was
Residing. As soon as Ms. Rennick came to a
stop in front of Mr. Carr's mother house, 8 police
cars raced in and surrounded Ms. Rennick
and Mr. Carr. There were on or about 12 police
and Sheriff deputies with Guns Drawn. Some
had Shotguns aimed at Ms. Rennick and Mr. Carr,
some had Hand Guns. Mr. Carr was pulled out
of the car and slammed to the ground.
Mr. Carr was then Shackled at the ankles and
Handcuffed behind his back. Ms. Rennick
kept asking what Mr. Carr was being charged
with, the police refused to answer. Ms. Rennick
and then was threatened by the police that
would be taken also. Mr. Carr was thrown
into the back of a Sheriff's car and taken away.
Ms. Rennick was following behind thinking

14 A

We were going to the Butler County Jail for some mistaken charge that maybe Frost & Jacobs was trying to hang on Mr. Carr.

On that July 3, 1990 day; Mr. Carr's Life forever changed. Mr. Carr was taken to Cincinnati, Ohio and admitted to Rollmans State Mental Institution. Sheriff deputy already had paper work completed to give to the Staff, at admittance. Mr. Carr was immediately grabbed by two big Orderlies and Slammed to the floor and given an injection of some kind of drug rendering Mr. Carr incapacitated. Mr. Carr was dragged down a hallway to room where about 7 other men were Laying on beds. Mr. Carr was then thrown into a bed. Mr. Carr was held against his will for 5 days at Rollmans State Mental Inst. on Later information (documents) a 72 hour hold.

During those 5 days at Rollmans;
Mr. Carr was Denied Legal Representation
Mr. Carr was Denied a Phone Call
Mr. Carr was injected daily against his will with Haldol, Ativan and Cogentin.
Mr. Carr had Blood taken from him against his will.
Mr. Carr was Denied a shower.
Mr. Carr was Denied food until outside minister gave food.

15 A

On the third night, Mr. Carr was led down a Hallway to a small flight of stairs and a door. Mr. Carr was then told by the Orderly to go through the door and Mr. Carr could escape. Mr. Carr refused to go through the door and later documents show, Mr. Carr was on High Escape Alert. Mr. Carr would have been shot! Mr. Carr also received Electric Shock Treatments against his will.

On the 4th day Mr. Carr was taken to an office with three men in the office. Neil Waugh, Dr. Slaven and an unknown third. Neil Waugh did most of the talking (screaming) to Mr. Carr on how this situation has to be defused and this R.I.C.O. Suit has to be dropped. At that point Mr. Carr realized he had been put in a State Mental Inst. for filing a R.I.C.O. suit against some very high profile persons and enterprizes. Mr. Waugh told Mr. Carr if he did not drop the suit, he could be in a Mental Inst. for years to come.

On the 5th day, Mr. Carr was injected early in the morning with some drugs and taken to Hamilton, Ohio, for a Probate Hearing. Presiding Judge Henry Brewer read the folder in front of him and stood up and stated, "I will not participate in this," then walked out of the Hearing Room.

16 A

Mr. Carr had some man sitting next to him named Pat Garrettson attorney in Hamilton, Ohio. Mr. Garretson, through documents showed later was suppose be Mr. Carr's court appointed attorney. Mr. Garretson never spoke to Mr. Carr the court, nothing, he was just there to show Mr. Carr had an attorney. After Judge Brewer walked out Mr. Carr was Probated anyway to another Mental Inst. in Dayton, Ohio. Mr. Carr fully Realized the Power and Corruption by Frost & Jacobs at this time and also realizing Mr. Carr could be Shut Up Permanently. What was being done to Mr. Carr was Unlawful but the Butler County Courts were more than willing to participate. Mr. Carr was in total Disbelief that this was the United States of America.

Mr. Carr was held a total of 35 days at Dartmouth Mental Inst. in Dayton, Ohio, now closed down. Mr. Carr was medicated daily against his will. After Mr. Carr was released, he and Ms Rennick went to all the Local State and Federal Authories but no one will take the Plaintiffs complaint or a charge.

Mr. Carr and Ms. Rennick tried getting on with life. Blacklisted for about 2 yrs Mr. Carr and Ms. Rennick finally landed employment. Mr. Carr hired as an electrician with a company named Givaudan Roure at $50,000.00 fifty thousand a year and Ms. Rennick changed careers and became a sales Representative

17A

with Chrysler at $40,000.00 a yr. From 1992 to 1999
Plaintiffs were married and bought a $300,000.00
Home in Mason, Ohio Mr. and Mrs. Carr managed to
save $90,000.00 in 401k and had $42,000.00 in company
pension. In 1995, Mr. Carr came down with Cancer.
With Radiation treatments, Mr. Carr fought the Cancer
for over 2 yrs and was terminated in 1999 while on
sick leave, Frost, Brown & Todd Represented Givaudan
Roure. Two days Later Mrs. Carr was terminated
from her employment she was on State Workers Comp.
Now the Carr's had to start withdrawing their
Retirement money from 401k before Mr. Carr was
old enough, so theres an IRS penalty. Mr. & Mrs Carr
were without incomes again as Frost, Brown & Todd did
in the 1980's and Bankrupt the Carrs. The Carr's
had to withdraw the whole $140,000.00 to try and
save their Home, pay bills and food. The Carr's still
Lost their Home and moved into a $3500.00 Trailer for
over 2 yrs Mr. & Mrs. Carr were now aware that George
Yund were going to permanently keep the Carr's financially
Ruined so the Carr's could not Legally pursue the
Unlawful Detainment of Mr. Carr to Dismiss case
C-2-90-360.

To further show the Carr's Loss of Rights,
Mr. Carr was Rear-ended in an auto accident. This was
June 5th 1997, the other Driver was an Un-insured
and Un-Licensed driver that Lied to the police and a
Judge, stating she had Insurance when in fact she was

18A

un-insured at the time of the crash. Mr. & Mrs. Carr
had State-Farm Ins. and the Un-insured motorist
supplement policy and the policy was in full force
at the time of the crash. Mr. & Mrs. Carr had State
Farm for 22 yrs and they refused to Represent Mr. & Mrs. Carr
Mr. Carr suffered a neck injury and numbness in the
Left arm and had to hire an attorney Charles Pittges
and Jason Showen of Lebanon, Ohio. State Farm
not only Refused to Represent the Carr's in Court
but were so dedicated to beating the Carr's out
of their claim that the Unlicensed - un-insured
motorist never even felt a need to hire Attorney.
Mr. Carr was also suing State Farm for Breach of
contract and Bad Faith. State Farm entered
False Documents, False Affadavits and Mr. Carr
was called a Liar Three times by State Farm
and further humiliated by acussations of the
matters pertaining to Champion Int. Corp. In
the meantime State Farm coddled and praised
the un-insured motorist. State Farm slandered
Mr. Carr so badly before the Jury Mr. Carr
Received $1500.00 and Mrs. Carr Received $1.00
one dollar from the Jury. State Farm Refused
to present the $1501.00 Jury Award to the Carr's.
State Farm representative Chuck Detmering
stated to Mr. & Mrs. Carr he did not have to
release the check and theres not a court in Ohio
that will make him that we (Carr's) Are on a Black-

19A

List. Four years Later Mr. Detmering released the check, Carr's were picketing outside his office for 3 weeks. Mr & Mrs. Carr had to pay attorney Charles Rittgers $4,000.00 before the case went to trial, Rittgers never showed up at court either day and refused to ask for attorney fees to be paid by State Farm or the un-Licensed motorist. To the present time, Mr. Carr's arm and hand and fingers are numb most of the time making it almost impossible to return to work as an Electrician. Even in a rear end crash Mr. and Mr. Carr were shown prejudice by the courts and any Lawyer representing the Carr's. The night before the trial Carr's attorney, Rittgers, talks on tape recording about a meeting with Judge Oney State Farm Representatives Bob Danials and attorney John Wychoff and Champion Int. Reps. the night before a traffic crash trial these aforementioned was meeting to discuss Mr. Carr's R.I.C.O. Suit C-2-90-360. During the course of this State Farm action, Mr. Carr was terminated, two days Later Mrs. Carr was also terminated as in 1984.

Mrs. Carr was terminated by Joe Kidd Dodge. The Manager and Finance Manager Jim Wilson and George Neff tricked Mrs. Carr into Looking at Mr. Neff's photo Album in front of all the Male co-workers. The photo Album was suppose to be harmless ordinary photo's of Mr. Neff growing up. Several pages into the photo Album, Mr. Neff had several photo's of

20A

himself in the nude, showing his penis and testicles. Mrs. Carr immediately got up and left the Dealership in midst of Laughter from all the men standing around watching for Mrs. Carr's reaction. The next day Mr. & Mrs. Carr went to the Colerain Police Dept. and made a report. Mr. & Mrs. Carr Left the Police Dept. and went to the Joe Kidd Dealership and had a sit down meeting with the owner Joe Kidd, General Manager Jim Wilson and Finance mgr. George Neff to discuss the Humiliating incident the day before. Mr. Kidd was very sorry in the meeting and threatened to discharge Wilson and Neff but didn't. The next day Mrs. Carr went back to work and was immediately Harassed by the male employees and called Little Trudi, Mr. Kidd was having an affair with Trudi. Mrs. Carr called Mr. Carr and advised him about the Harassment. Mr. Carr told Mrs. Carr to walk out and don't go back.

Mrs. Carr hired an Attorney in Mason, Ohio James Whitaker, and his partner Andrea Hicks. Mrs. Carr advised Mr. Whitaker of her past run in with the Federal Courts and How the courts were prejudice to Mr. & Mrs. Carr, citing Mr. & Mrs. Carr's suits against Champion Int. and Frost, Brown & Todd Law Firm and their R.I.C.O. suit May 21, 1990. Mr. Whitaker explained to the Carr's that those actions have no bearing on any future cases. Mrs. Carr went to work for Tom Sweeney Nissan, Mr. Carr was still being BlackListed and could not find work.

21A

Mr. Carr started going to Counseling Sessions at
TFA in Mason, Ohio because Mr. Carr still was
having a hard time dealing with his Abduction at
Gunpoint and put in a Mental Inst. against his
will in 1990. Mr. Carr's Counselor was Faye Ross,
26 years in her field. Ms. Ross Listened to the tape
Recordings of Doctor Fisher and Dr. Miller and
concluded it was an Unlawful Abduction and
Detention by Champion Int. and the Butler County
Court System. Ms. Ross had Mr. Carr sign a Medical
Release for his Probate Records from Butler County
Probate Court. The Probate court refused Ms. Ross
medical Release and would not release Mr. Carr's
Records. Ms. Ross said it was the first time in her
26 yrs she was Refused with a Medical Release.
Ms. Ross proceeded to write a Hand Written Letter
to Micheal Hogan Requesting an Investigation
into an Unlawful Kidnapping by the Authorities
in Butler County. Mr. Hogan refused, Mr. Carr
told Ms. Ross he had received several Death
Threats as in 1990 before being taken at gunpoint.
Ms. Ross advised Mr. Carr & Mrs. Carr go to the F.B.I.
and the Dept. of Justice. Mr. & Mrs. Carr went to the
F.B.I. and talked to Agents Rick Coy and Anthony
OTT and James Tuegal. The F.B.I. told the Carr's
to put a Complaint in Writing, the Carr's did,
naming George Yund, Randy Freeking and Frost & Jacobs
and Champion Int. conspiring against the Carr's

22A

to have Case C-2-90-360 R.I.C.O. suit Dismissed.
The F.B.I. turned a cold shoulder to the Carr's
and refused their Complaint, ordering the Carr's
out of their office. The Carr's felt Helpless And
could not believe this was Happening in the U.S.A.
Land of the Free. The Carr's where now Remembering
Gates and Draise, the Cincinnati Bell Wire tappers
telling how Bell Attorneys were Tapping Federal
Judges, Law Firms, Lawyers, CEO's even President
Gerald Ford when he visited Cincinnati. Frost & Jacobs
sought to Control the Courts in Ohio and stop
any Civil Rights suits against any clients of Frost &
Jacobs. Me. & Mrs. Carr tried going to the News
Media, Carr's found out as did the Wiretapper from
Ohio Bell Fritz Hawkins, Frost & Jacobs Controlled
the News Media in Ohio. Carr's went to WLW-TV News,
WCPO-TV News, WKRC-TV News, the Cincinnati Enquirer
Newspaper, Mr. Hawkins tried going to Dayton Daily
News and the NAACP, Me, Hawkins is African American.
Nothing Zippo, no one will go after these people,
absolute Control of the Courts and the News Media.
Mr. Gates, Mr. Draise stated Frost & Jacobs set up a
network of Racketeering thru Wiretaps, Mr. Hawkins
Concurred. The Carr's went back to the F.B.I And
the Dept. of Justice in Cincinnati, Ohio and Demanded
an Investigation but were Laughed at and yelled at
until they Left. Lisa Franks D.O.J. in Cincinnati
advised the Carr's go to Washington D.C.

23A

now the CARR's understood why they were being Discharged from every Job and being financially Ruined so the CARR's could not financially afford to pursue their complaints. The CARR's started Reflecting on whether to pursue this. The CARR's had theiRCARS burnt up, Mr. CARR was beaten and Kicked so badly he was in the Hospital for 5 days and a Large portion of his right ear was Bitten off. The police in Butler County Refused Mr. CARR medical treatment or even transportation to the Hospital. Mr. CARR filed a R.I.C.O. Suit May 21, 1990, Less than six weeks Later Champion Int. made appointments for Mr. CARR to go to Dr. Fisher and Dr. Miller, CARR taped the meetings. The tapes reveal the Conspiracy and Corruption. The Authorities Refuse to Listen to the tapes. In the meantime Mrs. CARR was Discharged from Tom Sweeney Nissan, Represented by Frost, Brown&Todd. The CARR's now Knew they were going to Loose their $300,000 Home and their $140,000 in 401 K and pension. Mr. CARR Realized his Retirement dreams were gone, Forty years of hard physical work gone. Mr. &Mrs CARR have Relied on their deep faith in God to help ease their pain, but the CARR's were Also being Slandered behind their backs. When the CARR's went to church, members were Really rude to the point they were Refused Communion by the Elders of the Church. With the help from Faye Ross, Mr. CARR under-stood why Butler County Refused CARR his

24A

Probate Records, Its full of Criminal conspiracy to put Mr. Carr Away. Ms. Ross paid dearly for help, Rick Coy of the F.B.I, closed down her counseling practice. Mrs. Carr's attorney in Mason, Ohio sent the Carr's a letter stating Because you sued Federal Judges and Magistrates, I find it Unreasonably difficult to represent you any longer, so he Withdrew from Mrs. Carr's cases. Mr. Carr called Whitaker and made an appointment. Mr. Carr tape recorded Whitaker in his office, Mr. Carr showed Whitaker the Probate Records and played the Dr. Fisher, Miller tapes, then Whitaker on tape stated C·2-90-360 R.1. C.O suit Needs to be Resurrected or a New R.I.C.O needs to be filed. Sept. 6, 2001 Mr. Whitaker sent the Carr's a Letter, wanting $200,000 to go to the Authorities and on Sept. 27, 2001 a Bill for time Limits, Oct, 2001, Whitaker sent Carr's another Letter wanting $200,000 to go to the Authorities and another Bill for Research.

Federal Judge Susan Dlott, married to attorney Stan Chesley Class Action Attorney and Represents Attorney General Jim Petro, Dismissed both Ms. Carr's suit against Joe Kidd Dodge At Summary Judgement on un-cross-examined Affidavits. In the Tom Sweeney Nissan suit there were Heavy Hostile Racism at the Nissan Dealership. Ms. Carr's Co-Worker Chuck Moore Caucasian

25A

Mr. Moore (White) was married to an African-American Lady named Roberta. Once the co-workers found out Mr. Moore was married to an African American they started calling Mr. Moore Degrading names and referred to Roberta as a Porch-Monkey and Mr. Moore a Nigger-Lover. Judge DLott in Dismissing the case found nothing offensive. Mr. Moore heard the Sweeneys were going to Discharge him so he gave the Sweeneys a Notorized statement stating the Racial Slurs being used against him. The Sweeneys waited until Martin Luther King Day to Terminate Mr. Moore for his Love of African-Americans. Judge DLott is also the Head of Racial Mediation Panel in Cincinnati but did not find anything offensive and did not make Saul Green aware. Mr. Green was appointed by the D.O.J. at 5 million Dollars to see if Cincinnati is a Racist City. The Carr's were also referred as Nigger-Lovers in the two cases at Champion Int. Mr. Carr was given a card from the KKK saying you have been paid a friendly visit by the Ku, Klux, Klan, Need we pay you a Real visit! The courts completely Ignored it. Judge DLott in Dismissing Ms. Carr's Tom Sweeney case cited a Sanction Order 28 USC 1651 permanently enjoining the Carr's from ever filing any action in any Court in the United States which takes all of the Carr's Rights including their Citizenship.

26A

The Carr's have absolutely no Rights under the Constitution. No Access to the courts. No Access to filing a Complaint with the Authorities, No Legal Representation. The Sanction was Ordered on July 10, 1991 by Judge John Manos. Mr. & Mrs. Carr was never at any Trial or Hearing on July 10, 1991 this is a total Lie by a Federal Judge and the same Judge thats on Mr. Carr's Rollmans Mental Inst. where George Yund, Frost & Jacobs appears on a Fax Transmittal Document and Doctor Fiskers own Handwriting calling Federal Judge Manos at a Columbus Number. On that Fax sheet you'll see George Yund, Frost & Jacobs, Judge Manos, Elaine Holman of Champion Int. all conspiring to put Mr. Carr Away to Discredit Mr. Carr as Mentally ILL, to Dismiss C-2-90-360, then Manos puts a Life time Sanction against the Carr's to Cover Up any action against these individuals. As in the State Farm case (Rear-ended) the Carr's were Harassed by State Farm and their own Attorneys.

   Frost, Brown & Todd and the Courts are using the Sanction by Manos in any and every action against the Carr's.

     In 1991, Mr. Carr went to work for a company Named Givaudan in Cincinnati, Ohio. Mr. Carr was a Maint. Electrician and the only one in the Maint. Dept. to get "Exceeds Expectations" on his Reviews.

## Conclusion

1) Again Mr. Carr is Requesting a Full Investigation into Case C-2-90-360.

2) Judge Manos Sanction Order 28 U.S.C. 1651 be Dismissed, this case was never heard.

3. Impeachment proceedings be brought against Judge Manos for direct involvement in the Gunpoint Abduction of Mr. Carr, then issued a Sanction (Lifetime) on Mr. Carr and Ms. Rennick with a fabricated Trial or Hearing on July 10, 1991.

4). Kidnapping to Dismiss a Federal Racketeering (R.I.C.O.) Suit, charges be brought against George Yund of Frost, Brown & Todd Law Firm, Judge Manos of United States District Court in Ohio, Dr. Roger Fisher, Dr. Michael Miller, Dr. German Prada, Champion Int. Corp., Elaine Holman and Attorney Randy Freeking. Depriving Mr. Carr of his basic Rights as a Citizen of the United States, Human Rights and his Civil Rights. To this day Mr. Carr is being Blocked, Black Listed and Silenced from Exposing the Widespread Corruption in Ohio.

5) Frost, Brown & Todd Law Firm has set up a Network of Organized Crimes through Wiretaps, Extortion, Mail Fraud, Wire Fraud and Threatening and Intimidation of Witnesses. They control virtually every Agency in Ohio, Federal Courts, Ohio Legal Rights, Ohio Civil Rights Comm., E.E.O.C., State Supreme Disciplinary

Counsel, State Attorney Generals Office, etc. Frost, Brown and Todd has <u>absolute Control of the Press</u> and Television News Stations, WLW-TV5, WCPO-TV9, WKRC-TV12 and Fox-TV19. Mr. Fritz Hawkins, as did Carr and Rennick, tried all of the aforementioned News agencies, including Dayton Daily News and the Cincinnati Enquirer. These News agencies need to be brought to justice for Obstruction of Justice and Censorship of the Press. This is an important Reason why Organized Crime is deep Rooted and widespread in Ohio.

6) Review the Rollmans Medical Records from July 3, 1990. Mr. Carr's Legal Rights was not given to him, Mr. Carr was denied Legal Representation up to present time; Mr. Carr was denied a phone during his 35 day confinement to Mental Inst., Mr. Carr was drugged daily against his will, Mr. Carr had Blood work done to him against his will, Mr. Carr on the third night was set up to be killed escaping, an orderly at Rollmans took Mr. Carr from his bed and led him to a door at 3:15 AM, telling Mr. Carr to go through the door to be free, Mr. Carr was also given Electric Shock Treatments. Mr. Carr was held a total of 35 days Unlawfully to Discredit Mr. Carr and Lable Mr. Carr Delusional and Paranoid, who would listen to Mr. Carr. Mr. <u>Carr has the tape recordings of Dr. Miller and Dr. Fisher</u>.

For these six aforementioned reasons the Plaintiff Demands a Special Prosecutor to Investigate Plaintiffs Charges. Plaintiff Request case No. C-2-90-360 be made whole and all Defendents be held accountable for UnLawful Conduct. The Organized Crime set up by Frost, Brown & Todd Law Firm is alive in 2006 and stronger than ever as Mr. Carr will bring to this courts attention in this new R.I.C.O. Complaint. Frost, Brown & Todds aim is to Keep Mr. & Mrs. Carr financially Ruined so they (the Carrs') can't afford to pursue this action. At this present time the I.R.S. has ~~Levey~~ issued a Lien against all assets for a tax bill on the Carrs' 401k, This is a Lifetime Lien to go along with a Bogus Lifetime sanction to Shut US Up.

This Legal Complaint is based on Corruption in Ohio from 1984 to present time. The aforementioned Defendants seperately should be held accountable to Mr. & Mrs. Carr. Each Defendant should pay $250,000.00 each for intentional infliction of Mental Stress and physical harm and $50,000.00 each for Punitive Damages, but not Limited to these amounts.

Plaintiffs have 4 Boxes of Evidence, Court Documents, Transcripts and 7 tape Recordings of Undisputed Evidence.

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

06-1893
JR

**I (a) PLAINTIFFS** Jerry L. Carr
Skaron M. Carr

**DEFENDANTS** Frost, Brown & Todd Lawfirm, ETAL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Butler
(EXCEPT IN U.S. PLAINTIFF CASES)
88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Hamilton
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
1261 So. Hills Blvd
Hamilton, Ohio 45013
Cell Phone (513) 312-6698

CASE NUMBER 1:06CV01893

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 11/    /2006

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZEN**
FOR PLAINTIF

3

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☒ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☒ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☒ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☒ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☒ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— 6 —

| □ G. *Habeas Corpus/* 2255 | ☒ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) | ☒ 895 Freedom of Information Act | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ 510 Motion/Vacate Sentence | | □ 890 Other Statutory Actions (if Privacy Act) | |
| | *(If pro se, select this deck)* | *(If pro se, select this deck)* | |

| □ K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | ☒ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act | □ 441 Voting (if not Voting Rights Act) | ☒ 110 Insurance | □ 441 Civil Rights-Voting (if Voting Rights Act) |
| □ 720 Labor/Mgmt. Relations | □ 443 Housing/Accommodations | □ 120 Marine | |
| □ 730 Labor/Mgmt. Reporting & Disclosure Act | □ 444 Welfare | □ 130 Miller Act | |
| □ 740 Labor Railway Act | ☒ 440 Other Civil Rights | □ 140 Negotiable Instrument | |
| □ 790 Other Labor Litigation | ☒ 445 American w/Disabilities-Employment | □ 150 Recovery of Overpayment & Enforcement of Judgment | |
| □ 791 Empl. Ret. Inc. Security Act | ☒ 446 Americans w/Disabilities-Other | □ 153 Recovery of Overpayment of Veteran's Benefits | |
| | | □ 160 Stockholder's Suits | |
| | | □ 190 Other Contracts | |
| | | □ 195 Contract Product Liability | |
| | | □ 196 Franchise | |

**V. ORIGIN**

☒ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

18 USC 1961 R.I.C.O. ACT Racketeering among State and Federal officials in Ohio & Wash. DC

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   □ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint   **JURY DEMAND:** ☒ YES  □ NO

**VIII. RELATED CASE(S) IF ANY** NOT HERE   (See instruction)   ☒ YES  □ NO   If yes, please complete related case form.

DATE 11/1/06    SIGNATURE OF ATTORNEY OF RECORD  *Jerry Carr*  *Shawn Carr*

**3**

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd