U.S. District Court
for the District of Columbia

Jerry Carr, Sharon Carr           Case No. 06-1893 JR
        Plaintiffs
             vs                   Motion for Temporary
Frost, Brown & Todd Law Firm      Restraining Order and (or)
        Defendants                Injunction against I.R.S.

Memorandum

Mr. & Mrs. Carr are requesting a Restraining Order or injunction, stopping the I.R.S. from enforcing the Lien or Levy in place against the Carr's.

The I.R.S. will be a Defendant in R.I.C.O. suit 06-1983 JR, charging the I.R.S. with Conspiring with Frost, Brow & Todd Law Firm with Extortion and Obstruction of Justice.

Since 1984, George Yund and Frost, Brown & Todd have abused their power with the Courts to ruin Plaintiffs financially

Mr. Carr and Sharon (Rennick) Carr were fired two days apart in 1984 for exposing Racism and the K.K.K. at Champion Int. Corp.

May 21, 1990, Mr. Carr and Sharon Carr, exhausted their efforts with the D.O.J. and the F.B.I., and filed a R.I.C.O. suit C-2-90-360. Six weeks later George Yund, Frost, Brown & Todd, Champion Int. Corp., Roger Fisher, Michael Miller and the County of Butler all Conspired to have Mr. Carr taken by Gunpoint off the Street and

put in a State Mental Inst. (Rollmans)

In August 1990, Mr. Carr had to file for Bankruptcy because Mr. Carr was fired again by George Yund and Roger Fishers false affidavit and Federated Stores sending Mr. Carr bogus bills for thousands.

In 1991, Mr. Carr found new Employment for nine years and earned and saved enough to Buy a $300,000.00 home, saved $98,000.00 in 401K and $42,000.00 in company pension and $57,000.00 a year job.

In 1990, Mrs. Carr found new employment as a Car Sales Representative, earning about $40,000.00 a year and Earning the Only Gold Award out of all the Dealerships.

In 1999, Mr. & Mrs. Carr were Unlawfully fired from their jobs (two days apart again).

Mrs. Carr was on State Workers Comp. and

Mr. Carr was on Cancer Recovery Leave per Doctors Orders, Long Term Disability.

These again were Unlawful malious firings so the Carrs' would use up their 401K and pension money to save their home going into Foreclosure.

Mr. & Mrs. Carr has tried to work with the I.R.S. showing the Carrs' are victims of Organized Crime but the I.R.S. ignores any evidence or input from the Carrs'.

The Carrs' cannot get Legal Representation!

Certificate of Service

The Plaintiffs hereby Certify that a true and accurate copy of the foregoing is served upon the Defendants.

Jerry Carr Mason *(signature)* 11/15/06
1261 Southern Hills Blvd
Hamilton Oh 45013

513-312-6698

To: Internal Revenue Service    5-21-05
Protest Dept.

I, Jerry L. Carr, 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, am requesting a <u>face</u> to <u>face</u> hearing. I feel my cause cannot be presented properly if I cannot present my evidence.

Also, I sent my hand written protest into the Protest Dept. because Kim Mekous refuse to give us the proper forms. In short, <u>I do not feel I will get a fair unbias hearing in Cincinnati, Ohio</u>. In that letter I stated I was being Denied Legal Representation. I believe that if a citizen is before the I.R.S. with a chance of all their personal assets being taken, they should be represented by an <u>unbias</u> lawyer. I have proof that George Yund and F.B.I. agent Rick Coy (now retired) threatened Attorney James Whitaker from a R.I.C.O. Suit for Mr. Carr. Where the problem really gets sticky is George Yund and Frost, Brown and Todd Law Firm has done such a great job to make out Mr. & Mrs. Carr are both Mentally Ill so know one would believe them and review the R.I.C.O evidence

Mr. Carr has against them, its inconceivable that two Mentally Ill citizens would appear in front of the I.R.S. without legal representation.

We are requesting Legal Representation. We found out $200,000.00 Cannot buy us an attorney. I am attaching, James Whitaker Attorney at Law, letters where he wants Two Hundred Thousand to go to the Authorities, until Rick Coy F.B.I. talked to him.

I am still seeking to file criminal charges against the aforementioned.

They are (Frost, Brown & Todd), showing an Illegal Court Order from Judge Maxos 28 USC 1651. They had no hearings, depositions, discovery, no Special Prosecutors and certainly no trial or hearing took place July-10, 1991 as the Court Orders Maintain.

Sincerely,
Jerry L. Carr
1261 Southern Hills Blvd
Hamilton, Ohio 45013
(513) 312-6376

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY L. CARR**<br>**SHARON M. CARR,**<br>    Plaintiff(s),<br><br>        vs.<br><br>**GEORGE YUND, et al**<br>    Defendant(s). | Civil Case No. 06-1893 (JR) |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that Exhibits in this case have been filed in paper form in a the Clerk's Office. They are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk