UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY L. CARR, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-1893 (JR) |
| FROST, BROWN & TODD, *et al.*, | : |
| Defendants. | : |

## ORDER

Plaintiffs' motion for a temporary restraining order [3] is **denied.** Pursuant to LCvR 65.1(d), the Clerk is directed to set a hearing on plaintiffs' motion for a preliminary injunction [3] for December 15, 2006, unless plaintiffs -- residing in Ohio and proceeding *pro se* -- request a later date. **IT IS SO ORDERED.**

JAMES ROBERTSON
United States District Judge