United States District Court
For the District of Columbia

Jerry L. Carr
  Plaintiff

Sharon M. Carr
  Plaintiff

vs

Frost, Brown & Todd Law Firm et al.,
  Defendants

Case No. 06-1893 JR

Motion for Later Hearing date on T.R.S. Restaining Order

## Memorandum

Plaintiffs respectfully ask this Court for a Later Hearing date than the 12-15-06 set in the Order Plaintiffs Received from Court. In another Motion, Plaintiffs will Request Appointment of Counsel to Represent the Plaintiffs Constitutional Rights.

RECEIVED
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

The Plaintiffs hereby Certify that a true and accurate copy of the foregoing is served upon the Defendants.

*Jerry Carr*
*Sharon Carr*

1261 Southern Hills Blvd
Hamilton Oh 45013