U.S. District Court
for District of Columbia

Jerry L. Carr
    Plaintiff

Sharon M. Carr
    Plaintiff

        vs.

Frost, Brown & Todd Law Firm et al.,
        Defendants

Case No. 06-1893 JR

Motion for Appointment of
Counsel :

**RECEIVED**

DEC 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Memorandum

Plaintiffs are requesting Legal Representation to Represent Plaintiffs in this action 06-1893.

Defendants Frost, Brown & Todd Law Firm has Kept Plaintiffs from obtaining Legal Representation or any help from any Labor agencies NLRB, Ohio Legal Rights, American Civil Liberties, OCRC, EEOC, Ohio Disciplinary Counsel, et.

Plaintiffs were unlawfully terminated two days apart while on State Workers Comp. and Long Team Disability with Cancer in 1999.

Plaintiffs when terminated, the Plaintiffs were immediately without income and Health Benefits. Both Mr. & Mrs. Carr were both off because of Health issues.

Plaintiffs immediately had to start prematurely withdrawing Mr. Carr's 401K money for retirement to save their home from Fore Closure.

The Plaintiffs are on Social Security Medicare and are on Mental Disabilitys. The Plaintiffs Mental Disabilitys will be an impoetant paet of Plaintiffs Punitive and Comphensive Damages aequement. Plaintiffs will show, three attoenyes have teied to repeesent the Plaintiffs and had to withdeaw undee intimedation Ivan Tamarkin of Cincinnati, Ohio, Bevce Hampton of Dayton, Ohio and James Whitakee of Mason, Ohio.

    As of Dec. 7, 06 Plaintiffs have again been notified by The I.R.S. of intentions to gaenish by Lien 15 % of Plaintiffs Social Security Cheeks. This will immediately staet sending Plaintiffs into Foeeclosuee. The I.R.S. knows how tight a budget Plaintiffs aee on even foeegoing medicine and Healthcare. Me. Caee can't even afford Cancee Recovery. Refee to James Whitakee, attoeney in Mason, Ohio, Demanding $200,000.00 to go to the Authoeities for Me. Caee.

    There aee Constitutional issues in the Plaintiffs Compleint.

Certificate of Service

The Plaintiffs hereby Certify that a true and accurate Copy of the foregoing is served upon the Defendants.

Jerry Carr
Sharon Carr

1261 Southern Hills Blvd
Hamilton Oh 45013