UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY L. CARR, *et al.*,          :
                                   :
      Plaintiffs,              :
                                   :
  v.                              :  Civil Action No. 06-1893 (JR)
                                   :
FROST, BROWN & TODD, *et al.*,    :
                                   :
      Defendants.              :

## ORDER

      Plaintiffs initiated this tax protest case with a motion for temporary restraining order and a motion for preliminary injunction [3]. I denied the TRO but set the preliminary injunction motion down for a prompt hearing. Now plaintiffs have indicated that they want the hearing set for a "later" date [5], and they have moved for the appointment of counsel [6]. Plaintiffs have shown the Court no emergency and no threat of immediate irreparable injury. The docket does not indicate that any of the named defendants has even been served. The motion for continuance [5] is **granted**. The motion for appointment of counsel [6] is **denied**. When defendants have been served and have responded, on the merits or otherwise, the matter will be re-set.

                                          JAMES ROBERTSON
                              United States District Judge