UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| Jerry L. Carr et al. | Case No. 06-CV-1893-JR |
| v. | |
| George Yund, et al. | Answer of Defendant Robert C. Reichert |

For his answer to Plaintiffs' Complaint, defendant Robert C. Reichert states as follows:

1. Defendant Robert C. Reichert admits that he owns several car dealerships and that he is an attorney at law. Except as expressly admitted herein Defendant Robert C. Reichert denies all allegations contained in Plaintiffs' complaint. (1)

### FIRST AFFIRMATIVE DEFENSE

2. The Plaintiffs' Complaint fails to state a claim for relief against Defendant Robert C. Reichert upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

3. Plaintiffs' claims are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

4. Damages, if any, sustained by Plaintiffs' are the direct result of Plaintiffs' own acts and not the result of the acts or omissions of Defendant Robert C. Reichert.

### FOURTH AFFIRMATIVE DEFENSE

5. Defendant Robert C. Reichert is a private individual and has never employed either Plaintiff.

RECEIVED
DEC 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

(1) Plaintiffs' Complaint consists of 59 pages of unnumbered paragraphs. The allegations against Robert C. Reichert appear on page 21.

Wherefore, having fully answered, Defendant Robert C. Reichert respectfully asks the court to dismiss the within causes, with prejudice, and that Plaintiffs' take nothing.

Respectfully submitted,

*[signature]*

Robert C. Reichert, pro se
9500 Kings Automall Road
Cincinnati, Ohio 45249
(513) 683-5484
(513) 683-5244 Facsimile


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Jerry L. Carr and Sharon M. Carr, 1261 South Hills Blvd., Hamilton, Ohio 45013 via ordinary mail, postage prepaid thin 22nd day of December, 2006.

*[signature]*

Robert C. Reichert
9500 Kings Automall Road
Cincinnati, Ohio 45249
(513) 683-5484
(513) 683-5244 Facsimile