UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY L. CARR and SHARON M. CARR )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FROST BROWN & TODD, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 1:06cv01893 (JR) |

**CONSENT MOTION TO ENLARGE THE TIME
FOR DEFENDANT DEBORAH BRENNEMAN TO RESPOND TO THE COMPLAINT**

Defendant Deborah Brenneman, by their undersigned counsel, respectfully moves, pursuant to Federal Civil Procedure Rule 6(b)(1) and with Plaintiffs' consent, for an enlargement of the time within which to answer, move or otherwise respond to the Complaint for two weeks until and including January 22, 2007. In support of this Motion, Ms. Brenneman avers that:

1. Federal Civil Rule 6(b)(1) provides that, for cause shown, before the time specified to do an act expires, the court may enlarge the specified time. Fed. R. Civ. P. 6(b)(1).

2. Ms. Brenneman was served with the Summons and Complaint on or about Tuesday, December 19, 2006.

3. As specified in the Summons, Ms. Brenneman has twenty days, or until January 8, 2007, to answer, move or otherwise respond to the Complaint.

4. Cause exists to support the requested two week enlargement:

   a. Additional time is needed to conduct a reasonable investigation as the Complaint is in excess of 120 handwritten pages, names some 30 defendants and covers allegations dating back to 1984;

      b.      Because of the intervening holidays, the original time fixed to respond to the Complaint has been effectively reduced.

5.      A number of the named defendants are governmental entities who will already have additional time, even beyond the additional time requested by Ms. Brenneman, to respond to the Complaint, so granting the requested enlargement of time will not unnecessarily delay this litigation or prejudice the Plaintiffs.

6.      Counsel affirms that this request for enlargement of time is made in good faith.

7.      Counsel spoke by telephone with Plaintiffs on January 3, 2007, and Plaintiffs advised that they consent to enlarging the time within which Ms. Brenneman can answer, move or otherwise respond to the Complaint for two weeks until and including January 22, 2007

      A proposed Order is attached.

Respectfully submitted,

THOMPSON HINE LLP

Dated: January 3, 2007      By:      /s/
      Christopher "Kip" Schwartz (D.C. Bar #444650)
      C. Dennis Southard IV (D.C. Bar #448190)
      1920 N Street, N.W., Suite 800
      Washington, D.C. 20036
      Telephone - (202) 331-8800
      Facsimile - (202) 331-8330

Of counsel:

Thomas L. Feher, Esq.
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114
Telephone - (216) 566-5532
Facsimile – (216) 566-5800

*Counsel for Defendants Thompson Hine LLP and Deborah Brenneman*

## CERTIFICATE OF SERVICE

I, C. Dennis Southard IV, hereby certify that on January 3, 2007, I caused a true and correct copy of the foregoing Motion of Defendant Deborah Brenneman to Enlarge the Time to Respond to the Complaint to be served on all parties presently of record as follows:

*By first class, United States Mail, postage prepaid:*

Jerry L. Carr
Sharon M. Carr
1261 South Hills Blvd.
Hamilton, OH  45013
*Plaintiffs (pro se)*

Robert C. Reichert
9500 Kings Automall Road
Cincinnati, OH  45249
*Defendant Robert C. Reichert (pro se)*

/s/
C. Dennis Southard IV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY L. CARR and SHARON M. CARR**    )<br>)<br>Plaintiffs,    )<br>)<br>v.    )<br>)<br>**FROST BROWN & TODD**, *et al.*,    )<br>)<br>Defendants.    )<br>) | **Civil Action**<br>**No. 1:06cv01893 (JR)** |

## **ORDER**

ORDERED that Defendant Deborah Brenneman shall have up to an including January 22, 2007, to answer, move or otherwise respond to the Complaint.

SO ORDERED this _____ day of January, 2007.

_____
**James Robertson**
United States District Court Judge

Copies to:

Christopher "Kip" Schwartz
C. Dennis Southard IV
THOMPSON HINE LLP
1920 N Street, N.W., Suite 800
Washington, D.C. 20036

Jerry L. Carr
Sharon M. Carr
1261 South Hills Blvd.
Hamilton, OH  45013

Robert C. Reichert
9500 Kings Automall Road
Cincinnati, OH  45249