UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY L. CARR, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Case No. 06-1893 |
| ) | |
| v. ) | JUDGE JAMES ROBERTSON |
| ) | |
| FROST, BROWN & TODD, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CHARLES DETMERING'S ANSWER TO COMPLAINT**

Defendant Charles Detmering, by and through his counsel, for his Answer to Plaintiffs' Complaint, states as follows:

First Defense

As to the allegations of Plaintiffs' Complaint, Defendant Charles Detmering ("Defendant Detmering") states as follows:

1. Due to Plaintiffs' failure to comply with Rule 10(b), Federal Rules of Civil Procedure, Defendant Detmering is unable to respond by referencing particular numbered paragraphs and/or Counts of Plaintiffs' Complaint. The only allegations made against Defendant Detmering appear on Plaintiffs' numbered pages 48 and 49 of the Complaint. In response to those allegations, Defendant Detmering admits he was and is an insurance agent that sells State Farm Mutual Automobile Insurance Company automobile policies. Further, he admits that Plaintiffs reported their 1997 motor vehicle accident to his office. Defendant Detmering denies the remaining averments and allegations made against him in the Complaint.

2. Defendant Detmering denies each and every allegation of fact, conclusion of law or other matter contained in the Complaint that is not expressly admitted herein.

### Second Defense

3. Plaintiffs have failed to state a claim upon which relief can be granted.

### Third Defense

4. To the extent Plaintiffs have made claims against this answering Defendant Detmering, said claims are barred by the Statute of Limitations.

### Fourth Defense

5. Defendant Detmering states this Court lacks jurisdiction over the subject matter.

### Fifth Defense

6. Defendant Detmering states this Court lacks jurisdiction over his person.

### Sixth Defense

7. Defendant Detmering avers that venue is improper.

### Seventh Defense

8. Plaintiffs' claims are barred by the doctrines of res judicata and/or collateral estoppel.

### Eighth Defense

9. Plaintiffs' claims are barred by the doctrines of waiver and/or estoppel.

### Ninth Defense

10. Plaintiffs have failed to comply with Federal Rules of Civil Procedure 8(a) and 10(b).

<u>Tenth Defense</u>

11.  Plaintiffs' claims are barred by the jury award and subsequent affirmation of the award by the Butler County, Ohio, Court of Appeals.

**WHEREFORE**, having fully answered, Defendant Charles Detmering prays that the Complaint against him be dismissed with prejudice, that he be awarded his costs and attorneys' fees incurred in defending this action, to the extent permitted by law, and any other relief as this Court deems just and appropriate.

    Respectfully submitted,

    BAKER & HOSTETLER LLP

    By: /s/ Elizabeth A. Scully
        Elizabeth A. Scully (466918)
        Washington Square, Suite 1100
        1050 Connecticut Avenue, N.W.
        Washington, D.C.  20036
        Telephone: (202) 861-1698
        Facsimile: (202) 861-1783

    Attorneys for Defendant, Charles Detmering

Of Counsel:

Mark H. Gams, Esq.
Gallagher, Gams, Pryor,
  Tallan & Littrell, L.L.P.
471 E. Broad Street, 19th Floor
Columbus, Ohio  43215
Telephone: (614) 228-5151
Facsimile:  (614) 228-0032

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Defendant Charles Detmering's Answer to Complaint, was served via first-class mail, postage prepaid, this 4th day of January, 2007, to the following:

Jerry L. Carr and Sharon M. Carr
1261 South Hills Boulevard
Hamilton, Ohio  45013
Plaintiffs *Pro Se*

and Defendants:

Frost, Brown & Todd
George Yund, Esq.
201 East 5th Street
Cincinnati, Ohio  45202
Defendant

F.B.I.
Agent James Turgal
Agent Rick Coy
Agent Anthony Ott
550 Main Street
Cincinnati, Ohio  45202

U.S. District Court, Southern District
   of Ohio
U.S. District Judge John M. Manos
U.S. District Judge Susan J. Dlott
U.S. Post Office & Courthouse
Cincinnati, Ohio  45202

Internal Revenue Service
Mrs. G. Messina
Employee No. 19-01665
Centralized OIC
P.O. Box 9011
Holtsville, NY  11742

U.S. Dept. of Justice
Kevin Callahan
950 Penn Avenue N.W.
Washington, D.C.  20530

Thompson, Hine & Flory
Deborah Brenneman, Esq.
312 Walnut Street, Suite 1400
Cincinnati, Ohio  45202

Randy Freking, Esq.
215 E. 9th Street
Cincinnati, Ohio  45202

Shawn Sweeney
85 W. Kemper
Springdale, Ohio  45246

U.S. Dept. of Justice
Lisa Frank
Supervisory Litigation Support
U.S. Post Office & Courthouse
Cincinnati, Ohio  45202

Judge Patricia S. Oney
Common Pleas Court
Butler County, Ohio
Hamilton, Ohio  45011

| | |
|---|---|
| Stephen D. Brandt<br>Green & Green – 3<br>Fifth Third Center<br>Suite 950<br>Dayton, Ohio  45402-1769 | James A. Whitaker, Esq.<br>Andrea Hicks, Esq.<br>226 Reading Road<br>Mason, Ohio  45040 |
| Jake Sweeney, Inc.<br>85 West Kemper<br>Springdale, Ohio  45246 | Joe Kidd, Inc.<br>1065 Ohio Pike<br>Cincinnati, Ohio  45245 |
| Robert C. Reichert<br>Kenwood Dealer Group, Inc.<br>9500 Kings Automall Road<br>Cincinnati, Ohio  45249 | Charles Rittgers, Esq.<br>Jason A. Showen, Esq.<br>12 East Warren Street<br>Lebanon, Ohio  45036 |
| John R. Wykoff, Esq.<br>1000 Tri-State Building<br>432 Walnut Street<br>Cincinnati, Ohio  45202 | Dan Ferguson<br>Butler County Prosecutor<br>Government Service Center 11th Floor<br>315 High Street<br>Hamilton, Ohio  45012-0515 |
| Butler County<br>Government Service Center 11th Floor<br>315 High Street<br>Hamilton, Ohio  45012-0515 | Roger Fisher<br>Psychologist<br>222 High Street<br>Hamilton, Ohio  45013 |
| Michael Miller<br>P.O. Box 18667<br>Fairfield, Ohio  45018 | Pat Garretson<br>616 Dayton Street<br>Hamilton, Ohio  45013 |

        /s/Elizabeth A. Scully_____
        Elizabeth A. Scully