# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERRY L. CARR, *et al.*, | : | CASE NO.: 1:06CV01893 |
| | : | |
| Plaintiffs, | : | Judge James Robertson |
| | : | |
| v. | : | |
| | : | **THE HONORABLE JUDGE** |
| FROST, BROWN & TODD, *et al.*, | : | **PATRICIA S. ONEY'S MOTION TO** |
| | : | **DISMISS** |
| Defendants. | : | |
| | : | |

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), defendant, the

Honorable Judge Patricia S. Oney, respectfully requests this Court dismiss Plaintiffs' claims

against her with prejudice.  A memorandum in support is attached.

Respectfully submitted,

/s/ Justin Flint
AARON HANDLEMAN (48728)
JUSTIN FLINT (491782)
ECCLESTON & WOLF
*Counsel for Defendant Judge Patricia Oney*
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009
Tel:  202-857-1696
Fax: 202-857-0762
E-mail: handleman@ewdc.com, flint@ewdc.com

OF COUNSEL:

LINDA L. WOEBER
KIMBERLY VANOVER RILEY
MONTGOMERY, RENNIE & JONSON
*Of Counsel for Defendant Judge Patricia S. Oney*
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Tel.: 513-241-4722
Fax: 513-241-8775
E-mail: lwoeber@mrj.cc, kriley@mrj.cc

## STATEMENT OF POINTS AND AUTHORITIES

I.    FACTUAL ALLEGATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    *Carr v. Champion International* . . . . . . . . . . . . . . . . . . . . . . . . . 1

    *Carr v. Louman* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II.   CAUSES OF ACTION AND SOUGHT RELIEF . . . . . . . . . . . . . . . . 3

III.  ANALYSIS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    A.    This Court Does Not Have Personal Jurisdiction Over Judge Oney, Nor
          Proper Venue Over These Claims . . . . . . . . . . . . . . . . . . . . 4

D.C. Code § 13-423(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
*Dorman v. Thornburgh*, 740 F.Supp. 875 (U.S.D.C., D.C., 1990), *aff'd* at 955 F.2d 57 (D.C. Cir.
1992)(citing *International Shoe Co. v. State of Washington*, 326 U.S. 310, 316 (1945)) . . . . 5

    B.    This Court Does Not Have Subject Matter Jurisdiction over Plaintiffs'
          Challenges to State Court Decisions . . . . . . . . . . . . . . . . . . . . 5

*District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 483-87 (1983) . . . . . . 6
*Neal v. Wilson*, 112 F.3d 351, 356 (8th Cir. 1997)(citing *Charchenko v. City of Stillwater*, 47 F.3d
981, 983 (8th Cir. 1995)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

    C.    Judge Oney Has Absolute Judicial Immunity . . . . . . . . . . . . . . . 6

*Mireles v. Waco*, 502 U.S. 9 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . 6
*Pierson v. Ray*, 386 U.S. 547, 554 (1967) . . . . . . . . . . . . . . . . . . . . . . 6
*Eades v. Sterlinske*, 810 F.2d 723 (7th Cir.), *cert. denied*, 484 U.S. 847 (1987) . . . . . . . . 6
*King v. Love*, 766 F.2d 962, 968 (6th Cir.), *cert. denied*, 474 U.S. 971 (1985) . . . . . . . . . 6
*Harris v. Deveaux*, 780 F.2d 911, 915 (11th Cir. 1986) . . . . . . . . . . . . . . . . . . 6
*Turney v. O'Toole*, 898 F.2d 1470 (10th Cir. 1990) . . . . . . . . . . . . . . . . . . . 6
*Ashelman v. Pope*, 793 F.2d 1072 (9th Cir. 1986) . . . . . . . . . . . . . . . . . . . 7
*Billingsley v. Kyser*, 691 F.2d 388, 389 (8th Cir. 1982) . . . . . . . . . . . . . . . . 7
*Stump v. Sparkman*, 435 U.S. 349, 360 (1978) . . . . . . . . . . . . . . . . . . . . 7

        1.    Judge Oney acted within her jurisdiction. . . . . . . . . . . . . . . 7

*Stump v. Sparkman*, 435 U.S. 349, 356-57 (1978) . . . . . . . . . . . . . . . . . . 7
*Duty v. City of Springdale, Arkansas*, 42 F.3d 460, 462 (8th Cir. 1994) . . . . . . . . . . . 7
*Adams v. McIlhany*, 764 F.2d 294, 298 (5th Cir. 1985), *cert. denied*, 764 F.2d 294, 298 (1986) . 7
*Doe v. McFaul*, 599 F.Supp. 1421, 1431 (N.D. Ohio 1984) . . . . . . . . . . . . . . . 7
Ohio Revised Code 2305.01 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

       2.         **Judge Oney's acts were quintessentially judicial** . . . . . . . . . . **8**

*Barnes v. Winchell*, 105 F.3d 1111 (6th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . **8**
*Forrester v. White*, 484 U.S. 219, 227 (1988) . . . . . . . . . . . . . . . . . . . . . . . **9**

    **D.**     **The Plaintiffs' Causes of Action Otherwise Fail to State a Claim on the Merits** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**

       **1.**      **Plaintiffs' Claims Do Not Give Rise to a Private Right of Action** . . . **9**

18 U.S.C. § 1001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**
*Hamrick v. Bush*, 2006 U.S. App. LEXIS 2070 (D.C. Cir. 2006) . . . . . . . . . . . . . **9**
*Airtrans, Inc. v. Mead*, 389 F.3d 594, 598 (6th Cir. 2004) . . . . . . . . . . . . . . . . . . **9**
18 U.S.C. §§ 1341 and 1343 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**
*Wiggins v. Philip Morris, Inc.,* 853 F.Supp. 458, 466 (D.D.C. 1994) . . . . . . . . . . . . **9**
18 U.S.C. §§ 1961-1964 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**

       **2.**      **Plaintiffs Fail to State a Claim under 42 U.S.C. § 1985.** . . . . . . . . **9**

42 U.S.C. § 1985(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**
*Bray v. Alexandria Women's Health Clinic*, 506 U.S. 263, 268 (1993) . . . . . . . . . . . . **9**
*Farhat v. Jopke*, 370 F.3d 580, 599 (6th Cir. 2004) . . . . . . . . . . . . . . . . . . . . **10**

       **3.**      **Plaintiffs' RICO Claims Against Judge Oney are Time-Barred** . . . **10**

*Agency Holding Corp. v. Malley-Duff & Associates, Inc.*, 483 U.S. 143, 156, (1987) . . . . . **10**

       **4.**      **Plaintiffs' RICO Allegations are Insufficient to State a Claim** . . . **10**

18 U.S.C. §§ 1961-1968 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10**
*Ulico Cas. Co. v. Professional Indemn. Agency, Inc.,* 1999 U.S. Dist. LEXIS 8591
(D.D.C. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10**

       **5.**      **Plaintiffs' Requests for Damages for Intentional Infliction of Emotional Distress Claim Are Insufficient to State a Claim** . . . . . **11**

*Bernstein v. Fernandez*, 649 A.2d 1064, 1075 (D.C. 1991)(quoting Restatement (Second) of
Torts § 46 (1965)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11**

**IV.**     **CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11**

<u>**MEMORANDUM IN SUPPORT**</u>

*Pro se* plaintiffs Jerry L. Carr and Sharon M. Carr ("Plaintiffs" or "The Carrs") bring this civil rights and R.I.C.O. action against a number of defendants, including the Honorable Judge Patricia S. Oney, Judge of the Butler County Court of Common Pleas.  The Carrs' action against Judge Oney arises out of their underlying civil case over which she presided, which they refer to as *Carr v. State Farm*.  (Complaint, p. 20).  However, the case was actually captioned *Jerry and Sharon Carr v. Krista Louman and State Farm Mutual Automobile Ins. Co.*, Butler County Court of Common Pleas Case No. CV99-04-0664 (Judge Patricia S. Oney, presiding)(certified copy of Court of Common Pleas (trial court) docket attached as Exhibit A).[1]

## I.    FACTUAL ALLEGATIONS

Plaintiffs' allegations fall into several distinct time frames and relate to discreet events:

### <u>*Carr v. Champion International*</u>

Plaintiffs claim to have been employees at Champion International at some time during the 1980's.  (Background, p. 1A).  Both Mr. and Mrs. Carr allegedly had lawsuit or arbitration hearings with Champion International; the Complaint is unclear, but Mr. Carr purportedly alleges he sought reinstatement through arbitration, claiming Wrongful Termination and Race Discrimination (Background, p. 4A), and Mrs. Carr sued for Sexual Harassment and Race Discrimination in 1984 (Background, p. 2A).  Plaintiffs allege that the Frost & Jacobs law firm represented Champion International and that Frost & Jacobs "controls Civil Rights cases that go

---

[1] In determining whether a complaint fails to state a claim under Rule 12(b), "the court may consider facts alleged in the complaint, any documents either attached to or incorporated in the complaint and matters of which the court may take judicial notice." *Baker v. Henderson*, 150 F. Supp. 2d 13, 15 (D.D.C. 2001).  The court may take judicial notice of matters of a general public nature, **such as court records**, without converting the motion to dismiss into one for summary judgment. *Id*. (emphasis added); *See Marshall County Health Care Auth. v. Shalala*, 988 F.2d 1221, 1226 (D.C. Cir. 1993); *Phillips v. Bureau of Prisons*, 591 F.2d 966, 969 (D.C. Cir. 1979) (court may consider items in the record of the case or of a general public nature).

thru [sic] Federal Court associated with any Labor Problems." (Complaint, p. 6). Plaintiffs also assert that Frost & Jacobs "has the Judge Dismiss at Summary Judgement [sic]" any civil rights cases against their clients. (Complaint, p.6). Plaintiffs also allegedly filed a R.I.C.O. action against Frost & Jacobs law firm, Attorney George Yund, and Champion International in May 1990. (Complaint, pp. 5, 16).

Among many other things, Plaintiffs allege that, on July 3, 1990, Frost & Jacobs (now the law firm of Frost, Brown & Todd) and its attorneys, George Yund and Randy Freking, "entered into a conspiracy with their client Champion Int. Corp., Butler County Courts, Butler County Forensic Psychologist Roger Fisher, Fairfield Psychiatrist Michael Miller and Federal Judge John Manos, to have Mr. Carr unlawfully (at Gunpoint by Butler County Sherriffs [sic] Dept.) put into a State Mental Institute" in order to discredit Mr. Carr and get a dismissal of the R.I.C.O. action the Carrs filed on May 21, 1990. (Complaint, p. 5). Plaintiffs claim they were "Blowing the Whistle on Wiretapping and Racism at Champion Int. Corp." and, as a result, Plaintiffs "have suffered from 22 yrs [sic] of [r]etaliation by Frost, Brown & Todd Attorneys George Yund & Randy Freking…" (Memorandum, p. 33). Plaintiffs also claim they were determined to be prolific litigators by Federal Judge Manos on July 10, 1991, in an effort to "cover up what all that was done to Ms. Rennick [Mrs. Carr]." (Memorandum, p. 20).

### *Carr v. Louman*

Plaintiffs further allege that, on June 5, 1997, Mr. Carr was involved in a traffic accident in which he was rear-ended by an unlicensed, uninsured driver. (Complaint, pp. 25, 48). Mr. Carr claims the accident resulted in numbness in his left hand and arm and that such injury persists today. (Complaint, p. 48). Plaintiffs also allege that they held insurance policies,

including an uninsured motorist policy, through State Farm and that State Farm "refused to represent" them. (Complaint, p. 25).

Plaintiffs claim that in February 1998, they hired Charles Rittgers Law Firm to represent Mr. Carr in an action based upon the auto accident. (Complaint, p. 25). The undersigned defendant, Judge Patricia Oney, presided over the resulting civil action the Plaintiffs have dubbed *Carr v. State Farm* (which is actually *Carr v. Louman*). (Complaint, p. 20). Plaintiffs allege that, on the night before the trial on August 10, 2000, Judge Oney met with Mr. Carr's attorneys, attorneys for State Farm, and representatives from Champion International to "discuss Mr. Carr's problems with Champion Int. Corp." (Complaint, pp. 20, 25). Plaintiffs allege that these parties conspired to "deprive Mr. Carr of his Constitutional Rights of Due Process and any Jury award for money." (Complaint, p. 20). The jury issued verdicts in this case on August 11, 2000. (Certified Verdict Forms, attached as Exhibits B and C; Judgment Entry, attached as Exhibit D; *see* footnote 1.)

Plaintiffs also assert that Judge Oney "allowed the case in Court to get out of hand so much that Judge Oney and Attorney John Wykoff (counsel for State Farm) conspired together to change court transcripts." (Complaint, p. 20). Plaintiffs claim that Judge Oney had the original "CD disc" of the court transcripts in her possession and that the transcripts were altered or deleted. (Complaint, pp. 20, 48). Plaintiffs also allege that Attorney John Wykoff filed a motion to change the jury award, which Judge Oney ruled in favor of. (Complaint, p. 20).

Plaintiffs filed a notice of appeal on October 12, 2000. (Certified Court of Common Pleas docket, attached as Exhibit A; Certified Court of Appeals docket, attached as Exhibit E; *see* footnote 1.)

## II.     CAUSES OF ACTION AND SOUGHT RELIEF

Plaintiffs allege that defendants violated the Federal R.I.C.O. Act, 18 U.S.C. § 1961, *et seq.*, filed false statements or documents to a federal agency in violation of 18 U.S.C. § 1001, and participated in obstruction of justice. (Complaint, pp. 58-59). Plaintiffs also seek relief under the First, Sixth, and Fourteenth Amendments of the United States Constitution and 42 U.S.C. § 1985(3).

For their alleged injuries, Plaintiffs ask this Court to grant their request for a special prosecutor under 18 U.S.C. § 1961, *et seq.*, and to "resurrect and reinstate" the R.I.C.O. suit they filed in Columbus, Ohio on May 21, 1990 (Case C-2-90-360). (Memorandum, p. 1). Plaintiffs also "demand their Constitutional Rights under the First Amendment." (Complaint, p. 58). The Plaintiffs also seek $250,000.00 from each defendant for "intentional infliction of mental stress and physical harm" and $50,000.00 from each defendant for punitive damages. (Conclusion, p. 3). For the following reasons, Plaintiffs' Complaint must be dismissed with prejudice.

## III.    ANALYSIS

### A.    This Court Does Not Have Personal Jurisdiction Over Judge Oney, Nor Proper Venue Over These Claims.

This Court need not even consider the merits of Plaintiffs' claims because they fail the threshold requirement of having personal jurisdiction over Judge Oney. Judge Oney was neither served in the District of Columbia, nor is she a resident of the District of Columbia. (Incidentally, neither are Plaintiffs.) Therefore, this Court may only exercise jurisdiction over the non-resident defendant if Plaintiffs prove compliance with D.C. Code § 13-423(a). There is nothing evidencing Judge Oney has transacted business, contracted to supply services, or caused tortious injury within the District of Columbia; nor is there anything evidencing she owned an interest in real property or contracted to insure or act as surety for anyone or anything within the District of Columbia; nor is there anything evidencing her having a marital, parent or child

relationship within the District of Columbia. The facts underlying Plaintiffs' claims against Judge Oney all occurred in Ohio. Plaintiffs fail to allege any contacts Judge Oney had within the District of Columbia. Without either an allegation of the injury occurring in the District of Columbia or of sufficient minimum contacts to invoke the long arm statute, Plaintiffs fail to establish personal jurisdiction: "In order to subject a non-resident defendant to a binding judgment based on out-of-state service, due process requires that the defendant have 'minimum contacts' with the forum in which the action was brought of such a character 'that the maintenance of the suit would not offend traditional notions of fair play and substantial justice'." *Dorman v. Thornburgh*, 740 F.Supp. 875 (U.S.D.C., D.C., 1990), *aff'd* at 955 F.2d 57 (D.C. Cir. 1992)(*citing International Shoe Co. v. State of Washington*, 326 U.S. 310, 316 (1945)).

Plaintiffs explain their motivation for bringing this case before this Court: "This action is filed in [the] U.S. District Court, District of Columbia, because Plaintiff[s] have exhausted all legal avenues in the State of Ohio, running into widespread corruption and racketeering at all levels of state a federal government." (Memorandum, p. 1.) This is insufficient grounds to place this case within this Court's venue.

Because Plaintiffs have not alleged Judge Oney has minimum contacts with the District of Columbia, personal jurisdiction is lacking, and Plaintiffs have failed to state a proper basis for this Court's venue, the claims must be dismissed.

## B. This Court Does Not Have Subject Matter Jurisdiction over Plaintiffs' Challenges to State Court Decisions.

Plaintiffs' claims against Judge Oney exclusively relate to asking this Court to review the propriety of Judge Oney's decisions and other judicial actions in the underlying Ohio auto accident case. Because this would be an improper invocation of federal jurisdiction, all of the Plaintiffs' claims must be dismissed.

The federal district courts lack subject matter jurisdiction over challenges to state rules, procedures, and decisions under the *Rooker-Feldman* doctrine, where the challenge is "inextricably intertwined" with state judicial proceedings. *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 483-87 (1983). A claim is "inextricably intertwined" where, in order to proceed on the merits, a federal court must evaluate the propriety of the state court's determinations.

The only federal court with jurisdiction to review decisions of state courts is the United States Supreme Court. *Neal v. Wilson*, 112 F.3d 351, 356 (8th Cir. 1997)(*citing Charchenko v. City of Stillwater*, 47 F.3d 981, 983 (8th Cir. 1995)). Here, Plaintiffs are plainly asking this Court to rule that Judge Oney's decisions were improper or corrupt. The Plaintiffs' only appropriate remedy is to appeal in state court. Asking this Court to rule upon the propriety of a state court judge's decisions would not yield an appropriate remedy. This Court is barred from considering this issue because Plaintiffs' claims are inextricably intertwined with the state court proceedings.

### C.    Judge Oney Has Absolute Judicial Immunity.

Plaintiffs' allegations against Judge Oney all relate to her activities on the bench. Judges are generally absolutely immune from civil suits for money damages. *Mireles v. Waco*, 502 U.S. 9 (1991). Judicial immunity extends to cases in which judges acted maliciously (*e.g., Pierson v. Ray*, 386 U.S. 547, 554 (1967)). It extends to cases, like this one, in which a plaintiff alleges a trial judge altered a transcript (*e.g., Eades v. Sterlinske*, 810 F.2d 723 (7th Cir.), *cert. denied*, 484 U.S. 847 (1987)). It also extends to even more egregious allegations, such as intentionally setting inappropriate bond amounts (*King v. Love*, 766 F.2d 962, 968 (6th Cir.), *cert. denied*, 474 U.S. 971 (1985)); maliciously and for improper reasons initiated criminal proceedings against a person before him (*Harris v. Deveaux*, 780 F.2d 911, 915 (11th Cir. 1986)); and ordered a person

detained for mental examination (*Turney v. O'Toole*, 898 F.2d 1470 (10th Cir. 1990)).  The courts have further unequivocally held judicial immunity extends to claims a judge conspired with others to deprive a plaintiff of his property and rights, *Ashelman v. Pope*, 793 F.2d 1072 (9th Cir. 1986); *Billingsley v. Kyser*, 691 F.2d 388, 389 (8th Cir. 1982), and to a judge who ordered a woman sterilized in alleged violation of her substantive and procedural due process rights. *Stump v. Sparkman*, 435 U.S. 349, 360 (1978).

Judge Oney's judicial immunity can only be overcome in two situations:

- If she was acting in the complete absence of all jurisdiction, or

- If the challenged actions were non-judicial.

*Mireles*, 502 U.S. at 11-12.

### 1.    Judge Oney acted within her jurisdiction.

As a state court judge, Judge Oney cannot be subject to liability unless she acted in the "clear absence of all jurisdiction."  *Stump v. Sparkman*, 435 U.S. 349, 356-57 (1978).  Moreover, "'the scope of . . . [a] judge's jurisdiction must be construed broadly where the issue is . . . immunity . . . .'" *Duty v. City of Springdale, Arkansas*, 42 F.3d 460, 462 (8th Cir. 1994), *quoting Stump v. Sparkman*, 435 U.S. 349, 356 (1978).  Conversely, exceptions to immunity must be narrowly construed: "Where a court has some subject-matter jurisdiction, there is sufficient jurisdiction for immunity purposes." *Adams v. McIlhany*, 764 F.2d 294, 298 (5th Cir. 1985), *cert. denied*, 764 F.2d 294, 298 (1986).  In *Doe v. McFaul*, 599 F.Supp. 1421, 1431 (N.D. Ohio 1984), the court explained what is meant by the "clear absence of all jurisdiction":

> [A] judicial officer does not act in the clear absence of all jurisdiction if he merely acts in excess of his authority . . . .  The Supreme Court has held, for instance, that **if a judicial officer exceeds his authority in a type of case that he normally has jurisdiction to hear, the officer has not acted in the clear absence of all jurisdiction**.

(*Emphasis added.*)

In this case, Plaintiffs do not claim, or even suggest, Judge Oney acted in the clear absence of all jurisdiction.  As a judge of the Butler County Court of Common Pleas, Judge Oney had the general jurisdiction and authority to hear and make determinations in civil matters such as the auto accident claim that was the basis for the underlying civil action.  Ohio Revised Code 2305.01.  A judge who acts within her general power of jurisdiction, even if she exceeded that authority, does not act with a "complete absence of jurisdiction" for judicial immunity purposes. *Duty*, 42 F.3d at 462.

**2.    Judge Oney's acts were quintessentially judicial.**

The next inquiry, then, is whether Judge Oney's acts were judicial actions.  In *Barnes v. Winchell*, 105 F.3d 1111 (6th Cir. 1997), the Sixth Circuit analyzed at length the characteristics of a judicial versus non-judicial act.  (In that case, the plaintiff was claiming the judge had functioned more as a prosecutor than a judge.)  Following Supreme Court precedent, the Sixth Circuit began by considering "whether the conduct alleged . . ., even if seemingly prosecutorial in nature, relates to a function normally performed by a judge." *Id.* at 1119.  The court found the judge's challenged actions in that case "were all related to general judicial functions involved in presiding over cases brought before him independently by the parties.  These were not actions unrelated to his judicial role that simply happened to have been undertaken by a judge." *Id.* at 1121.

That analysis applies equally in this case.  Judge Oney is purportedly being sued for her action or inaction in allegedly modifying a jury award, allegedly altering court transcripts, and allegedly meeting with counsel and representatives for all parties prior to trial in a case that was clearly before her.  These are not actions unrelated to Judge Oney's judicial role.  Consequently,

8

Judge Oney's actions present what the Supreme Court has characterized as "paradigmatic judicial acts." *Forrester v. White*, 484 U.S. 219, 227 (1988).

### D.    The Plaintiffs' Causes of Action Otherwise Fail to State a Claim on the Merits.

In addition to the other threshold and substantive defenses precluding the Plaintiffs' claims from proceeding, the Plaintiffs' Complaint otherwise fails to state a claim upon which relief can be granted:

### 1.    Plaintiffs' Claims Do Not Give Rise to a Private Right of Action.

Plaintiffs make several claims that do not give rise to a private right of action. First, Plaintiffs pray for relief under 18 U.S.C. § 1001. (Complaint, p. 58). However, 18 U.S.C. § 1001 does not contain a private right of action. *Hamrick v. Bush*, 2006 U.S. App. LEXIS 2070 (D.C. Cir. 2006); see also *Airtrans, Inc. v. Mead*, 389 F.3d 594, 598 (6th Cir. 2004). Plaintiffs also seek relief under the federal mail and wire fraud statutes, 18 U.S.C. §§ 1341 and 1343. (Complaint, p. 58). However, these are criminal statutes and provide no private right of action for Plaintiffs. See *Wiggins v. Philip Morris, Inc.*, 853 F. Supp. 458, 466 (D.D.C. 1994). Plaintiffs also seek the appointment of a special prosecutor under 18 U.S.C. §§ 1961-1964 to investigate the alleged corruption in the Ohio state and federal courts. (Memorandum, p. 1). However, the RICO statutes do not provide for such a demand.

### 2.    Plaintiffs Fail to State a Claim under 42 U.S.C. § 1985.

Plaintiffs also seek to state a claim under 42 U.S.C. § 1985(3). Under § 1985(3), which prohibits conspiracies to deprive persons of their equal protection rights, a plaintiff must allege that there was "some racial, or perhaps otherwise class-based, invidiously discriminatory animus behind the conspirators' action." *Bray v. Alexandria Women's Health Clinic,* 506 U.S. 263, 268 (1993) (citations and quotations omitted). Plaintiffs do not allege that they suffered adverse

treatment at the hands of defendants based on their race, instead they claim that they are being conspired against "for trying to Blow the Whistle first on Racism then on the Corruption." (Memorandum, p. 34). Whistle-blowers are not a protected class under equal protection; therefore, Plaintiffs have failed to articulate claims with the requisite specificity to support such a claim. *See Farhat v. Jopke*, 370 F.3d 580, 599 (6th Cir. 2004) ("Claims of [civil] conspiracy must be pled with some specificity: vague and conclusory allegations that are unsupported by material facts are not sufficient to state a § 1983 claim.").

### 3.    Plaintiffs' RICO Claims Against Judge Oney are Time-Barred.

In *Agency Holding Corp. v. Malley-Duff & Associates, Inc.*, 483 U.S. 143, 156, (1987), the Supreme Court established a 4-year limitations period for civil RICO claims.   The last of Plaintiffs' claims against Judge Oney ended on August 11, 2000, when the underlying civil action ended in jury verdicts for the Plaintiffs.  (Exhibits B - D; *see* footnote 1.)  Plaintiffs' Complaint was not filed until November 3, 2006.  (Complaint, Caption.)  Consequently, these claims are time-barred.

### 4.    Plaintiffs' RICO Allegations are Insufficient to State a Claim.

Plaintiffs' primary allegations against the defendants are under the Racketeer-Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968 ("R.I.C.O.").  At a minimum, under R.I.C.O., "the plaintiff must allege 'injury to business or property by reason of' a substantive RICO violation." *Ulico Cas. Co. v. Professional Indem. Agency, Inc*., 1999 U.S. Dist. LEXIS 8591 (D.D.C. 1999).  To satisfy these pleading requirements, a plaintiff must first aver an injury to his business or property caused by the defendants' racketeering activity. *Id.*

Plaintiffs essentially allege that Judge Oney's alleged conversation with Mr. Carr's attorneys, State Farm's attorney and representatives, and representatives of Champion

International prior to trial on the underlying auto accident case amounts to a conspiracy between such parties to deprive Mr. Carr of his constitutional rights and any jury award for money damages. (Complaint, p. 20). These allegations are conclusory at best and lack the requisite specificity and business or property injuries to meet the basic pleading requirements of a RICO claim. In fact, Plaintiffs also state that the jury did in fact award them money damages, just not in an amount that was satisfactory to Plaintiffs. (Background, p. 18A). For this reason, Plaintiff has failed to state a claim against Judge Oney for racketeering, and those conclusory allegations must be dismissed.

>### 5. Plaintiffs' Requests for Damages for Intentional Infliction of Emotional Distress Claim Are Insufficient to State a Claim.

The Plaintiffs seek $250,000.00 from each defendant for "intentional infliction of mental stress" (Conclusion, p. 3); therefore, it appears that Plaintiffs are making a claim for intentional infliction of emotional distress. However, to state a claim for intentional infliction of emotional distress the plaintiff must allege three elements. "A defendant will not be liable unless he or she engages in (1) 'extreme and outrageous conduct' which (2) 'intentionally or recklessly' causes (3) 'severe emotional distress to another.'" *Bernstein v. Fernandez*, 649 A.2d 1064, 1075 (D.C. 1991) (quoting Restatement (Second) Of Torts § 46 (1965)). Plaintiffs have made no allegations that the defendants intentionally or recklessly engaged in extreme or outrageous conduct; therefore, the Plaintiffs' claims must fail.

## IV.    CONCLUSION

For the forgoing reasons, the Honorable Judge Patricia S. Oney respectfully requests the Court dismiss all of Plaintiffs' claims against her with prejudice.

Respectfully submitted,

/s/ Justin Flint_____
AARON HANDLEMAN (48728)
JUSTIN FLINT (491782)
ECCLESTON & WOLF
*Counsel for Defendant Judge Patricia Oney*
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009
Tel:  202-857-1696
Fax: 202-857-0762
E-mail: handleman@ewdc.com, flint@ewdc.com

OF COUNSEL:

LINDA L. WOEBER
KIMBERLY VANOVER RILEY
MONTGOMERY, RENNIE & JONSON
*Of Counsel for Defendant Judge Patricia S. Oney*
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Tel.: 513-241-4722
Fax: 513-241-8775
E-mail: lwoeber@mrj.cc, kriley@mrj.cc

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERRY L. CARR, *et al*., | : | CASE NO.: 1:06CV01893 |
| | : | |
| Plaintiffs, | : | Judge James Robertson |
| | : | |
| v. | : | |
| | : | **Order** |
| FROST, BROWN & TODD, *et al*., | : | |
| | : | |
| Defendants. | : | |
| | : | |

     For the reasons articulated within Defendant the Honorable Judge Patricia Oney's Motion to Dismiss, Plaintiffs' claims against her are DISMISSED, with prejudice.  Further, the Court CERTIFIES pursuant to 28 U.S.C. 1915(a)(3) that an appeal from this decision could not be taken in good faith.

     IT IS SO ORDERED.

_____
Hon. James Robertson

## <u>CERTIFICATE OF SERVICE</u>

On January 4, 2007, I electronically filed a copy of a **Motion to Dismiss** on behalf of Honorable Judge Patricia S. Oney.  Notice of this filing will be sent to all parties through the Court's electronic filing system.  Parties may access this filing through the Court's system.

I also served a copy of the foregoing upon the following parties via regular U.S. Mail, first-class postage prepaid:

Jerry L. Carr
1261 South Hills Blvd.
Hamilton, OH 45013
***Pro Se Plaintiff***

Sharon M. Carr
1261 South Hills Blvd.
Hamilton, OH 45013
***Pro Se Plaintiff***

George Yund, Esq.
Frost, Brown & Todd
201 East Fifth Street
Cincinnati, Ohio 45202
***Co-Defendant***

Deborah Brenneman, Esq.
Thompson, Hine & Flory
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
***Co-Defendant***

Randy Freking, Esq.
215 East Ninth Street
Cincinnati, Ohio 45202
***Co-Defendant***

Kevin Callahan
U.S. Dept. of Justice
950 Penn. Avenue, N.W.
Washington, DC 20530
***Co-Defendant***

Lisa Frank
Supervisory Litigation Support
U.S. Dept. of Justice
US Post Office & Courthouse
Cincinnati, OH 45202
***Co-Defendant***

Agent James Turgal
Agent Rick Coy
Agent Anthony Ott
F.B.I.
550 Main Street
Cincinnati, Ohio 45202
***Co-Defendants***

Mrs. G. Messina
Internal Revenue Service
Employee No. 19-01665
Centralized OIC
PO Box 9011
Holtsville, NY 11742
***Co-Defendant***

Hon. John M. Manos
Hon. Susan J. Dlott
United States District Court for the Southern District of Ohio
US Post Office & Courthouse
Cincinnati, OH 45202
***Co-Defendants***

Shawn Sweeney
85 W. Kemper
Springdale, OH 45246
***Co-Defendant***

Stephen D. Brandt
Green & Green
Fifth Third Center, Suite 950
Dayton, OH 45402-1769
***Co-Defendant***

Joe Kidd, Inc.
1065 Ohio Pike
Cincinnati, OH 45245
***Co-Defendant***

Jake Sweeney, Inc.
85 West Kemper
Springdale, OH 45246
***Co-Defendant***

James A. Whitaker, Esq.
Andrea Hicks, Esq.
226 Reading Road
Mason, OH 45040
***Co-Defendants***

Robert C. Reichert, Esq.
9500 Kings Automall Road
Cincinnati, Ohio 45249
***Counsel for Defendant, Robert C. Reichert, Esq.***

Charles Rittgers, Esq.
Jason A. Showen, Esq.
12 East Warren Street
Lebanon, OH 45036
***Co-Defendants***

John R. Wykoff, Esq.
State Farm Insurance
1000 Tri-State Building
432 Walnut Street
Cincinnati, OH 45202
***Co-Defendant***

Charles Detmering
PO Box 53540
Cincinnati, OH 45253-0540
***Co-Defendant***

Dan Ferguson, Esq.
Butler County Prosecutor
Government Service Center
315 High Street, 11th Floor
Hamilton, OH 45012-0515
***Co-Defendant***

Butler County
Government Service Center
315 High Street, 11th Floor
Hamilton, OH 45012-0515
***Co-Defendant***

Roger Fisker, Psychologist
222 High Street
Hamilton, OH 45013
***Co-Defendant***

Michael Miller
PO Box 18667
Fairfield, OH 45018
***Co-Defendant***

Pat Garretson
616 Dayton Street
Hamilton, OH 45013
***Co-Defendant***

<u>/s/ Justin Flint</u>
Justin Flint



CINDY CARPENTER                    CLERK OF COURTS

## A U T H E N T I C A T I O N   O F   C O P Y
## C O U R T   O F   C O M M O N   P L E A S,   B U T L E R   C O U N T Y,   O H I O

I, Cindy Carpenter, Clerk of Common Pleas Court in Butler County, Ohio, custodian of the files, journals, and records of the Court, do hereby certify that the attached documents are true copies. The copies have been carefully compared to the original record and are a full and correct transcript thereof.

CASE NUMBER: CV 1999 04 0664
TYPE OF RECORD: CIVIL DOCKET SHEET AS OF JANUARY 4, 2007

Witness my hand and the seal of this Court,

Signed on this date of January 4, 2007.

*Cindy Carpenter*
Cindy Carpenter, Butler County Clerk of Courts

I, the undersigned Judge of the Butler County Common Pleas Court, do hereby certify that Cindy Carpenter is the Clerk of Common Pleas Court within and for Butler County, Ohio. She is the officer in whose custody the original record is kept as required by the laws of the State of Ohio. As the official keeper of record, she is authorized by the laws of the State to certify an authentic copy of the case file records of the Court of Common Pleas.

Signed on this date of _January 4_, 2007.

Judge, Butler County Court of Common Pleas

I, Cindy Carpenter, Clerk of Common Pleas Court in Butler County, Ohio, hereby certify that the certificate above was signed by a duly commissioned Judge of the Butler County Court of Common Pleas.

Witness my hand and the seal of this Court,

Signed on this date of _January 4_, 2007.

*Cindy Carpenter*
Cindy Carpenter, Butler County Clerk of Courts

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6013

**EXHIBIT**

A

Date: 01/04/2007  13:22:45                Docket Sheet                    Page: 1

CRTR5925                                    Summary

| Case Number | Status | Judge |
|---|---|---|
| CV 1999 04 0664 | Closed | ONEY, Honorable PATRICIA |

**In The Matter Of**                                          **Action**

CARR, JERRY et al vs. LOUMAN, KRISTA M et al                  NEGLIGENCE (C)

| Party | | Attorneys |
|---|---|---|
| CARR, JERRY | PLNTF | PRO SE |
| LOUMAN, KRISTA M | DFNDT | |
| CARR, SHARON | PLNTF | |
| STATE FARM MUTUAL AUTOMOBILE INS CO | DFNDT | WYKOFF, JOHN R |
| CHOICE CARE | DFNDT | |

| Opened | Disposed | Case Type |
|---|---|---|
| 04/08/1999 | 5 JUDGEMENT BY JURY TRIAL | CIVIL - GENERAL |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 06/30/05 | ENTRY RE: DISTRIBUTION OF FUNDS FILED ONEY J | 2.00 | 2.00 |
| 2 | 11/15/04 | ESCROW CHECK ISSUED TO "UNKNOWN" TO BE PAID OUT TO UNCLAIMED FUNDS AT THE END OF THE MONTH  Voided on 12/30/2004.  Funds escheated. | 1,501.00 | 0.00 |
| 3 | 11/09/04 | ORDER TO DISTRIBUTE EXCESS MONEY ON DEPOSIT FILED ONEY, J | 2.00 | 2.00 |
| 4 | 11/05/04 | [ Clerk's memo ]  -  SENT A REQUEST TO JUDGE ONEY TO RELEASE EXCESS FUNDS INTO UNCLAIMED FUNDS #### | 0.00 | 0.00 |
| 5 | 01/30/04 | OBJECTION TO DEFT STATE FARM MOTION SATISFACTION OF JUDGMENT" AND "JUDGE ONEY "NEW" COURT ORDER FILED Attorney: PRO SE, JERRY CARR | 0.00 | 0.00 |
| 6 | 01/21/04 | SATISFACTION OF JUDGMENT ENTRY FILED ONEY,J | 4.00 | 4.00 |
| 7 | 01/15/04 | DEPOSIT FOR COURT COSTS (PEND SAT) Attorney: WYKOFF, JOHN (15020)  Receipt: 214307  Date: 01/15/2004 | 1,501.00 | 0.00 |

I CERTIFY THE WITHIN TO BE A TRUE COPY OF THE ORIGINAL FILED
January 2  2007
CINDY CARPENTER
Butler County Clerk of Courts
Cherie Wise          Deput

Date: 01/04/2007  11:22:45                    Docket Sheet                    Page:  2

CRTR5925                                      Summary

CV 1999 04 0664    CARR, JERRY et al vs. LOUMAN, KRISTA M et al

| No. | Date of Journal Book-Page-Nbr | Pleadings Filed, Orders and Decrees     Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|-------------------------------|-------------------------------------------------|-------------------------------|-------------|
| 8   | 01/15/04                      | MOTION FOR COURT TO ENTER SATISFACTION OF JUDMENT ENTRY & SUPPORTING MEMORANDUM FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 9   | 01/14/04                      | OBJECTION TO DEFT STATEFARM MOTION SATISFACTION OF JUDGMENT Attorney: PRO SE () | 0.00 | 0.00 |
| 10  | 01/14/04                      | ENTRY OF SATISFACTION /FILED ONEY J | 2.00 | 2.00 |
| 11  | 01/14/04                      | MOTION FOR COURT TO ENTER SATISFACTION OF JUDGMENT ENTRY AND SUPPORTING MEMORANDUM Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 12  | 05/23/01                      | COSTS TO APPELLANT FILED | 0.00 | 0.00 |
| 13  | 05/23/01                      | JUDGMENT ENTRY OF DISMISSAL/ WITH PREJUDICE/COSTS TO APPELLANT CA2000-10-0200 FILED YOUNG,J PRESIDING JUDGE; VALEN,J & POWELL,J 12TH DISTRICT COURT OF APPEALS | 2.00 | 2.00 |
| 14  | 05/14/01                      | DEPOSIT REFUND CHECK ISSUED TO CHARLES H RITTGERS | 125.00 | 0.00 |
| 15  | 10/23/00                      | SCHEDULING ORDER MOTION FOR MISTRIAL FILED 10-12-00 IS OVERRULED THIS MATTER IS AN ISSUE FOR APPELLATE COURT FILED ONEY,J Receipt: 80179  Date: 11/28/2000 | 2.00 | 0.00 |
| 16  | 10/19/00                      | DEFENDANT STATE FARM'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS MOTION FOR MISTRIAL FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 17  | 10/12/00                      | MOTION FOR MISTRIAL WITH MEMORANDUM FILED BY JERRY CARR (PRO SE) (NOT SIGNED) | 0.00 | 0.00 |
| 18  | 10/12/00                      | NOTICE OF APPEAL FILED copy to CA, Judge, & C.A. file room deputy clerk /CA2000-10-0200 FILED JERRY CARR PRO SE Receipt: 75842  Date: 10/13/2000 | 15.00 | 0.00 |
| 19  | 10/10/00                      | ENTRY DENYING PLAINTIFFS MOTION FOR PREJUDGMENT INTEREST AND DENYING DEFENDANTS MOTION TO TAX COSTS TO PLAINTIFF FINAL APPEALABLE ORDER FILED ONEY,J  Receipt: 75842  Date: 10/13/2000 | 8.00 | 0.00 |
| 20  | 10/06/00                      | DEPOSIT FOR COURT COSTS (PENDING DISMISSAL ENTRY)  Receipt: 74956  Date: 10/06/2000 | 381.00 | |

I CERTIFY THE WITHIN TO BE A TRUE COPY OF THE ORIGINAL FILED
January 9 20 07
CINDY CARPENTER
Butler County Clerk of Courts
Deputy

Date: 01/04/2007  12:22:45          Docket Sheet          Page: 3

CRTR5925                              Summary

CV 1999 04 0664   CARR, JERRY et al vs. LOUMAN, KRISTA M et al

---

| No. | Date of Journal Book-Page-Nbr | Pleadings Filed, Orders and Decrees          Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|------|-----|-----|-----|
| 21 | 10/02/00 | ( COST CLERK'S NOTE FOR ASSIGNING / APPLYING COST FOR JUDGMENT FINAL ENTRY) (PHONE CALL, MARSHA) | 0.00 | 0.00 |
| 22 | 09/21/00 | ENTRY THAT CHARLES H RITTGERS AND JASON A SHOWEN ARE PERMITTED TO WITHDRAW AS COUNSEL FOR PLTFS JERRY CARR AND SHARON CARR FILED ONEY,J  Receipt: 75842  Date: 10/13/2000 | 2.00 | 0.00 |
| 23 | 09/21/00 | MOTION TO WITHDRAW - ATTYS CHARLES H RITTGERS AND JASON A SHOWEN TO WITHDRAW AS COUNSEL FOR PLAINTIFFS FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 24 | 09/20/00 | DEFENDANT STATE FARMS MEMORANDUM IN OPPOSITION TO PLAINTIFFS MOTION FOR PREJUDGMENT INTEREST FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 25 | 09/20/00 | DEFENDANTS STATE FARMS MOTION TO TAX COSTS TO PLAINTIFFS AND MEMORANDUM IN SUPPORT FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 26 | 09/19/00 | AMENDED ENTRY GRANTING MOTION FOR DEFAULT JUDGMENT FILED BRESSLER,J  Receipt: 75842 Date: 10/13/2000 | 2.00 | 0.00 |
| 27 | 09/15/00 | JUDGMENT ENTRY IN FAVOR OF THE PLAINTIFF JERRY CARR IN THE SUM OF $1,500.00 AND IN FAVOR OF THE PLAINTIFF SHARON CARR IN THE SUM OF $1.00  AGAINST THE DEFT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY FILED ONEY,J  Receipt: 75842  Date: 10/13/2000 | 2.00 | 0.00 |
| 28 | 08/25/00 | ITEMIZED EVIDENCE INVENTORY FILED | 0.00 | 0.00 |
| 29 | 08/25/00 | MOTION FOR PRE-JUDGMENT INTEREST WITH ATTACHMENTS  FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 30 | 08/15/00 | JOURNAL ENTRY DEFT MOTION FOR SANCTIONS & PAYMENT OF COURT REPORTER BILL AND THEIR TIME EXPERT  HAS BEEN WITHDRAWN BY DEFT FILED ONEY,J  Receipt: 75842  Date: 10/13/2000 | 2.00 | 0.00 |

I CERTIFY THE WITHIN TO BE A TRUE COPY OF THE ORIGINAL FILED
_January 4_ 20_07_
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

Date: 01/04/2007   12:22:45          Docket Sheet          Page: 4

CRTR5925                              Summary

CV 1999 04 0664   CARR, JERRY et al vs. LOUMAN, KRISTA M et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr     Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------------------|-------------------------------|-------------|
| 31 | 08/14/00 | VERDICT IN CIVIL CASE GENERAL VERDICT FOR THE PLAINTIFF JERRY CARR AGAINST DEFTS KRISTA M LOUMAN AND STATE FARM MUTUAL AUTOMOBILE INS CO THE JURY FIND FOR THE PLAINTIFF JERRY CARR AGAINST DEFT KRISTA M LOUMAN AND STATE FARM MUTUAL INS CO TOTAL DAMAGES $1500.00  FILED ONEY,J  (enter also J)  Receipt: 75842  Date: 10/13/2000 | 2.00 | 0.00 |
| 32 | 08/14/00 | JURY INSTRUCTIONS FILED | 0.00 | 0.00 |
| 33 | 08/14/00 | JURORS SEATED [ $10.per juror/day ] JURORS 8 ALTERNATES 1 DAYS 2  Receipt: 75842 Date: 10/13/2000 | 180.00 | 0.00 |
| 34 | 08/14/00 | VERDICT IN CIVIL CASE GENERAL VERDICT FOR THE PLAINTIFF SHARON CARR AGAINST DEFTS KRISTA M LOUMAN AND STATE FAM MUTUAL AUTOMOBILE INSURANCE CO; THE JURY FIND PLAINTIFF SHARON CARR AGAINST DEFT KRISTA M LOUMAN  AND STATE FARM MUTUAL INS CO TOTAL DAMGES IS 1.00 FILED ONEY,J  (enter also J)  Receipt: 75842  Date: 10/13/2000 | 2.00 | 0.00 |
| 35 | 08/09/00 | VIDEO DEPOSITION OF JACK GLUCKMAN FILED - NO FEE - NOT TAXED AS COST - ACE REPORTING - FILED WITH THE FILE ####### | 0.00 | 0.00 |
| 36 | 08/09/00 | DEPOSITION OF JACK GLUCKMAN FILED - $221.31 FEE - NOT TAXED AS COST - ACE REPORTING - FILED WITH THE FILE ######### | 0.00 | 0.00 |
| 37 | 08/09/00 | NOTICE OF FILING OF DEPOSITION  OF DR JACK GLUCKMAN TAKEN ON 08-09-2000 FILED Attorney: SHOWEN, JASON A (72053) | 0.00 | 0.00 |
| 38 | 08/09/00 | SUPPLEMENTAL MOTION IN LIMINE FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 39 | 08/09/00 | PLAINTIFFS SUPPLEMENTAL PRETRIAL STATEMENT FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 40 | 08/09/00 | PLAINTIFFS PROPOSED SUPPLEMENT TO JURY INSTRUCTION NUMBER 3 FILED Attorney: SHOWEN, JASON A (72053) | 0.00 | 0.00 |
| 41 | 08/08/00 | MOTION IN LIMINE FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 42 | 08/08/00 | MEMORANDUM IN OPPOSITION TO DEFENDANT STATE FARMS MOTION FOR SANCTIONS FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | |

I CERTIFY THE WITHIN TO BE A TRUE COPY OF THE ORIGINAL FILED
January 4  2007
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

Date: 01/04/2007   13:22:45          Docket Sheet          Page: 5

CRTR5925                              Summary

CV 1999 04 0664   CARR, JERRY et al vs. LOUMAN, KRISTA M et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------|--------------------|-------------|
| 43 | 08/08/00 | NOTICE OF FILING DEPOSITION OF TOM DIANGELIS P T WHICH WAS TAKEN ON 08-07-2000 FILED<br>Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 44 | 08/08/00 | DEPOSITION OF TOM DIANGELIS PT TAKEN ON 08/07/00 @ 11:42 AM FILED - NO FEE - PROFESSIONAL COURT REPORTING - FILED WITH THE FILE ######## | 0.00 | 0.00 |
| 45 | 08/08/00 | VIDEOTAPED DEPOSITIONS OF TOM DIANGELIS PT TAKEN ON 08/07/00 FILED - NO FEE - NOT TAXED AS COST - ADVANCED VIDEO - FILED WITH THE FILE ######### | 0.00 | 0.00 |
| 46 | 08/04/00 | JURY REQUEST FOR 45 JURORS TO BE ORDERED FOR 08-10-2000 AT 9:00 AM FOR  JUDGE ONEY FILED  Receipt: 75842  Date: 10/13/2000 | 25.00 | 0.00 |
| 47 | 08/03/00 | DEFENDANT STATE FARMS MOTION FOR SANCTIONS AND MEMORANDUM FILED<br>Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 48 | 08/02/00 | DEPOSITION OF ROBERT LUBOW M D (NO EXHIBITS) TAKEN ON 07-26-2000 FILED - $226.81 FEE - NOT TAXED AS COST - ACE REPORTING - FILED WITH THE FILE ######### | 0.00 | 0.00 |
| 49 | 08/02/00 | VIDEO DEPOSITION OF ROBERT E LUBOW M D TAKEN ON 07-26-2000 FILED - $180.00 FEE - NOT TAXED AS COST - ACE REPORTING - FILED WITH THE FILE ######### | 0.00 | 0.00 |
| 50 | 07/27/00 | DISK WITH PLTFS' JURY INSTRUCTION  FILED | 0.00 | 0.00 |
| 51 | 07/27/00 | PLTFS' MEMORANDUM IN OPPOSITION TO DFT STATE FARM'S PROPOSED JURY INSTRUCTION NOS 1 AND 2 FILED Attorney: SHOWEN, JASON A (72053) | 0.00 | 0.00 |
| 52 | 07/27/00 | PLTFS' PROPOSED JURY INSTRUCTION NO 4 FILED Attorney: SHOWEN, JASON A (72053) | 0.00 | 0.00 |
| 53 | 07/27/00 | PLTFS' PROPOSED JURY INSTRUCTION NO 3 FILED Attorney: SHOWEN, JASON A (72053) | 0.00 | 0.00 |
| 54 | 07/27/00 | PLTFS' PROPOSED JURY INSTRUCTION NO 2 FILED Attorney: SHOWEN, JASON A (72053) | 0.00 | 0.00 |
| 55 | 07/27/00 | PLTFS' PROPOSED JURY INSTRUCTIONS NO 1 FILED Attorney: SHOWEN, JASON A (72053) | 0.00 | 0.00 |

I CERTIFY THE WITHIN TO BE A TRUE COPY OF THE ORIGINAL FILED
_Janna Lilly_          2007
CINDY CARPENTER
Butler County Clerk of Courts
_Theresa Wise_          Deputy

Date: 01/04/2007  12:22:45                    Docket Sheet                        Page: 6

CRTR5925                                         Summary

CV 1999 04 0664   CARR, JERRY et al vs. LOUMAN, KRISTA M et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr   Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------------------|----------------------------------|-------------|
| 56  | 07/27/00 | DEPOSITION OF MICHAEL J KRAMER M D (WITH EXHIBITS) FILED - $360.00 FEE - NOT TAXED AS COST - LSS REPORTING - FILED WITH THE FILE ########### | 0.00 | 0.00 |
| 57  | 07/25/00 | NOTICE TO TAKE DEPOSITION OF TOM DIANGELIS PT SET 08/07/00 @ 11:30 AM FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 58  | 07/14/00 | VIDEOTAPED DEPOSITIONS OF DR MICHAEL KRAMER TAKEN ON 07/12/00 FILED - $182.40 FEE - NOT TAXED AS COST - LSS REPORTING - FILED WITH THE FILE ######### | 0.00 | 0.00 |
| 59  | 07/12/00 | ENTRY GRANTING DEFENDANT STATE FARMS MOTION IN LIMINE FILED ONEY,J  Receipt: 75842  Date: 10/13/2000 | 8.00 | 0.00 |
| 60  | 07/12/00 | ENTRY GRANTING DEFENDANT STATE FARMS MOTION TO QUASH SUBPOENA DUCES TECUM FILED ONEY,J  Receipt: 75842  Date: 10/13/2000 | 2.00 | 0.00 |
| 61  | 07/12/00 | CASE SCHEDULING ORDER OBJECTIONS HEARING 08-09-2001 AT 4:30  PM FILED ONEY,J  Receipt: 75842  Date: 10/13/2000 | 2.00 | 0.00 |
| 62  | 07/03/00 | SCHEDULING ORDER (HEARING ON MOTION TO COMPEL RECORDS AND FOR SANCTIONS: ON 07-11-2000 AT 2:30 PM FILED ONEY,J  Receipt: 75842  Date: 10/13/2000 | 2.00 | 0.00 |
| 63  | 06/30/00 | NOTICE TO TAKE DEPOSITION OF DR LUBOW TO BE TAKEN ON 07-26-2000 AT 9:15 AM FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 64  | 06/30/00 | PRETRIAL STATEMENT OF DEFT STATE FARM MUTUAL AUTOMOBILE INS CO FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 65  | 06/30/00 | PLTFS PRETRIAL STATEMENT FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 66  | 06/30/00 | NOTICE TO TAKE DEPOSITION OF DR LUBOW WILL TAKE PLACE ON 07-26-2000 AT 9:15 AM (BOTH BY VIDEOTAPE AND STENOGRAPHIC MEANS FOR USE AT TRIAL) FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 67  | 06/20/00 | DEFENDANT STATE FARMS MOTION TO COMPEL RECORDS AND FOR SANCTIONS FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
*January 4*  20 *07*
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

CRTR5925                                Summary

CV 1999 04 0664    CARR, JERRY et al vs. LOUMAN, KRISTA M et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 68 | 06/20/00 | NOTICE TO TAKE DEPOSITION OF STATE OF OHIO<br>ON 07-26-2000 FILED<br>Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 69 | 06/15/00 | DEPOSIT REFUND CHECK ISSUED TO CHARLES H<br>RITTGERS, ATTY. | 25.00 | 0.00 |
| 70 | 06/15/00 | REFUND CHECK ISSUED CHARLES H RITTGERS,<br>ATTY. | 95.00 | 0.00 |
| 71 | 06/15/00 | ( COST CLERK'S NOTE FOR ASSIGNING /<br>APPLYING COST FOR JUDGMENT FINAL ENTRY) | 0.00 | 0.00 |
| 72 | 06/15/00 | STENOGRAPHER FEE  Receipt: 62287 | 25.00 | 0.00 |
| 73 | 06/08/00 | MEMORANDUM IN OPPOSITION TO DEFT STATE<br>FARM'S MOTION IN LIMINE FILED Attorney:<br>RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 74 | 06/08/00 | MEMORANDUM IN OPPOSITION TO DEFT STATE<br>FARM'S MOTION TO QUASH SUBPOENA FILED<br>Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 75 | 05/25/00 | DEFT STATE FARMS MOTION TO QUASH SUBPOENA<br>DUCES TECUM FILED<br>Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 76 | 05/25/00 | DEFT STATE FARMS MOTION IN LIMINE FILED<br>Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 77 | 05/23/00 | COSTS TO BE PAID BY THE DEFENDANT PURSUANT<br>COURT FINAL JOURNAL ENTRY FILED ONEY,J | 0.00 | 0.00 |
| 78 | 05/10/00 | ENTRY FILED ONEY,J (DEFAULT JUDGMENT<br>AGAINST DEFT KRISTA M LOUMAN, AMOUNT OF<br>DAMAGES TO BE DETERMINED AT A LATER<br>HEARING)  Receipt: 61473 | 2.00 | 0.00 |
| 79 | 05/10/00 | MEMORANDUM IN OPPOSITION TO PLTFS' MOTION<br>FOR DEFAULT JUDGMENT FILED Attorney:<br>WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 80 | 05/08/00 | MOTION FOR DEFAULT JUDGMENT FILED<br>Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 81 | 04/19/00 | PLTFS' DISCLOSURE OF EXPERT WITNESSES<br>FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
January 4  2007
CINDY CARPENTER
Butler County Clerk of Courts
                          Deputy

Date: 01/04/2007  13:22:45                    Docket Sheet                        Page: 8

CRTR5925                                        Summary

CV 1999 04 0664    CARR, JERRY et al vs. LOUMAN, KRISTA M et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 82 | 03/31/00 | AMENDED NOTICE TO TAKE VIDEOTAPE TRIAL DEPOSITION OF MICHAEL KRAMER M D ON 07-12-00 AT 5 PM FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 83 | 02/16/00 | AGREED ENTRY - SCHEDULING ORDER OF 1-18-00 MODIFIED, PLTF SHALL HAVE UNTIL 3-17-00 TO DISCLOSE EXPERTS AND DEFT UNTIL 4-1-00 TO DISCLOSE FILED ONEY,J Receipt: 52990 | 2.00 | 0.00 |
| 84 | 02/15/00 | NOTICE TO TAKE VIDEOTAPE DEPOSITION OF MICHAEL KRAMER MD ON 6-24-00 AT 9:00 AM FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 85 | 01/21/00 | CASE SCHEDULING ORDER - PRETRIAL CONFERENCE DATE 7-11-00 AT 4:00 PM; JURY TRIAL 8-10-00, 2 DAYS AT 9:00 FILED ONEY,J Receipt: 49100 | 2.00 | 0.00 |
| 86 | 12/30/99 | DEPOSITION OF ARTHUR L HUGHES MD (WITH EXHIBITS), 10-22-99, COUNSEL, Attorney: RITTGERS, CHARLES H (03020) $173.50 --NOT MARKED BY JUDGE-- ACE REPT. **DEPOS NOW LOCATED AT RECORDS CENTER** | 0.00 | 0.00 |
| 87 | 12/13/99 | NOTICE OF DISMISSAL AS TO DEFT CHOICE CARE FILED Attorney: RITTGERS, CHARLES H (03020) Receipt: 46012 | 2.00 | 0.00 |
| 88 | 11/24/99 | AGREED ENTRY - TRIAL DATE OF 2-17-2000, RESCHEDULED REPORT 1-18-2000 AT 8:30, VACATE 4:00 PRETRIAL FILED ONEY,J Receipt: 43589 | 2.00 | 0.00 |
| 89 | 11/22/99 | DEFENDANT STATE FARM'S MOTION TO CONTINUE TRIAL DATE Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 90 | 10/28/99 | VIDEOTAPED DEPOSITIONS OF ARTHUR L HUGHES MD, DATE: 10-22-99, DEPOSING COUNSEL, Attorney: RITTGERS, CHARLES H (03020) $405.00 --NOT MARKED BY JUDGE-- ACE REPT. - FILED WITH THE FILE ######### | 0.00 | 0.00 |
| 91 | 09/20/99 | NOTICE TO TAKE DEPOSITION OF DR. ARTHUR HUGHES ON 10-22-99 AT 7:30AM FILED Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 92 | 09/07/99 | NOTICE TO TAKE DEPOSITION OF ARTHUR HUGHES M.D. 10-22-99 AT 7:30AM FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
January 4    2007
CINDY CARPENTER
Butler County Clerk of Courts
Cheri Wise    Deputy

Date: 01/04/2007  12:22:45                Docket Sheet                    Page: 9

CRTR5925                                   Summary

CV 1999 04 0664   CARR, JERRY et al vs. LOUMAN, KRISTA M et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 93 | 08/23/99 | PLAINTIFFS DISCLOSURE OF EXPERTS WITNESSES<br>FILED<br>Attorney: RITTGERS, CHARLES H (03020) | 0.00 | 0.00 |
| 94 | 08/13/99 | CASE SCHEDULING ORDER - PRETRIAL 1-18-2000<br>AT 4:00, JURY TRIAL 2-17-2000 AT 9:00, 2<br>DAYS FILED ONEY,J  Receipt: 33241 | 2.00 | 0.00 |
| 95 | 08/11/99 | CASE SCHEDULING ORDER - PRETRIAL<br>CONFERENCE DATE 1-18-2000 AT 4:00; JURY<br>TRIAL 2-17-2000 9:00, 2 DAYS FILED ONEY,J<br>Receipt: 33241 | 2.00 | 0.00 |
| 96 | 05/27/99 | ORDER ON ASSIGNMENT FOR REPORT IS SET FOR<br>8-10-99 AT 2:15 PM FILED ONEY,J | 0.00 | 0.00 |
| 97 | 05/11/99 | RETURN RECEIPT OF CERTIFIED MAIL OF<br>        Method   : SERVICE BY CERTIFIED MAIL<br>        Issued   : 05/07/1999<br>        Served   : 05/10/1999<br>        Return   : 05/11/1999<br>        On       : LOUMAN, KRISTA M<br>        Signed By : ILLEGIBLE<br><br>        Reason   : CERTIFIED MAIL SERVICE<br>        Comment  : SCH<br><br>        Tracking #: P000-064-504  Receipt: 23093 | 5.00 | 0.00 |
| 98 | 05/07/99 | Issue Date: 05/07/1999<br>Service   : PRECIPE FILED AND SUMMONS<br>ISSUED<br>Method    : SERVICE BY CERTIFIED MAIL<br>Cost Per  :$        5.00<br><br>        LOUMAN, KRISTA M<br>        3114 MESMER<br>        DAYTON, OH   45410<br>        Tracking No: P000064504<br><br>        Receipt: 23093 | 5.00 | 0.00 |
| 99 | 05/07/99 | SUMMONS, COPY OF COMPLAINT ISSUED<br>        Receipt: 23093 | 2.00 | 0.00 |
| 100 | 05/06/99 | DEPOSIT FOR COURT COSTS (CVACC)  Receipt:<br>21823 | 25.00 | 0.00 |
| 101 | 05/06/99 | ANSWER OF DEFT STATE FARM MUTUAL<br>AUTOMOBILE INS CO AND CROSS CLAIM AGAINST<br>DEFT KRISTA M LOUMAN FILED BY JOHN R<br>WYKOFF,ATTY<br>( enter D, to post Deposit balance<br>pursuant Local Rule)  Receipt: 23093 | 25.00 | 0.00 |

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
_January 4_ 2007
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

CRTR5925                                Summary

CV 1999 04 0664    CARR, JERRY et al vs. LOUMAN, KRISTA M et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr     Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------|-------------------|-------------|

102  04/19/99 FAILURE OF CERTIFIED MAIL SERVICE ON:                              0.00
              Method  : SERVICE BY CERTIFIED MAIL
              Issued  : 04/09/1999
              Served  : 04/10/1999
              Return  : 04/19/1999
              On      : LOUMAN, KRISTA M
              Signed By :

              Reason  : FAIL CERTIFIED MAIL
              Comment : FAILURE REASON:  FORWARDING
          ORDER EXPIRED

              Tracking #: P000-063-483


103  04/16/99 RETURN RECEIPT OF CERTIFIED MAIL OF                                0.00
              Method  : SERVICE BY CERTIFIED MAIL
              Issued  : 04/09/1999
              Served  : 04/14/1999
              Return  : 04/16/1999
              On      : STATE FARM MUTUAL
          AUTOMOBILE INS CO
              Signed By : ILLEGIBLE

              Reason  : CERTIFIED MAIL SERVICE
              Comment : KGJ

              Tracking #: PC00-063-481


104  04/15/99 RETURN RECEIPT OF CERTIFIED MAIL OF                                0.00
              Method  : SERVICE BY CERTIFIED MAIL
              Issued  : 04/09/1999
              Served  : 04/13/1999
              Return  : 04/15/1999
              On      : CHOICE CARE
              Signed By : ILLEGIBLE

              Reason  : CERTIFIED MAIL SERVICE
              Comment : KGJ

              Tracking #: P000-063-482


105  04/09/99 Issue Date: 04/09/1999                         15.00              0.00
              Service  : PRECIPE FILED AND SUMMONS
          ISSUED
              Method   : SERVICE BY CERTIFIED MAIL
              Cost Per : $       5.00


              STATE FARM MUTUAL AUTOMOBILE INS CO
              1440 GRANVILLE RD
              NEWARK, OH  43093
              Tracking No: P00006348L


              CHOICE CARE
              THE GRAND BALDWIN BLDG
              655 EDEN PARK DR, STE 400
              CINTI, OH  45202
              Tracking No: P000063482

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
January 4      20 07
CINDY CARPENTER
Butler County Clerk of Courts
                        Deputy

              LOUHAN, KRISTA M
              8280 WINTERS LANE

Date: 01/04/2007  12:22:45                Docket Sheet                    Page: 11

CRTR5925                                    Summary

CV 1999 04 0664    CARR, JERRY et al vs. LOUMAN, KRISTA M et al

                        MASON, OH   45040
                        Tracking No: P000063483

                    Receipt: 19810

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------|---------------------|-------------|
| 106 | 04/09/99 | SUMMONS, COPY OF COMPLAINT ISSUED<br>Receipt: 19810 | 6.00 | 0.00 |
| 107 | 04/08/99 | JURY DEMAND FILED (POST $100. DEPOSIT<br>REQUIRED UNDER "D" ) | 0.00 | 0.00 |
| 108 | 04/08/99 | DEPOSIT FOR COURT COSTS (JURY DEMAND) | 100.00 | 0.00 |
| 109 | 04/08/99 | REQUEST FOR CERTIFIED MAIL SERVICE FILED | 0.00 | 0.00 |
| 110 | 04/08/99 | CLERKS COMPUTER FEE - $10 FUND 111 | 10.00 | 0.00 |
| 111 | 04/08/99 | LEGAL FEES | 18.00 | 0.00 |
| 112 | 04/08/99 | COMPLAINT FILED | 50.00 | 0.00 |
| 113 | 04/08/99 | DEPOSIT FOR COURT COSTS | 92.00 | 0.00 |

```
            Totals By:  COST                    443.00        12.00
                        COURT COST DEPOSIT    2,099.00         0.00
                        INFORMATION               0.00         0.00
                        PAYMENT               1,746.00         0.00
                    *** End of Report ***
```

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
*January 4*            200*7*
CINDY CARPENTER
Butler County Clerk of Courts
                        Deputy

FILED

2000 AUG 14 AM 10: 10

CARPENTER
CLERK OF COURTS

**IN THE COURT OF COMMON PLEAS**
**BUTLER COUNTY, OHIO**

JERRY CARR                      :    CASE NO.  CV99-04-0664
and
SHARON CARR                     :    (Patricia S. Oney, Judge)

Plaintiff(s)               :

vs.                            :

KRISTA M. LOUMAN                :    **GENERAL VERDICT FOR THE**
and                                 **PLAINTIFF, JERRY CARR AGAINST**
STATE FARM MUTUAL AUTOMOBILE    :    **DEFENDANTS, KRISTA M. LOUMAN**
INSURANCE COMPANY                    **AND STATE FARM MUTUAL**
                                :    **AUTOMOBILE INSURANCE**
                                     **COMPANY**
Defendant(s)               :

---

We, the jury, being duly impaneled and sworn, do hereby find for the Plaintiff,

Jerry Carr against Defendants, Krista M. Louman and State Farm Mutual Insurance

Company, and we find that the total amount of damages is as follows:

$ _____1500.00_____

1. _signature_                    5. _Karen S. House_
2. _Lynne Little_                 6. _Carol Ante_
3. _Karen Chasteen_               7. _Wanda F. Moore_
4. _Janette Kay Schubert_         8. _Nancy Jasper_

Judge
PATRICIA ONEY
Common Pleas Court
Butler County, Ohio

Dated this _11th_ day of August, 2000.

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
_____ 20___
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

ENTER

_signature_
Patricia Oney, Judge

**EXHIBIT**

B

FILED

2000 AUG 14 AM 10:10

CINDY CARPENTER
BUTLER COUNTY
CLERK OF COURTS

**IN THE COURT OF COMMON PLEAS**
**BUTLER COUNTY, OHIO**

| | | |
|---|---|---|
| JERRY CARR | : | CASE NO. CV99-04-0664 |
| and | | |
| SHARON CARR | : | (Patricia S. Oney, Judge) |
| | : | |
| Plaintiff(s) | : | |
| | : | |
| vs. | : | |
| | : | **GENERAL VERDICT FOR THE** |
| KRISTA M. LOUMAN | : | **PLAINTIFF, SHARON CARR AGAINST** |
| and | | **DEFENDANTS, KRISTA M. LOUMAN** |
| STATE FARM MUTUAL AUTOMOBILE | : | **AND STATE FARM MUTUAL** |
| INSURANCE COMPANY | | **AUTOMOBILE INSURANCE** |
| | : | **COMPANY** |
| Defendant(s) | | |

We, the jury, being duly impaneled and sworn, do hereby find for the Plaintiff,
Sharon Carr against Defendants, Krista M. Louman and State Farm Mutual Insurance
Company, and we find that the total amount of damages is as follows:

$                1.00

1.                                 5. _Karen S. Weuse_
2. _Lynne Little_                   6. _Carol Ante_
3. _Karen Chastleen_                7. _Wanda F. Moore_
4. _Janette Kay Schubert_           8. _Nancy Jasper_

Dated this ___11th___ day of August, 2000.

**ENTER**

Patricia Oney, Judge

Judge
PATRICIA ONEY
Common Pleas Court
Butler County, Ohio

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
AUG 14 ___20 00
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

**EXHIBIT**

C

FILED

JRW:mrl
28002.4673

2000 SEP 15 PM 2:39

Wykoff (0015020)
Attorney for Defendant State Farm

CINDY CARPENTER
BUTLER COUNTY
CLERK OF COURTS

IN THE COMMON PLEAS COURT

BUTLER COUNTY, OHIO

JERRY CARR, et al.                    :        CASE NO.    CV99 04 0664

                    Plaintiffs,       :        (Judge Oney)

-vs-                                  :

KRISTA M. LOUMAN, et al.              :        <u>JUDGMENT ENTRY</u>

                    Defendants.       :


         This matter having been tried before a jury, and the jury having rendered its decision on

August 11, 2000, judgment is entered in favor of Plaintiff, Jerry Carr, in the sum of One Thousand,

Five Hundred Dollars ($1,500.00), and in favor of Plaintiff, Sharon Carr, in the sum of One Dollar

($1.00), against the Defendant, State Farm Mutual Automobile Insurance Company.



         SO ENTERED.


                                                    _____
                                                    JUDGE


Copies To:

Jason A. Showen, Esq.
Attorney for Plaintiffs
12 East Warren Street
Lebanon, Ohio 45036

John R. Wykoff, Esq.
Attorney for Defendant State Farm
1000 Tri-State Building
432 Walnut Street
Cincinnati, Ohio 45202


EAGEN, WYKOFF & HEALY CO., LPA, ATTORNEYS AT LAW, CINCINNATI, OHIO 45202

THE FOREGOING TO BE A
TRUE COPY OF THE ORIGINAL FILED
_____ 15 _____ 20____
CINDY CARPENTER
Butler County Clerk of Courts

**EXHIBIT**

D



**CINDY CARPENTER**            **CLERK OF COURTS**

# AUTHENTICATION OF COPY
## COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

I, Cindy Carpenter, Clerk of Common Pleas Court in Butler County, Ohio, custodian of the files, journals, and records of the Court, do hereby certify that the attached documents are true copies. The copies have been carefully compared to the original record and are a full and correct transcript thereof.
CASE NUMBER: CA 2000 10 0200
TYPE OF RECORD: CA DOCKET ENTRY AS OF 01-04-07 / CA SCHEDULING ORDER DATED: 11-02-00 / CA ENTRY DATED: 02-09-01 / CA ENTRY DATED: 04-13-01 / CA ENTRY DATED: 05-23-01

Witness my hand and the seal of this Court,

Signed on this date of January 4, 2007.

_Cindy Carpenter_
Cindy Carpenter, Butler County Clerk of Courts

---

I, the undersigned Judge of the Butler County Common Pleas Court, do hereby certify that Cindy Carpenter is the Clerk of Common Pleas Court within and for Butler County, Ohio. She is the officer in whose custody the original record is kept as required by the laws of the State of Ohio. As the official keeper of record, she is authorized by the laws of the State to certify an authentic copy of the case file records of the Court of Common Pleas.

Signed on this date of _January 4_, 2007.

_[signature]_
Judge, Butler County Court of Common Pleas

---

I, Cindy Carpenter, Clerk of Common Pleas Court in Butler County, Ohio, hereby certify that the certificate above was signed by a duly commissioned Judge of the Butler County Court of Common Pleas.

Witness my hand and the seal of this Court,

Signed on this date of _January_, 2007.

_Cindy Carpenter_
Cindy Carpenter, Butler County Clerk of Courts

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011

---

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org

**EXHIBIT**

E

tabbies'

Date: 01/04/2001 10:55:22                    Docket Sheet                        Page: 1
CRTR5925                                        Summary

| Case Number | Status | Judge |
|---|---|---|
| CA 2000 10 0200 | Closed | YOUNG, WILLIAM W |

| In The Matter Of | Action |
|---|---|
| CARR, JERRY vs. LOUMAN, KRISTA M | COURT APPEALS CV<br>COMMON PLEAS<br>PLAINTIFFF |

| Party | | Attorneys |
|---|---|---|
| CARR, JERRY | APPT | PRO SE |
| LOUMAN, KRISTA M | APPE | WYKOFF, JOHN R |
| CARR, JERRY | OTHER | |
| RITTGERS, CHARLES H | OTHER | |

| Opened | Disposed | Case Type |
|---|---|---|
| 10/12/2000 | 8 DISMISSAL OF<br>CASE ALL COUNTS | COURT OF APPEALS |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 09/20/04 | Issue Date: 09/20/2004<br>Service    : RETURN OF EXHIBIT, DEPO, OR<br>TRANS<br>Method     : SERVICE BY ORDINARY MAIL<br>Cost Per  :$     4.00<br><br>RITTGERS, CHARLES H<br>12 EAST WARREN ST<br>LEBANON, OH   45036<br>Tracking No: 1000213015 | 4.00 | 4.00 |
| 2 | 09/20/04 | RETURN OF EXHIBIT, DEPOSITION, OR<br>TRANSCRIPT ISSUED. | 0.00 | 0.00 |
| 3 | 06/13/01 | (COST CLERK'S NOTE ; FOR ASSIGNING /<br>APPLYING COST FOR PENDING DISMISSAL ENTRY) | 0.00 | 0.00 |

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
January 4        20 07
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

CA 2000 10 0200    CARR, JERRY vs. LOUMAN, KRISTA M

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 4 | 05/24/01 | Issue Date: 05/24/2001<br>Service  : COURT OF APPEALS COPY ISSUED<br>Method   : SERVICE BY ORDINARY MAIL<br>Cost Per  :$      4.00 | 8.00 | 8.00 |

                    CARR, JERRY
                    SHARON CARR
                    4745 APPALOOSA TRAIL
                    MASON, OH    45040
                    Tracking No: 1000075008


                    LOUMAN, KRISTA M
                    c/o ATTY: WYKOFF, JOHN
                    1000 TRI STATE BLDG
                    432 WALNUT ST
                    CINTI, OH    45202
                    Tracking No: 1000075009

| 5 | 05/24/01 | COPIES SENT TO ALL ATTORNEYS AND/OR PARTIES OF RECORD | 2.00 | 2.00 |
| 6 | 05/23/01 | COSTS TO APPELLANT FILED | 0.00 | 0.00 |
| 7 | 05/23/01 | JUDGMENT ENTRY OF DISMISSAL/APPEAL DISMISSED WITH PREJUDICE/COSTS TO APPELLANT FILED YOUNG,J PRESIDING JUDGE; VALEN,J & POWELL,J 12TH DISTRICT COURT OF APPEALS | 2.00 | 2.00 |
| 8 | 04/16/01 | Issue Date: 04/16/2001<br>Service  : COURT OF APPEALS COPY ISSUED<br>Method   : SERVICE BY ORDINARY MAIL<br>Cost Per  :$      4.00 | 12.00 | 12.00 |

                    CARR, JERRY
                    SHARON CARR
                    4745 APPALOOSA TRAIL
                    MASON, OH    45040
                    Tracking No: 1000070981


                    LOUMAN, KRISTA M
                    c/o ATTY: WYKOFF, JOHN
                    1000 TRI STATE BLDG
                    432 WALNUT ST
                    CINTI, OH    45202
                    Tracking No: 1000070982


                    LOUMAN, KRISTA M
                    8280 WINTERS LANE
                    MASON, OH    45040
                    Tracking No: 1000070983

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
_January 9_ 20_07_
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

Date: 01/04/2007  10:53:23                    Docket Sheet                        Page: 3

CRTR5925                                        Summary

CA 2000 10 0200    CARR, JERRY vs. LOUMAN, KRISTA M

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 9 | 04/16/01 | COPIES SENT TO ALL ATTORNEYS AND/OR<br>PARTIES OF RECORD | 3.00 | 3.00 |
| 10 | 04/13/01 | JOURNALENTRY STRIKING BRIEFS FILED BY<br>APPELLANT AND GRANTING THIRTY (30) DAYS TO<br>FILE CONFORMING BRIEF FILED VALEN,J ADM<br>JUDGE | 4.00 | 4.00 |
| 11 | 03/27/01 | AMENDMENT OF EXHIBITS FOR BREACH OF<br>CONTRACT APPEAL FILED JERRY CAR,PRO SE | 0.00 | 0.00 |
| 12 | 03/21/01 | FINAL BRIEF FOR BREACH OF CONTRACT OF<br>APPELLANT FILED    (Indicate<br>C.A.Admn.sheet) FILED Attorney: PRO SE<br>(JERRY CARR) | 0.00 | 0.00 |
| 13 | 03/14/01 | DEFENDANT APPELLEE STATE FARMS MOTION TO<br>STRIKE APPELLANTS APPEAL BRIEF FOR BREACH<br>OF CONTACT AND DISMISSAL OF APPEAL AND<br>MEMORANDUM FILED Attorney: WYKOFF, JOHN<br>(15020) | 0.00 | 0.00 |
| 14 | 03/06/01 | APPEAL BRIEF FOR BREACH OF CONTRACT OF<br>APPELLANT FILED    (Indicate<br>C.A.Admn.sheet) FILED Attorney: PRO SE<br>(JERRY CARR) | 0.00 | 0.00 |
| 15 | 02/13/01 | Issue Date: 02/13/2001<br>Service    : COURT OF APPEALS COPY ISSUED<br>Method    : SERVICE BY ORDINARY MAIL<br>Cost Per  :$        4.00 | 12.00 | 12.00 |

      LOUMAN, KRISTA M
      c/o ATTY: WYKOFF, JOHN
      1000 TRI STATE BLDG
      432 WALNUT ST
      CINTI, OH    45202
      Tracking No: 1000064928

      CARR, JERRY
      SHARON CARR
      4745 APPALOOSA TRAIL
      MASON, OH    45040
      Tracking No: 1000064929

      LOUMAN, KRISTA M
      8280 WINTERS LANE
      MASON, OH    45040
      Tracking No: 1000064930

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
January 2 2004
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

| 16 | 02/13/01 | COPIES SENT TO ALL ATTORNEYS AND/OR<br>PARTIES OF RECORD | 3.00 | 3.00 |

Date: 01/04/2007 10:53:23      Docket Sheet         Page: 4

CRTR5925                    Summary

CA 2000 10 0200    CARR, JERRY vs. LOUMAN, KRISTA M

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 17 | 02/09/01 | ENTRY DENYING MOTION TO DISMISS APPEAL/GRANTING MOTION TO STRIKE BRIEF & DIRECTING APPELLANT TO FILE A CONFORMING BRIEF WITHIN THIRTY DAYS/APPELLANTS ARE GRANTED THIRTY (3) DAYS FROM DATE OF THIS ENTRY TO FILE THEIR BRIEF/MOTION TO STRIKE MOTION FOR APPEAL BRIEF IS GRANTED FILED VALEN,J ADM JUDGE12TH DISTRICT COURT OF APPEALS | 4.00 | 4.00 |
| 18 | 02/09/01 | Issue Date: 02/09/2001 Service  : NOTICE OF COMPLETE RECORD ISSUED Method  : SERVICE BY ORDINARY MAIL Cost Per :$    4.00 | 12.00 | 12.00 |

         LOUMAN, KRISTA M
         c/o ATTY: WYKOFF, JOHN
         1000 TRI STATE BLDG
         432 WALNUT ST
         CINTI, OH    45202
         Tracking No: 1000064721

         LOUMAN, KRISTA M
         8280 WINTERS LANE
         MASON, OH    45040
         Tracking No: 1000064722

         CARR, JERRY
         SHARON CARR
         4745 APPALOOSA TRAIL
         MASON, OH    45040
         Tracking No: 1000064723

| No. | Date of | Pleadings | Amount | Balance |
|---|---|---|---|---|
| 19 | 02/09/01 | >Notice / Filing \ COMPLETE RECORD ISSUED TO ATTYS AND/OR PARTIES (Indicate C.A.Adm.sheet) | 6.00 | 6.00 |
| 20 | 02/05/01 | DEFTS APPELLEE STATE FARMS MOTION TO STRIKE APPELLANTS MOTION FOR APPEAL BRIEF AND MEMORANDUM FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | 0.00 |
| 21 | 01/29/01 | MOTION FOR APPEAL BRIEF AND MEMORANDUM FILED Attorney: PRO SE | 0.00 | 0.00 |
| 22 | 01/12/01 | AFFIDAVIT OF TRANSCRIBER JANA ROHAN FILED | 0.00 | 0.00 |
| 23 | 01/11/01 | MOTION TO DISMISS APPEAL FILED Attorney: WYKOFF, JOHN (15020) | 0.00 | |

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
January 4 20__
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

Date: 01/04/2007 13:29:23                    Docket Sheet                    Page: 5
CRTR5925                                      Summary

CA 2000 10 0200    CARR, JERRY vs. LOUMAN, KRISTA M

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 24 | 01/04/01 | TRANSCRIPT OF PROCEEDING or Hearing HELD<br>8-10-2000 ,filed:forward> Supervision<br>approval | 0.00 | 0.00 |
| 25 | 11/03/00 | Issue Date: 11/03/2000<br>Service    : COURT OF APPEALS COPY ISSUED<br>Method    : SERVICE BY ORDINARY MAIL<br>Cost Per   :$        4.00 | 12.00 | 3.00 |

                LOUMAN, KRISTA M
                8250 WINTERS LANE
                MASON, OH   45040
                Tracking No: 1000056059


                LOUMAN, KRISTA M
                c/o ATTY: WYKOFF, JOHN
                1000 TRI STATE BLDG
                432 WALNUT ST
                CINTI, OH   45202
                Tracking No: 1000056060


                CARR, JERRY
                SHARON CARR
                4745 APPALOOSA TRAIL
                MASON, OH   45040
                Tracking No: 1000056061

            Receipt: 79427  Date: 11/16/2000

| 26 | 11/03/00 | COPIES SENT TO ALL ATTORNEYS AND/OR<br>PARTIES OF RECORD  Receipt: 79427  Date:<br>11/16/2000 | 3.00 | 0.00 |
| 27 | 11/02/00 | NOTICE OR REQUIREMENTS OF LOC.R.12 (A)<br>Receipt: 79427  Date: 11/16/2000 | 2.00 | 0.00 |
| 28 | 11/02/00 | SCHEDULING ORDER FILED YOUNG,J  Receipt:<br>79427  Date: 11/16/2000 | 2.00 | 0.00 |
| 29 | 10/18/00 | Issue Date: 10/18/2000<br>Service    : COURT OF APPEALS COPY ISSUED<br>Method    : SERVICE BY ORDINARY MAIL<br>Cost Per   :$        4.00 | 4.00 | 0.00 |

                LOUMAN, KRISTA M
                c/o ATTY: WYKOFF, JOHN
                1000 TRI STATE BLDG
                432 WALNUT ST
                CINTI, OH   45202
                Tracking No: 1000054411

            Receipt: 76393  Date: 10/19/2000

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
_Jannanu 14_ 20 07
CINDY CARPENTER
Butler County Clerk of Courts
_____Deputy

Date: 01/04/2007  10:55:23

CRTR5925

Docket Sheet

Page: 6

Summary

CA 2000 10 0200    CARR, JERRY vs. LOUMAN, KRISTA M

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 30 | 10/18/00 | COPIES SENT TO ALL ATTORNEYS AND/OR<br>PARTIES OF RECORD  Receipt: 76393  Date:<br>10/19/2000 | 1.00 | 0.00 |
| 31 | 10/17/00 | TRANSCRIPT OF DOCKET & JOURNAL ENTRIES<br>FILED ORIGINAL PAPERS FILED  Receipt:<br>76393  Date: 10/19/2000 | 1.00 | 0.00 |
| 32 | 10/12/00 | Court Security Fee $10 imposed 1/1/2000<br>suspended 8/25/2000<br>effective 1/1/2000 | 0.00 | 0.00 |
| 33 | 10/12/00 | CLERKS COMPUTER FEE - $10 FUND 111<br>Receipt: 75789  Date: 10/12/2000 | 10.00 | 0.00 |
| 34 | 10/12/00 | LEGAL AID SOCIETY $3  Receipt: 75789<br>Date: 10/12/2000 | 3.00 | 0.00 |
| 35 | 10/12/00 | NOTICE OF APPEAL FILED CC CA -MIDD; JUDGE;<br>CDS>FILE & BY MAIL>ATTYS\PARTIES INDICATED<br>Receipt: 75789  Date: 10/12/2000 JERRY<br>CARR PRO SE | 50.00 | 0.00 |
| 36 | 10/12/00 | DEPOSIT FOR COURT COSTS  Receipt: 75789<br>Date: 10/12/2000 | 22.00 | 0.00 |

| | Totals By: | COST | 160.00 | 75.00 |
|---|---|---|---|---|
| | | COURT COST DEPOSIT | 22.00 | 0.00 |
| | | INFORMATION | 0.00 | 0.00 |

*** End of Report ***

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
January 4        2007
CINDY CARPENTER
Butler County Clerk of Courts
_____ Deputy

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERRY L. CARR, *et al.*, | : | CASE NO.: 1:06CV01893 |
| | : | |
| Plaintiffs, | : | Judge James Robertson |
| | : | |
| v. | : | |
| | : | **Order** |
| FROST, BROWN & TODD, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

 

     For the reasons articulated within Defendant the Honorable Judge Patricia Oney's Motion to Dismiss, Plaintiffs' claims against her are DISMISSED, with prejudice. Further, the Court CERTIFIES pursuant to 28 U.S.C. 1915(a)(3) that an appeal from this decision could not be taken in good faith.

     IT IS SO ORDERED.


_____
Hon. James Robertson