## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY L. CARR, *et al.*, | : |
| Plaintiffs, | : CASE NO.: 1:06CV01893 |
| v. | : Judge James Robertson |
| FROST, BROWN & TODD, *et al.*, | : |
| Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

CLERK OF THE COURT:

Please enter the appearance of Aaron L. Handleman, Esquire (#48728), Justin M. Flint, Esquire, (#27322) and Eccleston and Wolf, P.C., as co-counsel for Defendant Honorable Judge Patricia S. Oney in the instant matter.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

_____/s/_____
Aaron L. Handleman (#48728)
Justin M. Flint (#27322)
ECCLESTON AND WOLF, P.C.
2001 S St., Ste. 310
Washington, DC  20009
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
*Counsel for Defendant*
*The Honorable Judge*
*Patricia S. Oney*

## CERTIFICATE OF SERVICE

On January 4, 2007, I electronically filed a copy of this Notice of Appearance on behalf of Honorable Judge Patricia S. Oney. Notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's system.

I also served a copy of the foregoing upon the following parties via regular U.S. Mail, first-class postage prepaid:

Jerry L. Carr
1261 South Hills Blvd.
Hamilton, OH 45013
***Pro Se Plaintiff***

Sharon M. Carr
1261 South Hills Blvd.
Hamilton, OH 45013
***Pro Se Plaintiff***

George Yund, Esq.
Frost, Brown & Todd
201 East Fifth Street
Cincinnati, Ohio 45202
***Co-Defendant***

Deborah Brenneman, Esq.
Thompson, Hine & Flory
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
***Co-Defendant***

Randy Freking, Esq.
215 East Ninth Street
Cincinnati, Ohio 45202
***Co-Defendant***

Kevin Callahan
U.S. Dept. of Justice
950 Penn. Avenue, N.W.
Washington, DC 20530
***Co-Defendant***

Lisa Frank
Supervisory Litigation Support
U.S. Dept. of Justice
US Post Office & Courthouse
Cincinnati, OH 45202
***Co-Defendant***

Agent James Turgal
Agent Rick Coy
Agent Anthony Ott
F.B.I.
550 Main Street
Cincinnati, Ohio 45202
***Co-Defendants***

Mrs. G. Messina
Internal Revenue Service
Employee No. 19-01665
Centralized OIC
PO Box 9011
Holtsville, NY 11742
***Co-Defendant***

Hon. John M. Manos
Hon. Susan J. Dlott
United States District Court for the Southern District of Ohio
US Post Office & Courthouse
Cincinnati, OH 45202
***Co-Defendants***

And

| | |
|---|---|
| Shawn Sweeney<br>85 W. Kemper<br>Springdale, OH 45246<br>*Co-Defendant* | Stephen D. Brandt<br>Green & Green<br>Fifth Third Center, Suite 950<br>Dayton, OH 45402-1769<br>*Co-Defendant* |
| Joe Kidd, Inc.<br>1065 Ohio Pike<br>Cincinnati, OH 45245<br>*Co-Defendant* | Jake Sweeney, Inc.<br>85 West Kemper<br>Springdale, OH 45246<br>*Co-Defendant* |
| James A. Whitaker, Esq.<br>Andrea Hicks, Esq.<br>226 Reading Road<br>Mason, OH 45040<br>*Co-Defendants* | Robert C. Reichert, Esq.<br>9500 Kings Automall Road<br>Cincinnati, Ohio 45249<br>*Counsel for Defendant, Robert C. Reichert, Esq.* |
| Charles Rittgers, Esq.<br>Jason A. Showen, Esq.<br>12 East Warren Street<br>Lebanon, OH 45036<br>*Co-Defendants* | John R. Wykoff, Esq.<br>State Farm Insurance<br>1000 Tri-State Building<br>432 Walnut Street<br>Cincinnati, OH 45202<br>*Co-Defendant* |
| Charles Detmering<br>PO Box 53540<br>Cincinnati, OH 45253-0540<br>*Co-Defendant* | Dan Ferguson, Esq.<br>Butler County Prosecutor<br>Government Service Center<br>315 High Street, 11th Floor<br>Hamilton, OH 45012-0515<br>*Co-Defendant* |
| Butler County<br>Government Service Center<br>315 High Street, 11th Floor<br>Hamilton, OH 45012-0515<br>*Co-Defendant* | Roger Fisker, Psychologist<br>222 High Street<br>Hamilton, OH 45013<br>*Co-Defendant* |
| Michael Miller<br>PO Box 18667<br>Fairfield, OH 45018<br>*Co-Defendant* | Pat Garretson<br>616 Dayton Street<br>Hamilton, OH 45013<br>*Co-Defendant* |

/s/ Justin Flint
Justin Flint

3