UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY L. CARR and SHARON M. CARR )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FROST BROWN & TODD, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 1:06cv01893 (JR) |

**CONSENT MOTION TO ENLARGE THE TIME
FOR DEFENDANTS SHAWN SWEENEY AND JAKE SWEENEY, INC.
TO RESPOND TO THE COMPLAINT**

Defendants Shawn Sweeney and Jake Sweeney, Inc. (jointly hereinafter as "Movants"), by their undersigned counsel, respectfully move, pursuant to Federal Civil Procedure Rule 6(b)(1) and with Plaintiffs' consent, for an enlargement of the time within which to answer, move or otherwise respond to the Complaint for two weeks until and including January 22, 2007. In support of this Motion, Movants aver that:

1. Federal Civil Rule 6(b)(1) provides that, for cause shown, before the time specified to do an act expires, the court may enlarge the specified time. Fed. R. Civ. P. 6(b)(1).

2. Movants were served with the Summons and Complaint on or about Tuesday, December 19, 2006.

3. As specified in the Summons, Movants have twenty days, or until January 8, 2007, to answer, move or otherwise respond to the Complaint.

4. Cause exists to support the requested enlargement of time:

a. Additional time is needed to conduct a reasonable investigation as the Complaint is in excess of 120 handwritten pages, names some 30 defendants and covers allegations dating back to 1984;

b. Because of the intervening holidays, the original time fixed to respond to the Complaint has been effectively reduced.

5. A number of the named defendants are governmental entities who will already have additional time, even beyond the additional time requested by Movants, to respond to the Complaint, so granting the requested enlargement of time will not unnecessarily delay this litigation or prejudice the Plaintiffs.

6. Counsel affirms that this request for enlargement of time is made in good faith.

7. Counsel spoke by telephone with Plaintiffs on January 5, 2007, and Plaintiffs advised that they consent to enlarging the time within which Movants can answer, move or otherwise respond to the Complaint for two weeks until and including January 22, 2007

A proposed Order is attached.

                                        Respectfully submitted,

                                        THOMPSON HINE LLP

Dated: January 5, 2007            By:      /s/ C. Dennis Southard IV
                                                 Christopher "Kip" Schwartz (D.C. Bar #444650)
                                                 C. Dennis Southard IV (D.C. Bar #448190)
                                                 1920 N Street, N.W., Suite 800
                                                 Washington, D.C. 20036
                                                 Telephone - (202) 331-8800
                                                 Facsimile - (202) 331-8330

Of counsel:

Thomas L. Feher, Esq.
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114
Telephone - (216) 566-5532
Facsimile – (216) 566-5800

*Counsel for Defendants Shawn Sweeney and Jake Sweeney, Inc.*

## CERTIFICATE OF SERVICE

I, C. Dennis Southard IV, hereby certify that on January 5, 2007, I caused a true and correct copy of the foregoing Motion of Defendants Shawn Sweeney and Jake Sweeney, Inc. to Enlarge the Time to Respond to the Complaint to be served as follows:

*1)    Electronically to represented parties to whom automatic notice of filing is sent by the Court's CM/ECF system.*

*2)    By first class, United States Mail, postage prepaid:*

| | |
|---|---|
| Jerry L. Carr<br>Sharon M. Carr<br>1261 South Hills Blvd.<br>Hamilton, OH 45013<br>**Pro Se Plaintiff** | Hon. John M. Manos<br>Hon. Susan J. Dlott<br>US District Court for the Southern District of Ohio<br>US Post Office & Courthouse<br>Cincinnati, OH 45202<br>**Co-Defendants** |
| George Yund, Esq.<br>Frost, Brown & Todd<br>201 East Fifth Street<br>Cincinnati, OH 45202<br>**Co-Defendants** | Mrs. G. Messina<br>Internal Revenue Service<br>Employee No. 19-01665<br>Centralized OIC<br>P.O. Box 9011<br>Holtsville, NY 11742<br>**Co-Defendant** |
| Randy Freking, Esq.<br>215 East Ninth Street<br>Cincinnati, OH 45202<br>**Co-Defendant** | Kevin Callahan<br>U.S. Dept. of Justice<br>950 Penn. Avenue, N.W.<br>Washington, DC 20530<br>**Co-Defendant** |
| Lisa Frank<br>Supervisory Litigation Support<br>U.S. Dept. of Justice<br>US Post Office & Courthouse<br>Cincinnati, OH 45202<br>**Co-Defendant** | Agent James Turgal<br>Agent Rick Coy<br>Agent Anthony Ott<br>FBI<br>550 Main Street<br>Cincinnati, OH 45202<br>**Co-Defendants** |

| | |
|---|---|
| Joe Kidd, Inc.<br>1065 Ohio Pike<br>Cincinnati, OH 45245<br>**Co-Defendant** | Stephen D. Brandt<br>Green & Green<br>Fifth Third Center, Suite 950<br>Dayton, OH 45402-1769<br>**Co-Defendant** |
| James A. Whitaker, Esq.<br>Andrea Hicks, Esq.<br>226 Reading Road<br>Mason, OH 45040<br>**Co-Defendants** | Robert C. Reichert, Esq.<br>9500 Kings Automall Road<br>Cincinnati, OH 45249<br>**Co-Defendant** |
| Charles Rittgers, Esq.<br>Jason A. Showen, Esq.<br>12 East Warren Street<br>Lebanon, OH 45036<br>**Co-Defendants** | John R. Wykoff, Esq.<br>State Farm Insurance<br>1000 Tri-State Building<br>432 Walnut Street<br>Cincinnati, OH 45202<br>**Co-Defendant** |
| | Dan Ferguson, Esq.<br>Butler County Prosecutor<br>Government Service Center<br>315 High Street, 11th Floor<br>Hamilton, OH 45012-0515<br>**Co-Defendant** |
| Butler County<br>Government Service Center<br>315 High Street, 11th Floor<br>Hamilton, OH 45012-0515<br>**Co-Defendant** | Roger Fisker, Psychologist<br>222 High Street<br>Hamilton, OH 45013<br>**Co-Defendant** |
| Michael Miller<br>PO Box 18667<br>Fairfield, OH 45018<br>**Co-Defendant** | Pat Garretson<br>616 Dayton Street<br>Hamilton, OH 45013<br>**Co-Defendant** |

                                        /s/ C. Dennis Southard IV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERRY L. CARR and SHARON M. CARR**  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**FROST BROWN & TODD**, *et al.*,  )<br>)<br>Defendants.  )<br>) | **Civil Action**<br>**No. 1:06cv01893 (JR)** |

## **ORDER**

ORDERED that Defendants Shawn Sweeney and Jake Sweeney, Inc., shall have up to an including January 22, 2007, to answer, move or otherwise respond to the Complaint.

SO ORDERED this ____ day of January, 2007.

 

_____
**James Robertson**
United States District Court Judge