UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY L. CARR, *et al*           :

                                  :

    Plaintiffs           :

                                  :

-vs-                      :         CASE NO.: 1:06CV01893

                                :         Judge James Robertson

GEORGE YUND, *et al*        :

                                  :

    Defendants         :

**CONSENT MOTION TO ENLARGE TIME FOR DEFENDANTS BUTLER COUNTY
AND DAN FERGUSON TO RESPOND TO THE COMPLAINT**

Defendants Butler County and Dan Ferguson (jointly hereinafter as "Movants"), by their undersigned counsel, respectfully move, pursuant to Federal Civil Procedure Rule 6(b)(2) and with Plaintiffs' consent, for an enlargement of the time within which to answer, move or otherwise respond to the Complaint for two weeks until and including January 22, 2007. In support of this Motion, Movants aver that:

1. Federal Civil Rule 6(b)(2) provides that, for cause shown, after the time specified to do an act expires, the court may enlarge the specified time. Fed. R. Civ. P. 6(b)(2).

2. Movants were served with Summons and Complaint on or about Tuesday, December 19, 2006.

3. As specified in the Summons, Movants had 20 days, or until approximately January 8, 2007, to answer, move or otherwise respond to the Complaint.

4. Cause exists to support the requested enlargement of time:

    a. Additional time is needed to conduct a reasonable investigation as the Complaint is in excess of 120 handwritten pages, names some 30 defendants and covers allegations dating back to 1984;

b.  Because of the intervening holidays, the original time fixed to respond to the Complaint has been effectively reduced.

c.  Defendant's counsel, Jack McGowan, took ill on or before January 7 through January 9, 2007 and could not prepare an answer during that time.

d.  Defendant Ferguson is unclear how service was made as it is the practice of the Butler County Prosecutor's office to save envelopes and date stamp all mail, but neither the envelope in which the complaint may have been delivered nor a date stamp appeared on the summons or complaint which he received at the prosecutor's office which gave rise to questions about when the complaint was served.

e.  As of January 9, 2007, counsel for defendants could not confirm through the PACER system when service had been made upon these defendants.

5.  Counsel affirms that this request for enlargement of time is made in good faith.

6.  Counsel Michael E. Jacobs in Hamilton, Ohio spoke by telephone with Plaintiffs on January 9, 2007, and Plaintiffs advised that they consent to enlarging the time within which Movants can answer, move or otherwise respond to the Complaint for two weeks until and including January 22, 2007.

A proposed Order is attached.

Respectfully submitted,

Dated: January 9, 2007                         By:_____
                                                   Thomas L. McCally (D.C. Bar # 391937)
                                                   1615 L Street NW, Suite 500
                                                   Washington, DC
                                                   Telephone (202)310-5506
                                                   Facsimile (202) 310-5555
                                                   E-Mail: tlm@carrmaloney.com

Of Counsel:

Jack C. McGowan, Esq.
Michael E. Jacobs, Esq.
McGOWAN & JACOBS, LLC
246 High Street
Hamilton, Ohio 45011
Telephone (513)844-2000
Facsimile (513)868-1190

*Counsel for Defendants Butler County and Dan Ferguson*

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on January 9, 2007, a true and correct copy of the foregoing Consent Motion to Enlarge Time For Defendants Butler County and Dan Ferguson to Respond to The Complaint wassent as follows:

1. Electronically to represented parties to whom automatic notice of filings is sent by the Court's CM/ECF system.

2. By first class, United States Mail, postage prepaid:

Jerry L. Carr
Sharon M. Carr
1261 South Hills Blvd.
Hamilton, OH 45013
**Pro Se Plaintiffs**

Hon. John M. Manos
Hon. Susan J. Dlott
U.S. District Court
Southern District of Ohio
324 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202
**Co-Defendants**

George Yund, Esq.
Frost, Brown & Todd
201 East Fifth Street
Cincinnati, OH 45202
**Co-Defendant**

Mrs. G. Messina
Internal Revenue Service
Employee No.: 19-01665
Centralized OIC
P.O. Box 9011
Holtsville, NY 11742
**Co-Defendant**

Randy Freking, Esq.
215 East Ninth Street
Cincinnati, OH 45202
**Co-Defendant**

Kevin Callahan
U.S. Department of Justice
950 Penn. Avenue, NW
Washington, DC 20530
**Co-Defendant**

Lisa Frank

Agent James Turgal

Supervisory Litigation Support
U.S. Department of Justice
US Post Office & Courthouse
Cincinnati, OH 45202
**Co-Defendant**

Joe Kidd, Inc.
1065 Ohio Pike
Cincinnati, OH 45245
**Co-Defendant**

James A. Whitaker, Esq.
Andrea Hicks, Esq.
226 Reading Road
Mason, OH 45040
**Co-Defendants**

Charles Rittgers, Esq.
Jason A. Showen, Esq.
12 East Warren Street
Lebanon, OH 45036
**Co-Defendants**

Roger Fisher, Psychologist
222 High Street
Hamilton, OH 45011
**Co-Defendant**

Pat Garretson
616 Dayton Street
Hamilton, OH 45013
**Co-Defendant**

Agent Rick Coy
Agent Anthony Ott
FBI
550 Main Street
Cincinnati, OH 45202
**Co-Defendants**

Stephen D. Brandt
Green & Green
Fifth Third Center, Suite 950
Dayton, OH 45402
**Co-Defendant**

Robert C. Reichert, Esq.
9500 Kings Automall Road
Cincinnati, OH 45249
**Co-Defendant**

John R. Wykoff, Esq.
State Farm Insurance
1000 Tri-State Building
432 Walnut Street
Cincinnati, OH 45202
 **Co-Defendant**

Michael Miller
P.O. Box 18667
Fairfield, OH 45018
**Co-Defendant**

_____
Thomas L. McCally, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY L. CARR, *et al*                    :
                                          :
    Plaintiffs                        :
                                          :
-vs-                                      :       CASE NO.: 1:06CV01893
                                          :       Judge James Robertson
GEORGE YUND, *et al*                      :
                                          :
    Defendants                        :

## ORDER

ORDERED that Defendants Butler County and Dan Ferguson shall have up to and including

January 22, 2007, to answer, move or otherwise respond to the Complaint.

SO ORDERED this ____ day of January, 2007.


_____
**James Robertson**
United States District Court Judge