## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jerry L. Carr, et al. | Case No. 06-CV-1893-JR |
| Plaintiffs | Judge: James Robertson |
| v. | **MOTION TO DISMISS** |
| George Yund, et al. | |
| Defendants | |

Now comes defendant Robert C. Reichert and hereby moves the Court to dismiss plaintiffs' complaint with prejudice. A memorandum in support is attached.

Respectfully submitted,

*/s/ Robert C. Reichert*

Robert C. Reichert, Pro Se
9500 Kings Automall Road
Cincinnati, Ohio 45249
Phone: (513) 683-5484
Fax: (513) 683-5244

RECEIVED

JAN 11 2007

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS

I.    **Robert C. Reichert is not the proper party defendant.**

Plaintiff Sharon Carr alleges a claim of wrongful termination by defendant Robert C. Reichert. Mrs. Carr was employed by Kings Jeep, Inc. an Ohio Corporation, located in Warren County, Ohio. Mr. Reichert is the President of Kings Jeep. At all times relevant to Mrs. Carr's claim, Mr. Reichert acted in his capacity as President of Kings Jeep. Mr. Reichert, as an individual, has never employed Mrs. Carr, thus any claim regarding her employment should be directed against her employer, Kings Jeep, not Mr. Reichert.

II.    **This Court does not have personal jurisdiction over defendant Robert C. Reichert.**

Before this Court can adjudicate plaintiffs' claims, personal jurisdiction over the defendant must be established. That requirement cannot be met regarding Mr. Reichert.

In their complaint, plaintiffs' fail to allege that Mr. Reichert has had the requisite minimum contacts to confer jurisdiction upon the District of Columbia Court. Without this underlying foundation, personal jurisdiction fails. [1]

Mr. Reichert has never transacted business in the District of Columbia, nor is he a resident of the District. In fact, he has had no contact with the District other than as a tourist.

Plaintiff Sharon Carr alleges a claim for wrongful termination from Kings Jeep, an Ohio corporation; its only location is in Warren County, Ohio. Any claim

---

[1] International Shoe Co. v. Washington, 326 U.S. 310,316 (1945).

Sharon Carr may have against Mr. Reichert or the corporation that employed her, arose in Ohio.

Simply stated, plaintiffs' complaint contains no facts, circumstances or allegations that would, under the most liberal interpretation, confer jurisdiction over Mr. Reichert in this Court.

For the foregoing reasons defendant, Robert C. Reichert, respectfully requests the Court to dismiss plaintiffs' complaint against him with prejudice.

Respectfully submitted,

Robert C. Reichert, Pro Se
9500 Kings Automall Road
Cincinnati, Ohio 45249
Phone: (513) 683-5484
Fax: (513) 683-5244

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Dismiss, on Jerry L. Carr and Sharon M. Carr, at 1261 Southern Hills Boulevard, Hamilton, Ohio 45013 by United States mail; postage prepaid.

I also served a copy of the foregoing upon all defendants (listed below) via U.S. mail:

George Yund, Esq.
Frost, Brown & Todd
201 East Fifth Street
Cincinnati, OH 45202
Co-Defendant

Deborah Brenneman, Esq.
Thompson, Hine & Flory
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Co-Defendant

Randy Freking, Esq.
215 East Ninth Street
Cincinnati, OH 45202
Co-Defendant

Kevin Callahan
U.S. Dept. of Justice
950 Penn. Ave. N.W.
Washington, DC 20530
Co-Defendant

Lisa Frank
Supervisor Litigation Support
U.S. Dept. of Justice
US Post Office & Courthouse
Cincinnati, OH 45202
Co-Defendant

Agent James Turgal
Agent Rick Coy
Agent Anthony Ott
F.B.I.
550 Main Street
Cincinnati, OH 45202
Co-Defendants

Mrs. G. Messina
Internal Revenue Service
Employee No. 19-01665
Central OIC
PO Box 9011
Holtsville, NY 11742
Co-Defendant

Hon. John M. Manos
Hon. Susan Dlott
US District Court for the Southern District of Ohio
US Post Office & Courthouse
Cincinnati, OH 45202
Co-Defendants

and

Shawn Sweeney
85 West Kemper
Springdale, OH 45246
Co-Defendant

Joe Kidd, Inc.
1065 Ohio Pike
Cincinnati, OH 45245
Co-Defendant

James A. Whitaker, Esq.
Andrea Hicks, Esq.
226 Reading Road
Mason, OH 45040
Co-Defendants

John R. Wykoff, Esq.
State Farm Insurance
1000 Tri-State Building
432 Walnut Street
Cincinnati, OH 45202
Co-Defendant

Dan Ferguson, Esq.
Butler County Prosecutor
Government Service Center
315 High Street, 11th floor
Hamilton, OH 45012-0515
Co-Defendant

Roger Fisker, Psychologist
222 High Street
Hamilton, OH 45013
Co-Defendant

Pat Garretson
616 Dayton Street
Hamilton, OH 45013
Co-Defendant

Stephen D. Brandt
Green & Green
Fifth third Center, Suite 950
Dayton, OH 45402-1769
Co-Defendant

Jake Sweeney, Inc.
85 West Kemper
Springdale, OH 45246
Co-Defendant

Charles Rittgers, Esq.
Jason A. Showen, Esq.
12 East Warren Street
Lebanon, OH 45036
Co-Defendants

Charles Detmering
PO Box 53540
Cincinnati, OH 45253-0540
Co-Defendant

Butler County
Government Service Center
315 High Street, 11th floor
Hamilton, OH 45012-0515
Co-Defendant

Michael Miller
PO Box 18667
Fairfield, OH 45018
Co-Defendant

_/s/ Robert C. Reichert_

Robert C. Reichert, Pro Se
9500 Kings Automall Road
Cincinnati, Ohio 45249
Phone: (513) 683-5484
Fax: (513) 683-5244