UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY L. CARR, *et al.*,            :
                                    :
      Plaintiffs,              :
                                    :
  v.                              : Civil Action No. 06-1893 (JR)
                                    :
FROST, BROWN & TODD, *et al.*,      :
                                    :
      Defendants.              :

### ORDER

Upon consideration of the motion of defendants Yund and Freking to dismiss and for injunctive relief [19] it is by the Court <u>sua sponte</u> **ORDERED** that **plaintiffs show cause within 30 days of the date of this order why they should not be permanently enjoined from suing defendants Yund and Freking in any court of the United States**, and it is **FURTHER ORDERED** that **all proceedings as to all defendants in this case are stayed pending further order of the Court**, and it is **FURTHER ORDERED** that plaintiffs cause copies of this order to be **served forthwith** on any party who has been served with original process but who has yet to appear.

                                            JAMES ROBERTSON
                                  United States District Judge