UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY L. CARR, et al., | * |
| | * |
|    Plaintiffs | * |
| | * CIVIL ACTION NO. 06-cv-1893 (JR) |
| v. | * |
| | * |
| GEORGE YUND, et al. | * |
| | * |
|    Defendants | * |
| | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

Please enter the appearance of Carolyn C. Williamson on behalf of the Defendant Joe Kidd Dodge, Inc. (*incorrectly named as Joe Kidd, Inc.*) in the above-captioned action.

Respectfully submitted,

_____/s/_____
Carolyn C. Williamson
*Bar No.* 466636
CeCe Williamson, LLC
401 Washington Avenue
Suite 204
Towson, Maryland  21204
Telephone: (410) 769-8555
Facsimile: (410) 583-1053

Attorneys for Defendant
Joe Kidd Dodge, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January 2007, a copy of the foregoing Notice of Appearance was filed through the Court's ECF system, and was mailed, first-class, postage prepaid, to:

Jerry L. Carr
Sharon M. Carr
1261 South Hills Blvd.
Hamilton, OH 45013
*Pro Se Plaintiffs*

_____/s/_____
Carolyn C. Williamson