UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERRY L. CARR, et al. | : | CASE NO.    1:06-cv-01893-JR |
| Plaintiffs, | : | |
| -vs- | : | |
| GEORGE YUND, et al. | : | <u>MOTION BY DEFENDANT<br>JOHN R. WYKOFF TO PERMIT</u> |
| Defendants. | : | <u>ELECTRONIC FILING</u> |

Now comes the Defendant, John R. Wykoff, pro se, and respectfully moves this Court for an Order that would allow Wykoff to file his pleadings electronically. Said Order should include directions to the Clerk to issue Wykoff a log in and password.

The following Memorandum is offered in support.

                                                  Respectfully submitted,

                                                  _____
                                                  JOHN R. WYKOFF, pro se
                                                  2349 Victory Parkway
                                                  Cincinnati, Ohio 45206
                                                  (513) 621-7600
                                                  (513) 455-8246
                                                  Email: jwykoff@fuse.net

**RECEIVED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MEMORANDUM IN SUPPORT

Defendant Wykoff has been sued by the Plaintiffs Carr. Defendant Wykoff is representing himself in this matter. Currently, the Court has recently issued an Order to stay all proceedings. However, Wykoff, who is licensed to practice law in the State of Ohio, and is also a member of the United States District Court, Southwest District of Ohio, respectfully requests this Court to permit him to file pleadings electronically. To do so, the Clerk requires an Order of the Court that would include direction to the Clerk to give Defendant Wykoff a log in and password.

Respectfully submitted,

_____
JOHN R. WYKOFF, pro se
2349 Victory Parkway
Cincinnati, Ohio 45206
(513) 621-7600
(513) 455-8246
Email: jwykoff@fuse.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing has been served upon the following by ordinary U.S. Mail this ____ day of January, 2007:

Jerry L. Carr
Sharon M. Carr
1261 South Hills Boulevard
Hamilton, Ohio 45013
Pro Se Plaintiff

Sharon M. Carr
1261 South Hills Boulevard
Hamilton, Ohio 45013
Pro Se Plaintiff

EAGEN & WYKOFF CO., LPA, ATTORNEYS AT LAW
2349 Victory Parkway, Cincinnati, Ohio 45206
Phone: (513) 621-7600; Email: ewhco@fuse.net; Facsimile: (513) 455-8246

- 2 -

Respectfully submitted,

_____
JOHN R. WYKOFF, pro se
2349 Victory Parkway
Cincinnati, Ohio 45206
(513) 621-7600
(513) 455-8246
Email: jwykoff@fuse.net

EAGEN & WYKOFF CO., LPA, ATTORNEYS AT LAW
2349 Victory Parkway, Cincinnati, Ohio 45206
Phone: (513) 621-7600; Email: ewhco@fuse.net; Facsimile: (513) 455-8246

- 3 -

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERRY L. CARR, et al. | : | CASE NO. 1:06-cv-01893-JR |
| Plaintiffs, | : | |
| -vs- | : | |
| GEORGE YUND, et al. | : | ORDER |
| Defendants. | : | |

The Motion of Defendant Wykoff to allow him to file pleadings electronically is hereby GRANTED.

The Clerk, therefore, is directed to issue to Wykoff a log in and password.

_____
HONORABLE JAMES ROBERTSON

Copies to:

Jerry L. Carr
1261 South Hills Boulevard
Hamilton, Ohio 45013
Pro Se Plaintiff

Sharon M. Carr
1261 South Hills Boulevard
Hamilton, Ohio 45013
Pro Se Plaintiff

John R. Wykoff
2349 Victory Parkway
Cincinnati, Ohio 45206
Pro Se Defendant