UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JERRY CARR, et al           :
                            :
        Plaintiffs          :   Case No: 06-1893 (JR)
                            :
v.                          :   Robertson, J.
                            :
GEORGE YUND, et al.,        :
                            :
        Defendants          :

## ANSWER OF STEPHEN D. BRANDT

Defendant, Stephen D. Brandt, *pro se*, for his answer to plaintiffs' complaint, sets forth the following averments and defenses:

1. Admits that he represented Colerain Dodge in the matter of *Carr v. Colerain Dodge, Inc.*, United States District Court, Southern District of Ohio at Cincinnati, Ohio, Case No. 98-cv-996-SJD-JS; that he submitted an affidavit of Trudi Schwartz in support of a motion for summary judgment; that the court granted the defendants summary judgment; that Ms. Carr's complaint was dismissed with prejudice; that an appeal was filed; that a motion to dismiss the appeal to the Court of Appeals for the Sixth Circuit was filed; and that the Sixth Circuit dismissed the appeal on February 5, 2002 finding that the appeal was untimely.

2. Except as specifically admitted in this answer, each and every allegation contained in plaintiffs' complaint is denied generally, specially, and for want of knowledge sufficient to form a belief as to the truth thereof.

3. Plaintiffs have failed to state a claim upon which relief can be granted against this answering defendant.

4. Plaintiffs claims are bared by the applicable limitation periods.

5. This court lacks jurisdiction over the person of this answering defendant.

6. This court is not a proper venue for the claims lodged against this answering defendant.

7. This answering defendant is immune from liability arising out of the claims lodged against him by plaintiffs.

6. The claims lodged against this answering defendant are bared by the order of the Honorable John M. Manos in the matter of *Rennick v. Ohio*, United States District Court, Southern District of Ohio at Cincinnati, Ohio, Case No. C2-90-cv-360

WHEREFORE, defendant Stephen D. Brandt demands judgment of merit dismissal of the claims of plaintiffs and his costs herein expended.

STEPHEN D. BRANDT (Ohio Bar 0008028)
2747 W. Alex Bell Rd
P.O. Box 3340
Dayton, OH 45401-3340
937.222.9687
937.222.3551 FAX
sdbrandt@sbcglobal.net

## CERTIFICATE OF SERVICE

On January 29, 2007, I served a copy of the foregoing on plaintiffs and that I filed a copy with this court within 3 days of service. I also served a copy of the foregoing upon the following parties via regular U.S. Mail, first-class postage prepaid:

Jerry L. Carr
1261 South Hills Blvd.
Hamilton, OH 45013

Sharon M. Carr
1261 South Hills Blvd
Hamilton, OH 45013

Andrew Dewald Herman
Brand Law Group PC
923 Fifteenth St., NW
Washington, DC 20005
Counsel for George Yund and Randy Freking

Lisa Frank
Supervisory Litigation Support U.S. DOJ
US Post Office & Courthouse
Cincinnati, OH 45202

Mrs. G. Messina
Internal Revenue Service
Centralized 01 C
PO Box 9011
Holtsville, NY 11742

Joe Kidd, Inc.
1065 Ohio Pike
Cincinnati, OH 45245

Andrea Hicks
224 Reading Rd.
Mason, OH 45040

C. Dennis Southard, IV
Thompson & Hine LLP
1920 N. Street, NW, Suite 800
Washington, DC 20036
Counsel for Deborah Brenneman, Shawn Sweeney and Jake Sweeney, Inc.

Kevin Callahan
U.S. Dept. of Justice
950 Penn. Avenue, N.W.
Washington, DC 20530

Agent James Turgal
Agent Rick Coy
Agent Anthony Ott F.B.I.
550 Main Street
Cincinnati, Ohio 45202

Hon. John M. Manos
Hon. Susan J. Dlott
United States District Court for the Southern District of Ohio
US Post Office & Courthouse
Cincinnati, OH 45202

James A. Whitaker
226 Reading Road
Mason, OH 45040

Charles Rittgers
Jason A. Showen,
12 East Warren Street
Lebanon, OH 45036

Elizzabeth Anne Scully
Baker & Hosetler, LLP
1050 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
Counsel for Charles Detmering

Michael Miller
PO Box 18667
Fairfield, OH 45018

John R. Wykoff
State Farm Insurance
1000 Tri-State Building, 432 Walnut Street
Cincinnati, OH 45202

Pat Garretson
616 Dayton Street
Hamilton, OH 45013

Thomas L. McCally
Carr Maloney, P.C.
1615 L. St., NW, 5th Floor
Washington, DC 20036
Hamilton, OH 45012-0515
Counsel for Butler County and Dan Ferguson

Robert C. Reichert
9500 Kings Automall Road
Cincinnati, Ohio 45249

Roger Fisker
222 High Street
Hamilton, OH 45013

Aaron L. Handleman
Eccleston & Wolf, P.C.
2001 S. Street, NW, Suite 310
Washington, DC 20009
Counsel for Patricia S. Oney

*/s/ Stephen D. Brandt*
STEPHEN D. BRANDT