UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY L. CARR, *et al.*,          :
                                   :
    Plaintiffs,                   :
                                   :
  v.                              : Civil Action No. 06-1893 (JR)
                                   :
FROST, BROWN & TODD, *et al.*,    :
                                   :
    Defendants.                   :

## ORDER

    For the reasons stated in the accompanying memorandum, the complaint in this action is dismissed with prejudice. The Clerk is directed to certify a copy of the record to the United States District Court for the Northern District of Ohio for such consideration as it may wish to give to whether the filing and prosecution of this case was a contemptuous violation of that Court's order of July 10, 1991 in case no. C2-90-360.

                                           JAMES ROBERTSON
                            United States District Judge