M4

Received Mail Room
MAY 11 2007
United States Courts of Appeals
District of Columbia Circuit

United States Court Of Appeals For The DC Circuit Appeals Court

07-5152

Petition for Writ of Mandamus
Appeal RICO
"Motion For Leave" To File

Jerry Carr etal
Sharon Carr
vs
George Yund etal

Over turn Judge Robertson decision Order Of Dismissal with Prejudice Rule 11 and any sanction And return To US District Court For The District Of Colombia. Honorable Judge Robertson Wants to up hold Judge Manos Bogas sanction 28 USC 1651V. Your Honor Robertson took the same approach There was no trial pretrial any thing done on the case Just the sanction Yund Frost Brown Todd wanted to use against plaintiffs We filed grievence on Judge Robertson pryor to dismissal because of the Stay Order 1/12/07 attached. Wide spread corruption and racketeering at all levels. Plaintiffs showed more than just caus with in 30 days Jerry Carr now sits in Hamilton County Jail in Cinti Ohio on a hold by US Marshals Office on a telecommunication

complaint filed nine days later. They weren't to concerned about Judge Robertson so how serious was the complaint? We are not prolific litigators weve only had one suit twenty three year old complaint. Robertson said its difficult to make sense of the 123 hand written complaint. The complaint and background is elementry. And the exspence is on us. Yung Freking Frost Todd Brown and the other defendents is Guilty Fischer hand writing on the forensic paper George Yund name and Judge Manos Order makes sense. "Conspiracy" This Court Has Jurisdiction For Cases From Federal Court.

Memorandum

Wire Tapping Threaten Witnesses Kidnapping Entering False Statements Affidavits And Documents RICO Racketeer Influenced And Corruption Organization Act 18 USC 1961-1968 RICO. Plaintiff makes allegation that the defendents intentionally or recklessly

3|4

engaged in extreme or outrageous conduct there for Plaintiffs claims must pervail Intentional Infliction Of Emotional and Mental Stress. The FBI US Marshalls In Cinti came to our house in Hamilton After a complaint was made on a Telecommuication from Jerry Carr to who we don't exactly know yet since a seal was put on the complaint. They waited Nine days where was the emergency? Plaintiffs seek 250,000 from each defender state a claim under 42 USC 1985 Forensic Phychologist Roger Fisher Fairfield Phychiatrist Michael Miller Judge Manos Yund and Freking conspired with others. It's all in the suit NO 061893. Conclusion Section 28USC (A)1331 Section 1962(c) Section 1962(D) Section 1964(c) Emergency when none exhisted for Roberts search warrant and arrest of Jerry Carr to punish us. Jerry Carr was working several hundred miles away from Judge Robertson. Now the job is Gone just like in the past. Robertson said it's Difficult to under stand and make sense of the 123 handwritten suit. The complaint and back ground is

A/4

several of the F.B.I Marshalls that came to our house asked what's it going to take to make this complaint go away. All we have ever entered was the truth it's easy to put the pieces of the puzzle together. Fisher own hand writing your phone number and Manos Bogus sanction its conspiracy RICO two or more. Now Judge Robertson wants to sent it back to US District court in Ohio For Sanctions. That doesent make your hands clean. Twenty three years of our son's lives and grand children life you cant put a price on that. Judge Dlott said we slandered her she did it to her self it was her own words boyish and inmature NIGGER and Porch Monkey. And we went against Judge Manos Order Bogis. I thought a complaint was filed on Roberts now they flip flop what ever suit there need. Jerry and our family would like to just go away and enjoy our lives Not MAD just go away. And you people stay away from us. Documents attached total 12 pages

Proof Of Service

Will be served by mail on all defendents

5/9/07

Sharon Cam
1261 Southern Hills Blvd
Hamilton Ohio 45013
513 312 6698

AO 93  (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  OHIO

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1261 SOUTHERN HILLS BOULEVARD
HAMILTON, OHIO 45013

**SEARCH WARRANT**

Case Number: 1:07MJ00116

TO: Deputy United States Marshal Joel Kimmet  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Deputy United States Marshal Joel Kimmet  who has reason to believe
                                              Affiant

that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)

1261 SOUTHERN HILLS BOULEVARD
HAMILTON, OHIO 45013
and as described in Attachment A to the affidavit in support of search warrant

in the  Southern  District of  Ohio  there is now
concealed a certain person or property, namely (describe the person or property)

firearms, ammunition, dangerous ordnance or other objects or items capable of inflicting harm on persons or of
facilitating the infliction of harm on persons, or records, documents or other information relating to same

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described
is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  May 9, 2007
                                                   Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the
search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been
established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person
or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

HON. TIMOTHY S. BLACK  as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

4/30/07 4:45 p.m.  at  CINCINNATI, OHIO
Date and Time Issued      City and State

TIMOTHY S. BLACK, MAGISTRATE JUDGE  Timothy S. Black
Name and Title of Judge  Signature of Judge

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | Case Number: 1:07TMJ00116D |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/30/07 | 5/2/07 @ 4:15 pm | MRS. SHARON CARR |

INVENTORY MADE IN THE PRESENCE OF
MRS. SHARON CARR and SENIOR DEPUTY U.S. MARSHAL JEFF BALZER.

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. SMITH & WESSON 9mm PISTOL,
   MODEL 6904
   S/N TCM0244

2. 1- MAGAZINE FOR ABOVE LISTED FIREARM.

3. 4- ROUNDS OF 9mm AMMUNITION.

(NOTE: ABOVE ITEMS #1-3 WERE LOCATED IN NW BEDROOM OF RESIDENCE at 1261 SOUTHERN HILLS BLVD., HAMILTON, OH 45013)

nothing else follows

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____, DUSM  5/2/07

Subscribed, sworn to, and returned before me this date.

_____          _____
Signature of Judge                                    Date

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY L. CARR, *et al.*, :
:
    Plaintiffs, :
:
    v. : Civil Action No. 06-1893 (JR)
:
FROST, BROWN & TODD, *et al.*, :
:
    Defendants. :

### ORDER

Upon consideration of the motion of defendants Yund and Freking to dismiss and for injunctive relief [19] it is by the Court <u>sua sponte</u> **ORDERED** that **plaintiffs show cause within 30 days of the date of this order why they should not be permanently enjoined from suing defendants Yund and Freking in any court of the United States**, and it is **FURTHER ORDERED** that **all proceedings as to all defendants in this case are stayed pending further order of the Court**, and it is **FURTHER ORDERED** that plaintiffs cause copies of this order to be **served forthwith** on any party who has been served with original process but who has yet to appear.

                                        JAMES ROBERTSON
                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY L. CARR, *et al.*,  :
:
    Plaintiffs,  :
:
v.  :  Civil Action No. 06-1893 (JR)
:
FROST, BROWN & TODD, *et al.*,  :
:
    Defendants.  :

**MEMORANDUM**

It is difficult to make sense of the 123 handwritten pages filed on November 3, 2006 (main document 60 pp., memorandum 34 pp., background 29 pp.) docketed together as a "Complaint" [1]. The filing of these papers was followed two weeks later by an application for a temporary restraining order and a motion for preliminary injunction [3]. I denied the TRO but directed the Clerk to set an early hearing on the motion for preliminary injunction, hoping to gain some understanding of the claims if they could be explained in open court. That was inconvenient for the plaintiffs, who live in Ohio; they moved for a "later hearing date." I granted that motion -- obviously there was no emergency after all -- on December 14, 2006.

Plaintiffs have named 27 defendants, including a federal judge, an Ohio state court judge, several Justice Department and FBI officials, someone from the Internal Revenue Service, two law firms, any number of individual attorneys, and a

psychologist. Plaintiffs assert in one of the handwritten documents that comprise their complaint that they are here because they have exhausted all the legal avenues available to them in the State of Ohio, where, they say, they have run into "widespread corruption and racketeering at all levels of state and federal government." The case is identified on our docket as a "related case," but its relationship is to a case that was filed and dismissed in Ohio more than sixteen years ago.

A number of the named defendants went to the trouble and expense of answering, and several moved to dismiss, but it was not until the motion of defendants Yund and Freking to dismiss and for a permanent injunction against the plaintiffs from filing suit against them [19], filed on January 10, 2007, that this Court awoke to the disruption plaintiffs have caused and the financial burdens they have inflicted, not only with this suit, but also with several suits in the past. On January 12, I issued an order staying the case and requiring plaintiffs to show cause why they should not be permanently enjoined from suing Yund and Freking in any court of the United States.

What plaintiffs filed, on February 12, 2007 [27], was not responsive to the show cause order. It was instead a "motion to overturn Judge Manos' sanction and return Yund & Freking to defendants."

On July 10, 1991, the late Judge John M. Manos of the Northern District of Ohio, Eastern Division, not only dismissed an action by these plaintiffs that is substantially identical to the present action, but also permanently enjoined them from filing "in any court, an action against any state or federal judge, or any officer or employee of any court, for actions taken in the course of their official duties." With his order, Judge Manos filed an opinion, explaining (as plaintiffs' own papers never do) what this is all about: that plaintiffs are former employees of Champion International Corporation, that plaintiff Mrs. Carr (then named Rennick) was discharged in 1984 (yes, 23 years ago), for assaulting a co-worker with a razor knife; that plaintiff Mr. Carr was also discharged, for threatening co-workers he accused of harassing Rennick; that grievances were filed, following which Rennick filed a complaint pursuant to 42 U.S.C. § 1981 against Champion and several co-workers; that that trial ended in 1988 in a defense verdict -- awarding compensatory and punitive damages against Rennick for her assault with a razor knife; that plaintiffs then filed another action under the RICO statute, which was dismissed in 1990 by Judge Spiegel; and that they filed a third time, this time adding Judge Spiegel as a defendant. It was this third action that Judge Manos dismissed, as *res judicata* and for failure to set forth a short and plain statement of a claim under Federal Rule 8(a), and he enjoined the

- 3 -

plaintiffs, as "prolific litigators," from continuing their harassing and disruptive litigation campaign.

Three federal courts in Ohio have dealt with the Carrs and their complaints and have dismissed them. This Court has neither the time nor the inclination to analyze the obvious. It seems to me that plaintiffs are already in contempt of Judge Manos's injunction, but that is not my judgment to make. Instead, I will issue an order dismissing this case with prejudice and certifying the record to the Northern District of Ohio. Rule 11 sanctions would be appropriate in this case, but, because I suspect the Carrs are judgment-proof, and because this matter clearly belongs in Ohio, I am loath to invoke the Rule 11 process *sua sponte*. Moreover, because the enforcement from Washington, D.C., of any injunction in favor of defendants Yund and Freking would be problematic, I decline the prayer for equitable relief.

An order accompanies this memorandum.

JAMES ROBERTSON
United States District Judge