# United States Court of Appeals
## For The District of Columbia Circuit

**No. 07-5262**  **September Term 2007**

06cv01893

**Filed On:** May 19, 2008

Jerry L. Carr and Sharon M. Carr,

    Appellants

v.

George Yund, Attorney, Frost, Brown and Todd Law Firm, et al.,

    Appellees



**BEFORE:** Garland, Brown, and Griffith, Circuit Judges

### ORDER

Upon consideration of the court's order to show cause filed February 25, 2008, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that the district court's judgment be summarily affirmed as to appellees Pat Garretson and Robert Reichert. Appellants' claims against Garretson and Reichert are barred by the statute of limitations. See Rotella v. Wood, 528 U.S. 549, 552-54 (2000).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk